REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE   8
--------------------------------------------------------------------------------

 Subject's free time.

 Source provided that Subject travelled to Europe in summer 2019 for a
 study abroad.

 No additional information was provided by the Source.

 The Source is unaware of anything in the Subject's background that
 could place the Subject in a position to be blackmailed or coerced.


Item: 002     Investigator's Note
████████████████████████
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/06/20

 .


Item: 002     Investigator's Note
████████████████████████
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/06/20

 In person attempt to obtain Residence coverage, door tag left at only
 home next to Subjects home 8001. Door tag left and no call back.
 This coverage has been met with unsuccessful results. No leads could
 be obtained.


Item: 012     COLLATERAL ITEM(S) 005
████████████████████████████
Completed by Investigator K122
Dates of Investigation 02/03/20 - 02/20/20

 Name ████████████████ SOFTWARE ENGINEER, ██████████████████████████
 TELEPHONE TESTIMONY

 Interview Date 02/04/2020

 ACCEPTABLE
 Primary Association NEIGHBOR
 Average Extent of Contact REGULAR
 Span of Contact 08/2017 TO 02/2020

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE   9
--------------------------------------------------------------------------------

  RECOMMENDS


  Source first met the Subject in 08/2017 in the college dorms at
  Rochester Institute of Technology (RIT). Subject stated in 08/2018
  the Subject was the Source neighbor when they both live at the Lodge
  located at ███████████████████████ ource would
  see the Subject on the campus of RIT but they did not have any
  classes together. Source stated he does socialize with the Subject
  almost every weekend, they play video games together, watch TV and
  movies together and go play laser tag. Source stated the last time he
  saw the Subject in person was in 12/2019. Source last had contact
  with the Subject via telephone, text or social media in 02/2020.


  EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION


  Source stated there is nothing in the Subject's background that could
  place the Subject in a position to be blackmailed or coerced.




Item: 012     Investigator's Note
███████████████████████████████████
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20

  .




Item: 014

███████████████████████████████████
Dates of Investigation 02/14/20 - 02/23/20

  Name ███████████████████████  14036 THUNDERBOLT PL, CHANTILLY, VA
  SF RELEASE

  Interview Date 02/18/2020

  ACCEPTABLE
  Primary Association LANDLORD
  Average Extent of Contact MODERATE
  Span of Contact NEVER MET

  DOES NOT KNOW WELL ENOUGH TO RECOMMEND


  Source has never interacted with Subject. Source is General Manager
  for Subject's current residence of extended stay TownSuites Marriott

--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                |CASE # 2020345401  |PAGE  10
--------------------------------------------------------------------------------

where Subject is currently residing. Source is aware that Subject
checked in on 02/15/2020, payment is up to date, and Source is aware
of no issues at current residence. Source is unaware of any other
information. Subject was unable to provide any verifiers for current
residence.

---

### EDUCATION

---

Item: 003
SANDIA PREPARATORY SCHOOL, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

Name ███████████████████████████████
Interviewed At 2300 CENTRAL AVE SE, ALBUQUERQUE, NM 87106
Interview Date 02/07/2020

ACCEPTABLE
Primary Association FRIEND
Average Extent of Contact REGULAR
Span of Contact 8TH GRADE TO PRESENT

RECOMMENDS

Source and Subject met in 8th grade at Sandia Preparatory school they
had math and jazz band together. They had daily in person contact
while attending school through to the 12 th grade. Source provided
that Subject came from NJ and Source and Subject became friend right
away after meeting at school. After graduation in 2017 Subject left
to attend college in 2017, source could not recall what out of state
school/college subject is attending, but knows he is still attending
college. Source stayed here to attend Univerisity of New Mexico
(UNM). Source and Subject have in person contact about four times a
year when subject is in town. Their online contact is about 2 times
month, they play video games. They currently phone/text weekly and
the last contact was two days ago by phone. There has not been any
gaps in their relationship since becoming friends.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that subject plays video games and hangs out with
friends during Subject's free time.
No additional information was provided by the Source.

Source provided ██████████████████████████████████████████████

---

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                  |CASE # 2020345401  |PAGE  11
--------------------------------------------------------------------------------

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

  The Source is unaware of anything in the Subject's background that
  could place the Subject in a position to be blackmailed or coerced.


Item: 004
ROCHESTER INSTITUTE OF TECHNOLOGY, ROCHESTER, NY
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20

  Name ROCHESTER INSTITUTE OF TECHNOLOGY, 48 LOMB MEMORIAL DR, ROCHESTER, NY
       14623
  EDUCATION RECORD
  Provider SHEVETTE N CUTTRAY, SENIOR STAFF ASSISTANT
  SF RELEASE
  Date Obtained 02/10/2020

  ACCEPTABLE

  Name VERIFIED     SSN NOT SHOWN     DOB NOT SHOWN     POB NOT SHOWN

  Campus Location VERIFIED
  Degree(s) Awarded & Date  NOT APPLICABLE

  ID Nbr: 566002626

  Career: Undergraduate
  Academic Program: UGRD Computing & Info Science
  Exp Deg Date: 05/07/2021
  Academic Plan:
  Computer Security (BS) Degree: BS Declare DT: 09/22/2016
  Sub-Plan: Leading to the MS Degree
  Intl & Global Studies (2M)
  Cultural Anthropology (1M)

  Term: 2017-19 Fall Career: UGRD Begin Date: 08/18/2017 End Date:
  12/19/2017 Units: 17.00 Status: Full Time
  Term: 2017-18 Winter Career: UGRD Begin Date: 01/16/2018 End Date:
  05/08/2018 Units: 16.00 Status: Full Time
  Term: 2017-2018 Summer Career: UGRD Begin Date: 05/17/2018 End Date:
  08/14/2018 No Units
  Term: 2018-19 Fall Career: UGRD Begin Date: 08/27/2018 End Date:
  12/18/2018 Units: 16.00 Status: Full Time
  Term: 2018- Spring Career: UGRD Begin Date: 01/14/2019 End Date:
  05/08/2019 Units: 18.00 Status: Full Time
  Term: 2018-19 Summer Career: UGRD Begin Date: 05/16/2019 End Date:
  08/13/2019 Units: 6.00 Status: Half Time
  Term: 2019-20 Fall Career: UGRD Begin Date: 08/26/2019 End Date:
  12/18/2019 Units: 16.00 Status: Full Time

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE  12
--------------------------------------------------------------------------------
  Term: 2019-20 Spring Career: UGRD Begin Date: 01/13/2020 End Date:
  05/06/2020 Units: 12.00 Status: Full Time




Item: 005
ROCHESTER INSTITUTE OF TECHNOLOGY, ROCHESTER, NY
Completed by Investigator RY22


  REFERRED


Item: 023    Investigator's Note
CENTRAL NEW MEXICO COMMUNITY COLLEGE, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 03/20/20 - 03/27/20

  All reasonable efforts were made and resulted in an Education Record
  from Central New Mexico Community College (CNM) could not be obtained
  under COVID-19 exigent circumstances guidance.

  Phone calls to obtain Education Record from Central New Mexico
  Community College (CNM) educational institute were placed to
  505-224-3256 with unsuccessful results. No answer, message left and
  no return call.

  Email contact was made to try to obtain Education Record from Central
  New Mexico Community College (CNM), auto reply email was received and
  then internet search conducted with email info received, both were
  met with unsuccessful results. No education record could be obtained
  at this time.



Item: 024    Investigator's Note
CENTRAL NEW MEXICO COMMUNITY COLLEGE, ALBUQUERQUE, NM
Completed by Investigator MA39
Dates of Investigation 03/31/20 - 04/06/20

  Per prior knowledge, Central New Mexico Community College releases
  education records through The National Student Clearinghouse.

-------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                |CASE # 2020345401  |PAGE  13
--------------------------------------------------------------------------------


Item: 025
CENTRAL NEW MEXICO COMMUNITY COLLEGE, ALBUQUERQUE, NM
Completed by Investigator TS70
Dates of Investigation 04/03/20 - 04/09/20

   Name CENTRAL NEW MEXICO COMMUNITY COLLEGE, STUDENTCLEARINGHOUSE.ORG
   EDUCATION RECORD
   APPROVED INTERNET SITE
   Date Obtained 04/09/2020

   ACCEPTABLE

   Name VERIFIED      SSN VERIFIED       DOB VERIFIED     POB NOT SHOWN

   Campus Location NOT SHOWN
   Degree(s) Awarded & Date  NOT APPLICABLE

   Discrepant
   A review of subject's education record from CENTRAL NEW MEXICO
   COMMUNITY COLLEGE provided by National Student Clearinghouse reflects
   subject attending from:

   Half-time 05/15/2017 - 08/06/2017
   Half-time05/14/2018 - 08/05/2018

   No additional information was provided.




Item: 025    Investigator's Note
CENTRAL NEW MEXICO COMMUNITY COLLEGE, ALBUQUERQUE, NM
Completed by Investigator TS70
Dates of Investigation 04/03/20 - 04/09/20

   Information obtained via an approved internet site




_____
                            EMPLOYMENT


Item: 006    COLLATERAL ITEM(S) 007
EMPLOYER- RIT INFORMATION AND TECHNOLOGY SERVICES, ROCHESTER, NY
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20
_____

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  14
--------------------------------------------------------------------------------

  Name ROCHESTER INSTITUTE OF TECHNOLOGY, ONE LOMB MEMORIAL DR, ROCHESTER,
       NY 14623
  PERSONNEL RECORD
  Provider LILLIAN CHRISTOPHER, STUDENT EMPLOYMENT ASSIST
  SF RELEASE
  Date Obtained 02/06/2020

  ACCEPTABLE

  Name VERIFIED     SSN VERIFIED      DOB VERIFIED     POB NOT SHOWN

  Employment Dates 09/19 - PRESENT
  Worksite Address VERIFIED

  Employment Dates 02/19 - 01/20
  Worksite Address VERIFIED
  Rehire Status NOT SHOWN

  Job Title: Student employee

  Date Hired: 02/01/2019 Date Resigned: 01/16/2020

  Date Hired: 09/27/2019 Date Resigned: Present

  Status: Part Time

  Employment Location: One Lomb Memorial Dr. Rochester NY 14623

  Job Duties: Not Shown

  Reason for leaving: Not Shown

  Re-employment eligibility: Not Shown

  Performance Review: Not Shown

  Disciplinary file: Not Shown

  Salary: Not Shown

Item: 007
EMPLOYER- ROCHESTER INSITUTUE OF TECHNOLOGY, ROCHESTER, NY
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20

  Name HILLARY M BRINTLE, ASSISTANT DIRECTOR FOR AN, ONE LOMB MEMORIAL DR,
       ROCHESTER, NY 14623
--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  15
--------------------------------------------------------------------------------

Interview Date 02/06/2020

ACCEPTABLE
Primary Association SUPERVISOR
Average Extent of Contact REGULAR
Span of Contact JAN/FEB 2019 TO 12/2019

RECOMMENDS

Source first met the Subject during the hiring process at Rochester
Institute of Technology in Jan/Feb 2019. Source would see the Subject
two times a week at the work place. Source does not socialize with
the Subject outside the work place. Source last saw the Subject in
person in 12/2019. Source last spoke to the Subject via email in
12/2019.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source stated there is nothing in the Subject's background that could
place the Subject in a position to be blackmailed or coerced.

Source is aware of Subject's other employment on the campus of RIT.

Item: 007
EMPLOYER- ROCHESTER INSITUTUE OF TECHNOLOGY, ROCHESTER, NY
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20

Name ████████████████ YSTEMS ADMINISTRATOR, ONE LOMB MEMORIAL DR,

Interview Date 02/06/2020

ACCEPTABLE
Primary Association SUPERVISOR
Average Extent of Contact REGULAR
Span of Contact 09/2019 TO 12/2019

NO REASON NOT TO RECOMMEND

Source first met the Subject during the interview process as a student
employee at Rochester Institute of Technology (RIT) in 09/2019.
Source is the Subjects supervisor and the Source sees the Subject
three times a week in the work place. Source does not socialize with
the Subject outside the work place. Source last saw the Subject in
12/2019. Source has not had any other contact with the Subject since
last in person contact in 12/2019.

--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE  16
--------------------------------------------------------------------------------

  EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

  Source stated there is nothing in the Subject's background that could
  place the Subject in a position to be blackmailed or coerced.

  Source is aware of Subject's other employment on the campus of RIT.


Item: 008
EMPLOYER- FIESTA KIA, ALBUQERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

  Name FIESTA KIA, 8220 LOMAS BLVD, ALBUQERQUE, NM 87110
  PERSONNEL RECORD

  ███████████████████████████████████

  Date Obtained 02/21/2020

  ISSUE(S) 05A

  Name VERIFIED      SSN VERIFIED       DOB VERIFIED      POB NOT SHOWN

  Employment Dates 08/16 - 11/17
  Worksite Address VERIFIED
  Rehire Status ELIGIBLE

  Employment Dates 06/18 - 11/18
  Worksite Address VERIFIED
  Rehire Status ELIGIBLE

  Subject's title was a Porter for Fiesta Kia in Albuquerque, New
  Mexico. Subject's duties were moving cars, and misc dealership needs.

  Subject held his part time and full time positions during the
  following time periods:

  08/05/2016 to 11/08/2017 (discrepant)
  06/01/2018 (discrepant) to 11/26/2018 (discrepant)

  Subject held his positions above during the summer full time and
  during the school year part time and weekends, with breaks in
  service, as shown above. Subject left his position to attend school
  out of state.
  There are no disciplinary actions or performance reviews shown for
  Subject. Subject's rate of pay was $9.00 per hour.

--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

---------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE  17
---------------------------------------------------------------------------------


Item: 008
EMPLOYER- FIESTA KIA, ALBUQERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

  Name J█████████████████████████ LOMAS BLVD NE, ALBUQERQUE,
      █████████
  Interview Date 02/10/2020

  ACCEPTABLE
  Primary Association SUPERVISOR
  Average Extent of Contact MODERATE
  Span of Contact FATHER TOOK SUB TO BUY A CAR TO SUM 2018

  NO REASON NOT TO RECOMMEND


  Source knows Subject father (he works for Fiesta Auto Group), Source
  provided that she met Subject when Subject got his driver's license
  and his father took him to buy a car and Source met him at that time.
  Source provided that Subject worked directly for her for a few
  summers starting in the summer of 2015. Source provided that there
  was no social contact between Source and Subject. Source provided
  that there were gaps in the association between Source and Subject
  during the school year when Subject would go back to school. He
  would come work in the summers for her and the last in person contact
  between Source and Subject was summer 2018. They have not maintained
  in contact.

  EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

  Source provided that Subject plays video game during Subject's free
  time. No additional information was provided by the Source.

  Source could not provide any additional leads for this employment.

  The Source is unaware of anything in the Subject's background that
  could place the Subject in a position to be blackmailed or coerced.



Item: 008    Investigator's Note
EMPLOYER- FIESTA KIA, ALBUQERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

  Source provided that her name changed to Jessica Hernandez (discrepant
  from case papers). No other information was provided by Source.

-----------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  18
--------------------------------------------------------------------------
   Source ███████████████ ided that Subject's position as a porter
works independently and the position turns over often, there is no
one on site that worked directly with Subject.

   Source provided that Subject's Father worked at Fiesta Kia while
Subject worked on site.


Item: 015
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/15/20 - 02/19/20

   Name █████████████HOME MAKER, ███████████████████████
   TELEPHONE TESTIMONY

   Interview Date 02/19/2020

   ACCEPTABLE
   Primary Association RELATIVE
   Average Extent of Contact EXTENSIVE
   Span of Contact BIRTH TO PRESENT

   RECOMMENDS


   Source is Subject's mother and provided she has had contact with
   Subject from birth to present. She maintains contact with Subject
   four to six times a week by phone and text. Subject is currently in
   VA at a Co-op for his school. The last contact between Source and
   Subject was yesterday by phone. There has not been any gaps in
   association between Source and Subject.

   EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

   Source provided that Subject reads, likes US history, video game
   activities with his friends during Subject's free time. No
   additional information was provided by the Source.

   Source provided that Subject was unemployed during his education on
   and off throughout the years. Source provided that Subject attended
   high school at Sandia Prep and graduated in 2017. Subject would have
   been unemployed during his school year of freshman year and may have
   stated working part time with his father at Fiesta Kia during his
   freshman or sophomore year summers. She provided that Subject was
   unemployed during the school year and was supported by his parents
   and Subject's savings. Subject worked the summers and maybe some
   weekends. School was Subject primary focus.

   Source provided that after graduation of High school Subject was also
   _____

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401   |PAGE  19
--------------------------------------------------------------------------------
    unemployed in 2017 and when Subject went to NY while attending
    College in NY. Source provided that Subject started working again but
    could not recall exact dates. Subject is still in VA for school
    /co-op.
    Source provided that father would also be aware of Subject's
    unemployment periods.

    The Source is unaware of anything in the Subject's background that
    could place the Subject in a position to be blackmailed or coerced.



Item: 015     Investigator's Note
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/15/20 - 02/19/20

    Source ███████████ interviewed via telephone in accordance with
    established policies and procedures. She requested phone interview.



Item: 015     Investigator's Note
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/15/20 - 02/19/20

    Source ███████████ (Subject's Mother) was interviewed in accordance
    with established policies and procedures. Source family member
    needed to cover Subject's unemployment.



Item: 020
EMPLOYER- PARSONS, PASADENA, CA
Completed by Investigator ST14
Dates of Investigation 02/25/20 - 03/04/20

    Name PARSONS, 100 W WALNUT ST, PASADENA, CA 91124
    PERSONNEL RECORD
    ████████████████████████████████████████████████
    OF RELEASE
    Date Obtained 03/04/2020

    ACCEPTABLE

    Name DISCREPANT   SSN VERIFIED       DOB VERIFIED      POB NOT SHOWN

    Employment Dates 01/20 - PRESENT
--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401   |PAGE  20
--------------------------------------------------------------------------------

Worksite Address DISCREPANT
Shown As: ███████████████████████████████

Subject's name is shown as Grant (NMN) Bierly.

The record reflects that Subject has been employed by Parsons from
01/2020 to present. Subject's status is full-time and his position
title is Computer Security Intern. Subject earns a salary of $28.00
per hour.

The record contains no additional pertinent information.



███████ ████ LATERAL ITEM(S) 008 002
███████████    ALBUQUERQUE, NM
Completed By Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

  Name ██████████████████████████████████████
  Interviewed At 7300 LOMAS BLVD, ALBUQUERQUE, NM 87110
  Interview Date 02/21/2020

  ACCEPTABLE
  Primary Association RELATIVE
  Average Extent of Contact EXTENSIVE
  Span of Contact BIRTH TO PRESENT

  RECOMMENDS


  Source is Subject's father and has known Subject from birth to
  Present. Subject and Source maintain contact one time a week by phone
  and or text. Source provided that Subject and Sources last contact
  was today by text. There has not been any gaps in association
  between Source and Subject. Source and Subject had daily in person
  contact while living together a ███████████████████████
  87122. Subject left to attend College in NY in August of 2017.
  Subject graduated High school in May of 2017.

  EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

  Source worked with Subject at same place of employment Fiesta Kia
  during the summers of Subject's High school years. Subject worked
  full time in the summer of sophomore, summer of Junior and Summer of
  Senior year prior to leaving for college. Subject worked part time
  on weekend's during the school year as needed. Source and Subject had
  daily in person contact at work. Subject was a porter and Source is
  a sales manager with Fiesta Kia. Source did not provide any
  additional employment leads or contact information.

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
```
-------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON           |CASE # 2020345401 |PAGE  21
-------------------------------------------------------------------------------
```

Subject was unemployed during the school year and his parents
supported him along with Subject savings. Subject was also unemployed
when first attending college in NY and School is Subject primary
focus and supported by his parents.

Source provided that Subject works on computers and like museums
during Subject's free time. No additional information was provided
by the Source.

The Source is unaware of anything in the Subject's background that
could place the Subject in a position to be blackmailed or coerced.

Item: 022    Investigator's Note
████████████████████████
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

  Subject's father ████████████████ rviewed to obtain coverage for
  Employment, Residence and Unemployment corroboration.

---

                          REFERENCES

---

Item: 013    COLLATERAL ITEM(S) 005
NICHOLAS CARRIGAN, HERNDON, VA
Completed by Investigator RY22
Dates of Investigation 02/03/20 - 02/20/20

  Nam██████████████████████████████████████████████
  Interview Date 02/06/2020

  ACCEPTABLE
  Primary Association FRIEND
  Average Extent of Contact REGULAR
  Span of Contact 08/2017 TO 02/02/2020
  Social Contact Ind LCR
  Social Contact Extent
    DAILY TO WEEKLY
  Social Break Or Change N
  Social Contact Span 08/2017 TO 02/02/2020

  RECOMMENDS

---

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  22
--------------------------------------------------------------------------------

Source first met the Subject on the campus of Rochester Institute of
Technology (RIT) in 08/2017. Source had one class with the Subject
and would see the Subject on campus two to three days a week at RIT.
Source is in the same fraternity as the Subject which meets weekly at
RIT. Source and the Subject are good friends and they do socialize
together, they eat together, play video games, work on projects
together and fraternity events. Source last saw the Subject in person
in 01/2020 and spoke to the Subject via telephone, text, social media
or skype on 02/02/2020.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source stated there is nothing in the Subject's background that could
place the Subject in a position to be blackmailed or coerced.

---

LAW ENFORCEMENT

---

Item: 010
ALBUQUERQUE, NM
Completed by Investigator RW92

NO RECORD

Item: 011
STATEWIDE NLETS, NY

NO RECORD

Item: 019
STATEWIDE NLETS, VA

NO RECORD

---

Property of U.S. OPM- Return to: OPM-PIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  23
--------------------------------------------------------------------------------


                                FINANCIAL

                             Credit Report


Item: E01
ARAXID, FAYETTEVILLE, NC


ACCEPTABLE ATTACHED

See Attached


                    Financial Crimes Enforcement Network


Item: V01
FINCEN




END OF REPORT

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIVE SERVICES

\*\*\*\*\*\*\*\*\*\*\*\*\*\* REPORT FROM OPM'S CENTRAL VERIFICATION SYSTEM \*\*\*\*\*\*\*\*\*\*\*\*\*\*

FOI/PA DISCLAIMER:   THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE
PROVISIONS OF THE PRIVACY ACT OF 1974 (5 U.S.C. 552A).  THIS INFORMATION HAS
BEEN REPORTED TO OPM BY OTHER GOVERNMENT AGENCIES AND IS ACCURATE AND TIMELY
AS OF THE DATE OF THIS REPORT.  THIS INFORMATION SHOULD BE HANDLED IN A
MANNER TO PROHIBIT ITS DISCLOSURE TO THE PUBLIC, SUBJECT OF INVESTIGATION, OR
OTHER PERSONNEL FOR ANY PURPOSE OTHER THAN WHICH IT WAS PROVIDED WITHOUT
PRIOR APPROVAL FROM AN AUTHORIZED OPM OFFICIAL.

REPORT PREPARED: 01/30/20, 00:00 EST/EDT.

\*\*\*\*\*\*\*\*\* PREPARED FOR \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SOI CODE: AF00                          \*
DEPARTMENT OF DEFENSE                    \*
BUILDING 600, 10TH STREET                \*
FORT GEORGE G MEADE, MD 20755            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SON CODE: A895

CASE #: 2020345401 CASE TYPE/SERVICE: T5/PRT    EXTRA COVERAGE CODES:  3

AGENCY DATA: DOD-PRT                     FIPC SPECIAL CODES:  I  Z
E-QIP REQUEST ID: 0029726126            SCHEDULED DATE: 01/30/2020

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* CVS/SII INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS IS A SUMMARY OF INFORMATION CONTAINED IN THE CENTRAL VERIFICATION SYSTEM
(CVS).  THIS REPORT DOES NOT INCLUDE JPAS INFORMATION WHICH MAY EXIST.

NAME: BIERLY, GRANT JEFFERSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* INVESTIGATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* PENDING INVESTIGATIONS \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|          | CASE |          STANDARD FORM |          |          |
| CASE #   | TYPE |          VERSION | STATUS | DATE |
| -------- | ---- | ------------------ | --------------- | --------- |
| 2020345401 | T5 |          SF86 (7/17) | SCHEDULED | 01/30/2020 |

|          | FINGER |      |
|          | -PRINT | INV. |
|          | RESULTS | AGY. |
|          | ------- | -------------------------- |
|          | NO RECORD | OPM |

PAGE  1

```
******** CLOSED/UNACCEPTABLE/DISCONTINUED/INCOMPLETE INVESTIGATIONS ********

          CASE              STANDARD FORM
CASE #    TYPE              VERSION          STATUS          DATE
--------- ----             ------------------ --------------- ----------
2030351417  SAC             FP SAC           CLOSED          01/02/2020

      FINGER
      -PRINT          INV.
      RESULTS         AGY.                             SERIOUSNESS CODE
      -------         ------------------------         ----------------
      NO RECORD       OPM                                    F

          CLOSING ACTION           OPM FILE
          ---------------          --------
          CLOSED COMPLETE             YES


*******************************************************************************

FOR ASSISTANCE, CALL THE FEDERAL INVESTIGATIVE SERVICES TELEPHONE LIAISONS AT
                         (724) 794-5228

******************************* END REPORT *******************************

PAGE  2
```

```
SEQNUM: 2020345401          CREDIT SUMMARY          BATCH NO: 20
--------------------------------------------------------------------------------
CASE NUMBER: 2020345401    E01 00    CASE TYPE: 70A   CASE CATEGORY: 4




                                               RESIDENCE


--------------------------------------------------------------------------------
B01-HIT (0), NO HIT(1)      =   0    B11-NO. CH 13 OR R7 NOT PAID  = 000
B02-NO. UNRATED TRADES      = 000    B12-NO. REPOSSESSIONS NOT PD  = 000
B03-NO. UNCLASSIFIED TRADES = 000    B13-DEROG PR, R9, COLL NOT PD = 000
B04-NO. TOO NEW TO RATE TRADE = 000  B14-NUMBER OF MANUALS         = 000
B05-NO. PAYING AS AGREED    = 003    B15-NUMBER OF TRADES          = 003
B06-NO. WORST RATING EVER R2 = 000   B16-NUMBER OF INQUIRIES       = 001
B07-NO. WORST RATING EVER R3 = 000   B17-TOTAL CURRENT BALANCE = 0000427
B08-NO. WORST RATING EVER R4 = 000   B27-BAL OF TR W/MAX DQ<R3 = 0000427
B09-NO. WORST RATING EVER R5 = 000
B10-PAID DEROG P/R OR TRADES = 000
--------------------------------------------------------------------------------
A CHAPTER 13: NONE
HIGHEST RATING OF 01 IS SHOWN ON 003 TRADES.
PUBLIC RECORD INFORMATION: NONE
CREDIT SCORING: 01
--------------------------------------------------------------------------------
```

```
**** OPM SCORE:01 *****|  C R E D I T   R E P O R T  |** FULL DATA REPORT ***
** CASE CATEGORY: 4 ***|                             |***********************
***********************|                             |***********************
  CUSTOMER:            |                             | ACCESS TIME: 01:08
  FILE SINCE: 09/16    |                             | ACCESS DATE: 01/31/20
  LAST ACTIV: 07/18    |                             |
  REPORTS COMBINED: 3  |                             |
                       |                             |
```

```
-----------------------  ---------------------------  -----------------------
-----------------------------------------------------------------------------
GRANT JEFFERSON BIER *** BUREAU NAME AND ADDRESS **           PAGE 1
-----------------------------------------------------------------------------
EQUIFAX                                                       EFX
P. O. BOX 740341
ATLANTA, GA 30374
800-685-1111
-----------------------------------------------------------------------------
EXPERIAN                                                      EXP
701 EXPERIAN PARKWAY, P. O. BOX 2002
ALLEN, TX 75013
888-397-3742
-----------------------------------------------------------------------------
TRANSUNION                                                   TU
P. O. BOX 1000
CHESTER, PA 19022
866-887-2673
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** SUBJECT INFORMATION ***          PAGE 2
-----------------------------------------------------------------------------
                                                             TU EXP
                                                                TU
                                                               EFX
                                                             EFX TU
                                                               EXP
                                     REPTD: 12/2017
                                                          EFX TU EXP
                                     REPTD: 08/2016
                                           DEP:   PHONE:       EFX
DB:          AGE:    M/S:            DEP:   PHONE:             EXP
DB:          AGE:    M/S:            DEP:   PHONE:              TU
-----------------------------------------------------------------------------
-----------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** EMPLOYMENT SECTION ***           PAGE 3
-----------------------------------------------------------------------------
FIESTA KIA                                SINCE: 08/16
MONTHLY INCOME:       $0 LEFT:       REPT:     VERI:          EXP
-----------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** TRADE SECTION ***                    PAGE 4
--------------------------------------------------------------------------
CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT        HIGH    PAST
ACCOUNT#/KOB   OPEN  REPORT ACT  BAL   LIMIT BALANCE CREDIT  DUE  ECOA/ACCT
--------------------------------------------------------------------------
JPMCB CARD     12/98 01/20 01/20 01/20 $48500    $0  $21712   $0 AUTH
 3182310               MOP: PAYS AS AGREED                      REV
 4388540068580017      TERMS: REVOLVING              MTHS/REV: 099 EXP TU EFX
 BANK CREDIT CARDS     PTRN: 01/20 111111111111/111111111111 30=00 60=00 90=00
                                                      DATE/RATE HIST:
            CURRENT ACCOUNT
            FLEXIBLE SPENDING CREDIT CARD
PO BOX 15369 WILMINGTON DE 19850
--------------------------------------------------------------------------
WELLS FARGO    08/16 12/19 12/19        $1200   $318   $676   $0 INDIV
 0908N664              MOP: PAYS AS AGREED
 4465400388975593      TERMS: REV$25/MO             MTHS/REV: 040    TU
 BANKS AND S&LS        PTRN: 11/19 111111111111/111111111111 30=00 60=00 90=00
                                                      DATE/RATE HIST:
--------------------------------------------------------------------------
WF CRD SVC     08/16 01/20 01/20 01/20  $1500   $109   $676   $0 INDIV
 3270007               MOP: PAYS AS AGREED                      REV
 446540038897          TERMS: REV$25/MO             MTHS/REV: 042  EXP EFX
 BANK CREDIT CARDS     PTRN: 01/20 111111111111/111111111111 30=00 60=00 90=00
                                                      DATE/RATE HIST:
            CURRENT ACCOUNT
            CREDIT CARD
PO BOX 14517 DES MOINES IA 50306
--------------------------------------------------------------------------
      NUMBER OF TRADES:  3         $51200   $427 $23064    $0
--------------------------------------------------------------------------

--------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** INQUIRY SECTION ***                 PAGE 5
--------------------------------------------------------------------------
SUBSCRIBR NAME KOB NO.         DATE  *SUBSCRIBR NAME KOB NO.        DATE
---------------------------------------*----------------------------------
VERATO        V   07945612   01/31/20
--------------------------------------------------------------------------
      NUMBER OF INQUIRIES: 1
```

```
--------------------------------------------------------------------------------
GRANT JEFFERSON BIERLY   *** CONSUMER STATEMENT SECTION ***      PAGE 6
--------------------------------------------------------------------------------
  422EMPLOYER:  BEFORE TAKING ADVERSE ACTION IN AN EMPLOYMENT DECISION BASED
ON A PERSONA REPORT, THE FCRA REQUIRES YOU TO PROVIDE THE CONSUMER WITH A
COPY OF THEIR CONSUMER REPORT, ALONG WITH A WRITTEN DESCRIPTION OF THE
CONSUMER'S RIGHTS UNDER THE FCRA. THIS NOTICE OF RIGHTS WAS UPDATED IN
SEPTEMBER 2018 - PLEASE DOWNLOAD THE UPDATED NOTICE AT
HTTPS://WWW.CONSUMER.FTC.GOV/ARTICLES/PDF-0096-FAIR-CREDIT-REPORTING-ACT.PDF

--------------------------------------------------------------------------------
GRANT JEFFERSON BIERLY   *** GENERAL MESSAGE SECTION ***        PAGE 7
--------------------------------------------------------------------------------
EXP: USER ACKNOWLEDGES RECEIPT OF A COPY OF THE SUMMARY OF THE
     CONSUMER'S RIGHTS PRESCRIBED BY THE FEDERAL TRADE COMMISSION UNDER
     SECTION 609 (C) (3) OF THE FCRA ("CONSUMER'S RIGHTS"). BY ACCEPTING
     THIS REPORT, THE USER HEREBY CERTIFIES AND CONFIRMS THAT HE OR SHE WILL
     ATTACH A COPY OF THE CONSUMER'S RIGHTS TO THE REPORT AS REQUIRED BY
     SECTION 604 (B) (1) (B) OF THE FCRA.
EXP: SSN MATCHES
END OF CREDIT REPORT FOR GRANT JEFFERSON BIERLY
```

```
DATE: 01/02/2020                                    PAGE:    1
                 UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
                           INVESTIGATIONS SERVICE

************************   CASE CLOSING TRANSMITTAL   ************************

                        CLOSED: 01/02/2020


CASE #: 2030351417 TYPE/SERVICE: SAC          - PRT  E-QIP#:
```

[REDACTED BLACK BOX]

```
                                  ************** MAIL TO **************
SON: 744B                         *  SOI: AF00
DEPARTMENT OF THE AIR FORCE       *  DEPARTMENT OF DEFENSE
11 WG/IP                          *  CONSOLIDATED ADJUDICATIONS FACILITY
1190 MENOHER DRIVE                *  BUILDING 600, 10TH STREET
JOINT BASE ANDREWS, MD 20762      *  FORT GEORGE G MEADE, MD 20755
                                  ************************************
AGENCY DATA:

OPM ASSESSMENT: F - NO ISSUES - REVIEW LEVEL 1

     THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
     INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
     TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
     IDENTIFIED ABOVE.

     THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS

******************************   ITEM INFORMATION   ****************************
THE ISSUE CODES CONTAINED IN THIS DOCUMENT PROVIDE A PRELIMINARY ASSESSMENT BY
OPM OF THE INFORMATION OBTAINED BY OPM INVESTIGATORS AND INFORMATION SOURCES AND
ARE NOT INTENDED TO REPLACE THE REQUIREMENT FOR ADJUDICATIVE EVALUATION BY THE
AGENCY REQUESTING THE INVESTIGATION.

*******************************************************************************

ITM  TYPE ITEM IDENTIFICATION/LOCATION          CM RESULTS
***  **** ************************************** ** ***********************
A01  SII                                         L  NO RECORD
B01  FBIF                                         L  NO RECORD

**********************  END CASE CLOSING TRANSMITTAL  **********************
```

# EXHIBIT L

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

──────

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com

*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

26 April 23

**Via Email:   dcsa.quantico.dcsa-hq.mbx.foia@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
27130 Telegraph Road
Quantico, VA  22134-2253

RE:  Our Client:  Grant J. Bierly
SS#:  ████████████

████████████████████████ for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Grant J. Bierly. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Department of Defense Counterintelligence and Security Agency.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1)  All interagency and intra-agency memoranda, email, or other written correspondence that include my client's name;
2)  All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
3)  Any information, to include documents, records, and reports, which were considered when seeking to deny or revoke the security clearance.  This includes information upon which the denial or revocation is based, as well as information that was reviewed, but ultimately not used as a basis for denial or revocation.
4)  A copy of the entire security clearance background investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply.

**Identity Verification:**

Full Name: Grant J. Bierly

████████████████████████

██████████ **pay fees:**

My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:

I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above. I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                          _____
Grant J. Bierly                                              Date

I hereby certify that the foregoing statements made by me in this request are true and correct. I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing of this Privacy Act request.** Thank you for your assistance in this matter.

Very truly yours,

*Brett John O'Brien*

Brett John O'Brien

BO/yml
Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, 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

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

your personal history has led to the security concern(s) listed in Attachment 1, *Statement of Reasons (SOR)*, which prevent DCSA CAS from making the affirmative decision that your eligibility is clearly consistent with the interests of national security. If this preliminary decision becomes final, you will not be eligible for access to classified information, assignment to duties that have been designated national security sensitive, and SCI access as defined by the above-cited references.

3.  If you currently have access to classified information, this access may be suspended by your organization's Security Management Office.

4.  You must complete Attachment 2, *Statement of Reasons Receipt and Statement of Intent*, and forward it to the DCSA CAS, via your organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days of receipt of this memorandum. Contact your SMO or SCI SMO for help in preparing and forwarding this form. If the completed Attachment 2 is not received at DCSA CAS, it will be presumed that you do not intend to submit a reply.

5.  You may request the records upon which DCSA CAS relied on to make the preliminary decision. Attachment 3 is provided to assist you in requesting your records. Use the DCSA investigation request if your SOR is based upon a DCSA Investigation (formerly known as the Office of Personnel Management (OPM) investigation). Use the appropriate records request form(s) provided herein, if your SOR is based upon records other than, or in addition to, the DCSA investigation. Failure to request the record(s) in a timely manner, failure to provide an accurate mailing address, and/or failure to accept receipt of the record(s) upon delivery, will not serve as justification for an extension of time to respond to the SOR.

6.  You may challenge this preliminary decision by responding, in writing, with any information or explanation that you think should be considered in reaching a final decision. Attachment 4, *Instructions for Responding to a Statement of Reasons*, provides instructions to assist you if you choose to submit a response. Attachment 5, *National Security Adjudicative Guidelines*, provides information on the guidelines and Attachment 6, *Applicable National Security Adjudicative Guidelines*, provides the specific national security adjudicative guideline(s) from reference (b) used in this preliminary decision.

7.  You may choose to obtain legal counsel, or other assistance, in preparing your response to this preliminary decision. You may obtain civilian counsel, at your own expense, or, if you are eligible, from the staff of the Judge Advocate General. If you desire assistance from legal counsel, you should make those arrangements immediately.

8.  If you choose the option to respond, your written response must be submitted through your SMO or SCI SMO within sixty (60) calendar days from the date you acknowledge receipt of this memorandum. Your SMO or SCI SMO will then forward it to the DCSA CAS. To request an extension, you must provide a written request, with justification, to your SMO or SCI SMO prior to the current deadline. Your SMO or SCI SMO will then submit your request to the DCSA CAS for review/approval. Any request for extension of time to respond may be granted only by the DCSA CAS.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

9.  If you choose the option not to respond or if you chose to respond but your response is not received by your SMO or SCI SMO within the specified time, this preliminary decision will become a final security determination on the merits of the information available. Please direct questions regarding this memorandum to your SMO or SCI SMO.

*Pamela Robinson* by bp

Pamela Robinson
Division Chief
DCSA CAS

Attachments:
1. Statement of Reasons
2. Statement of Reasons Receipt and Statement of Intent
3. Form(s) for Requesting Records
4. Instructions for Responding to a SOR
5. National Security Adjudicative Guidelines
6. Applicable National Security Adjudicative Guidelines

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 197

# EXHIBIT M

# National Security Law Firm
1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

25 April 2023

**Via Email:   dcsa.boyers.dcsa.mbx.inv-foip@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018

 of Security Clearance for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Grant J. Bierly. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Department of Defense Counterintelligence and Security Agency.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1) All interagency and intra-agency correspondence that include my client's name;
2) All interagency and intra-agency records that include my client's name;
3) All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
4) Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5) A copy of the entire investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply.

**Identity Verification:**

Full Name: Grant J. Bierly



**Agreement to pay fees:**

My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:

I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above. I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                                        _____
Grant J. Bierly                                                              Date

I hereby certify that the foregoing statements made by me in this request are true and correct. I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing of the Privacy Act on the aforementioned FOIA request.** Thank you for your assistance in this matter.

Very truly yours,

*Brett John O'Brien*

Brett John O'Brien

BO/yml

Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, 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

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

your personal history has led to the security concern(s) listed in Attachment 1, *Statement of Reasons (SOR)*, which prevent DCSA CAS from making the affirmative decision that your eligibility is clearly consistent with the interests of national security. If this preliminary decision becomes final, you will not be eligible for access to classified information, assignment to duties that have been designated national security sensitive, and SCI access as defined by the above-cited references.

3.  If you currently have access to classified information, this access may be suspended by your organization's Security Management Office.

4.  You must complete Attachment 2, *Statement of Reasons Receipt and Statement of Intent*, and forward it to the DCSA CAS, via your organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days of receipt of this memorandum. Contact your SMO or SCI SMO for help in preparing and forwarding this form. If the completed Attachment 2 is not received at DCSA CAS, it will be presumed that you do not intend to submit a reply.

5.  You may request the records upon which DCSA CAS relied on to make the preliminary decision. Attachment 3 is provided to assist you in requesting your records. Use the DCSA investigation request if your SOR is based upon a DCSA Investigation (formerly known as the Office of Personnel Management (OPM) investigation). Use the appropriate records request form(s) provided herein, if your SOR is based upon records other than, or in addition to, the DCSA investigation. Failure to request the record(s) in a timely manner, failure to provide an accurate mailing address, and/or failure to accept receipt of the record(s) upon delivery, will not serve as justification for an extension of time to respond to the SOR.

6.  You may challenge this preliminary decision by responding, in writing, with any information or explanation that you think should be considered in reaching a final decision. Attachment 4, *Instructions for Responding to a Statement of Reasons*, provides instructions to assist you if you choose to submit a response. Attachment 5, *National Security Adjudicative Guidelines*, provides information on the guidelines and Attachment 6, *Applicable National Security Adjudicative Guidelines*, provides the specific national security adjudicative guideline(s) from reference (b) used in this preliminary decision.

7.  You may choose to obtain legal counsel, or other assistance, in preparing your response to this preliminary decision. You may obtain civilian counsel, at your own expense, or, if you are eligible, from the staff of the Judge Advocate General. If you desire assistance from legal counsel, you should make those arrangements immediately.

8.  If you choose the option to respond, your written response must be submitted through your SMO or SCI SMO within sixty (60) calendar days from the date you acknowledge receipt of this memorandum.  Your SMO or SCI SMO will then forward it to the DCSA CAS.  To request an extension, you must provide a written request, with justification, to your SMO or SCI SMO prior to the current deadline.  Your SMO or SCI SMO will then submit your request to the DCSA CAS for review/approval.  Any request for extension of time to respond may be granted only by the DCSA CAS.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

9. If you choose the option not to respond or if you chose to respond but your response is not received by your SMO or SCI SMO within the specified time, this preliminary decision will become a final security determination on the merits of the information available. Please direct questions regarding this memorandum to your SMO or SCI SMO.

*Pamela Robinson*  by bp

Pamela Robinson
Division Chief
DCSA CAS

Attachments:
1. Statement of Reasons
2. Statement of Reasons Receipt and Statement of Intent
3. Form(s) for Requesting Records
4. Instructions for Responding to a SOR
5. National Security Adjudicative Guidelines
6. Applicable National Security Adjudicative Guidelines

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 197...

EXHIBIT N

CUI

**Defense Counterintelligence and Security Agency**

**PO BOX 618**
**BOYERS PA 16018-0618**

**Controlled by:** DCSA
**Controlled by:** BI FIRE
**CUI Category:** PRVCY
**Limited Dissemination Control:** FEDCON
**POC:** dcsa.boyers.dcsa.mbx.dcsa-dpocoversight@mail.mil

**MANIFEST DATE**
5/16/23

**Total Pieces: 1**

**MANIFEST #:**   51623BLW222
**DESTINATION:**   UPS FOIP 222

| CASE NUMBER | CASE NAME | ITEM TYPE |
|---|---|---|
| 2307 | BIERLY | UPS MAILOUT |



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION
1137 BRANCHTON ROAD
BOYERS, PA 16018-0618

May 12, 2023

National Security Law Firm
Attn: Carl A. Marrone and Brett John O'Brien
1250 Connecticut Avenue
Suite 700
Washington, DC 20036

Re: Grant Bierly

Dear Mr. Marrone and Mr. O'Brien:

This is in reference to Mr. Bierly's request that a copy of their background investigation be provided to you. This request was received by the Department of Defense, Defense Counterintelligence and Security Agency (DCSA), Freedom of Information and Privacy Act (FOI/PA) office on Máy 2, 2023.

Mr. Bierly requested a copy of their background investigations, including reports of investigations, results of database record checks, statements obtained by investigators from people who know them, and all interagency and intra-agency correspondence and records.

Mr. Bierly submitted their request to the DCSA Freedom of Information/Privacy (FOI/P) Office for Investigations. Adjudication and clearance records are not maintained as part of their investigative file and are under the purview of the DCSA FOI/P Office for Adjudications. We forwarded the request to that office for their review and response to Mr. Bierly. Mr. Bierly may refer to their website for additional information: https://www.dcsa.mil/contact/foia/rar/.

Additionally, we are unable to make an accurate search of our records for "interagency and intra-agency correspondence and records" without additional information from Mr. Bierly. They may submit a new request and describe the type of correspondence they seek.

Mr. Bierly requested information that is the property of another federal agency. We are unable to release another agency's information. To obtain this information, Mr. Bierly must reach out to that agency directly.

We reviewed the enclosed documents in accordance with the Freedom of Information Act (FOIA) and the Privacy Act of 1974, as amended.

On behalf of the Financial Crimes Enforcement Network (FinCEN), we withheld information from document(s) 1, 2, 3, 5, 6, and 87 in accordance with FOIA exemption (b)(3) and Privacy Act exemptions (j)(2) and (k)(2). Exemption (b)(3) protects those records that are specifically exempt from release by statute, which in this case is 31 U.S.C 5319. Privacy Act exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (k)(2) protects investigative material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under federal programs.

You may appeal FinCEN's action by submitting a written request to the following address within 90 days from the date of this letter: Financial Crimes Enforcement Network, Disclosure Office, P.O. Box 39, Vienna, VA 22183. Your appeal should include the reasons why the requested information should be released and why this action may be in error. Attach a copy of your original request and this response letter and clearly mark the letters and the outside envelope, "FOIA Appeal." You may refer to their website for additional information: https://www.fincen.gov/filing-privacy-act-request.

On behalf of the Federal Bureau of Investigation (FBI), we withheld information on document(s) 2, 4, and 66 in accordance with Privacy Act exemption (j)(2) and FOIA exemption (b)(7)(E). Exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (b)(7)(E) protects information that "would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law."

Appeals of the FBI's (j)(2), (b)(7)(E) redactions directly to the Department of Justice by submitting a written request to the Office of Information Policy, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at https://www.justice.gov/oip/submit-and-track-request-or-appeal. The appeal must be received by OIP within ninety (90) days from the date of this letter to be considered timely. The envelope and letter should be marked "Freedom of Information Appeal."

The Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. You may contact OGIS in any of the following ways:

U.S. National Archives and Records Administration     Phone: 202-741-5770
Office of Government Information Services              Toll-Free: 1-877-684-6448
8601 Adelphi Road - OGIS                              Fax: 202-741-5769
College Park, MD 20740-6001                           Email: ogis@nara.gov

If you have any questions regarding this response, contact the Freedom of Information and Privacy office at 724-794-7185 and reference tracking number DCSA-B 23-07625.

Sincerely,

Alyssa Snyder

Alyssa Snyder
Government Information Specialist

Enclosure:
As Stated

DATE: 05/11/23                                                        PAGE:     1

### DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY
### INVESTIGATIONS SERVICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*   CASE CLOSING TRANSMITTAL   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CLOSED: 04/14/2020

CASE #: 2020345401 TYPE/SERVICE: T5 - PRT
EXTRA COVERAGE: 3
NAME: BIEBLY  GRANT JEFFERSON

SON: A895                              SOI: AF00
DEPARTMENT OF THE ARMY                 DEPARTMENT OF DEFENSE
PERSONNEL SECURITY INVESTIGATIONS      CONSOLIDATED ADJUDICATIONS FACILITY
CENTER OF EXCELLENCE (PSI-COE)         BUILDING 600, 10TH STREET
6280 GUARDIAN GATEWAY, SUITE 1E        FORT GEORGE G MEADE, MD 20755
ABERDEEN PROVING GROUND, MD 21005
AGENCY DATA: DOD-PRT

DCSA ADJUDICATION: A -SEE ATTACHED INV FORM 79A REVIEW LEVEL 2

    THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
    INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
    TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
    IDENTIFIED ABOVE.



# (b)(3) (j)(2) (k)(2)

THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS

***************************** ITEM INFORMATION *****************************

| ITM | TYPE | ITEM IDENTIFICATION/LOCATION | CM | RESULTS |
| --- | --- | --- | --- | --- |
| *** | **** | ***************************************** | ** | ******************* |
| 001 | ESI | GRANT BIERLY<br>CHANTILLY, VA | P | ISSUE(S) |
| 002 | RESI | 8020 ELENA DR. NE<br>ALBUQUERQUE, NM | P | ACCEPTABLE |
| 003 | EDUC | SANDIA PREPARATORY SCHOOL<br>ALBUQUERQUE, NM | P | ACCEPTABLE |
| 004 | EDUC | ROCHESTER INSTITUTE OF TECHNOLOGY<br>ROCHESTER, NY | R | ACCEPTABLE |
| 005 | EDUC | ROCHESTER INSTITUTE OF TECHNOLOGY<br>ROCHESTER, NY | P | REFERRED |
| 006 | EMPL | EMPLOYER - RIT INFORMATION AND TECHNOLOG<br>ROCHESTER, NY | R | ACCEPTABLE |
| 007 | EMPL | EMPLOYER - ROCHESTER INSITUTUE OF TECHNO<br>ROCHESTER, NY | P | ACCEPTABLE |
| 008 | EMPL | EMPLOYER - FIESTA KIA<br>ALBUQERQUE, NM | P | ISSUE(S) |
| 010 | LAWE | ALBUQUERQUE, NM | R | NO RECORD |
| 011 | LAWE | STATEWIDE NLETS, NY | R | NO RECORD |
| 012 | RESI | 4225 EAST RIVER RD<br>HENRIETTA, NY | P | ACCEPTABLE |
| 013 | REFE | NICHOLAS CARRIGAN<br>HERNDON, VA | P | ACCEPTABLE |
| 014 | RESI | 14036 THUNDERBOLT PL<br>CHANTILLY, VA | P | ACCEPTABLE |
| 015 | EMPL | EMPLOYER - UNEMPLOYMENT<br>ALBUQUERQUE, NM | P | ACCEPTABLE |
| 019 | LAWE | STATEWIDE NLETS, VA | R | NO RECORD |
| 020 | EMPL | EMPLOYER - PARSONS<br>PASADENA, CA | R | ACCEPTABLE |
| 022 | GENL | RAYMOND J BIERLY<br>ALBUQUERQUE, NM | P | ACCEPTABLE |
| 023 | EDUC | CENTRAL NEW MEXICO COMMUNITY COLLEGE<br>ALBUQUERQUE, NM | R | UNABLE TO CONTACT |
| 024 | EDUC | CENTRAL NEW MEXICO COMMUNITY COLLEGE<br>ALBUQUERQUE, NM | R | UNABLE TO CONTACT |
| 025 | EDUC | CENTRAL NEW MEXICO COMMUNITY COLLEGE<br>ALBUQUERQUE, NM | R | ACCEPTABLE |
| A01 | SII | | L | RECORD |
| A02 | SIIF | | I | NO PERTINENT |
| A03 | SIIC | | I | ACCEPTABLE ATTACHED |
| B01 | FBIF | | L | NO RECORD |
| C01 | FBIN | | L | Per the FBI (j)(2) (b)(7)(E) |
| D01 | DCII | | L | NO RECORD |
| E01 | CRED | ARAXID          NC<br>FAYETTEVILLE, NC | L | ACCEPTABLE ATTACHED |
| F01 | SESE | SELECTIVE SERIL<br>GREAT LAKES, IL | L | ACCEPTABLE |

```
DATE: 05/11/23                                                      PAGE  3
CASE #: 2020345401  TYPE/SERVICE: T5 - PRT
EXTRA COVERAGE: 3
NAME: BIERLY  GRANT  JEFFERSON
```

```
ITM   TYPE  ITEM IDENTIFICATION/LOCATION        CM  RESULTS
***   ****  *****************************************  **  ***********************
G01   MILD  MIL Discharge                       L   NO RECORD
M01   SSN   SOC SECURITY MD                     L   ACCEPTABLE
            BALTIMORE, MD
V01   FNCN  FINCEN                              L   (b)(3)
```

```
***********************  END CASE CLOSING TRANSMITTAL  ***********************
```

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------

NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE  1

--------------------------------------------------------------------------------

OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIVE SERVICES

CONTENT SUMMARY SHEET

CLOSED: 04/14/2020

ITEM  TYPE  ITEM IDENTIFICATION/LOCATION          CM  RESULTS

--------------------------------------------------------------------------------

NATIONAL AGENCY CHECK

National Agency Check- Subject
A01   SII   SII SEARCH                      L   RECORD
A02   SIIF  SII FILE REQUEST                I   NO PERTINENT
            CSN 2030351417
A03   SIIC  CVS NAC SEARCH                  I   ACCEPTABLE ATTACHED
B01   FBIF  FBI FINGERPRINT SEARCH          L   NO RECORD
C01   FBIN  FBI NAME SEARCH                 L   Per the FBI (j)(2) (b)(7)(E)
D01   DCII  DCII SEARCH                     L   NO RECORD
F01   SESE  SELECTIVE SERVICE               L   ACCEPTABLE
            GREAT LAKES, IL
G01   MILD  MILITARY DISCHARGE              L   NO RECORD
M01   SSN   SOCIAL SECURITY NUMBER          L   ACCEPTABLE
            BALTIMORE, MD

SUBJECT INTERVIEW/CONTACTS

Enhanced Subject Interview
001   ESI   ENHANCED SUBJECT INTERVIEW      P   ISSUE(S)
            CHANTILLY, VA

RESIDENCE
002   RESI  8020 ELENA DR. NE               P   ACCEPTABLE
            ALBUQUERQUE, NM
012   RESI  4225 EAST RIVER RD              P   ACCEPTABLE
            HENRIETTA, NY
014   RESI  14036 THUNDERBOLT PL            P   ACCEPTABLE
            CHANTILLY, VA

EDUCATION
003   EDUC  SANDIA PREPARATORY SCHOOL       P   ACCEPTABLE
            ALBUQUERQUE, NM
004   EDUC  ROCHESTER INSTITUTE OF TECHNOLOGY  R  ACCEPTABLE
            ROCHESTER, NY
005   EDUC  ROCHESTER INSTITUTE OF TECHNOLOGY  P  REFERRED
            ROCHESTER, NY
023   EDUC  CENTRAL NEW MEXICO COMMUNITY COLLEGE  R  UNABLE TO CONTACT
            ALBUQUERQUE, NM
024   EDUC  CENTRAL NEW MEXICO COMMUNITY COLLEGE  R  UNABLE TO CONTACT
            ALBUQUERQUE, NM

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

```
REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE   2
--------------------------------------------------------------------------------

025   EDUC  CENTRAL NEW MEXICO COMMUNITY COLLEGE    R   ACCEPTABLE
            ALBUQUERQUE, NM

EMPLOYMENT
006   EMPL  EMPLOYER- RIT INFORMATION AND TECHNOLOGY R   ACCEPTABLE
            ROCHESTER, NY
007   EMPL  EMPLOYER- ROCHESTER INSITUTUE OF TECHNOL P   ACCEPTABLE
            ROCHESTER, NY
008   EMPL  EMPLOYER- FIESTA KIA                     P   ISSUE(S)
            ALBUQERQUE, NM
015   EMPL  EMPLOYER- UNEMPLOYMENT                   P   ACCEPTABLE
            ALBUQUERQUE, NM
020   EMPL  EMPLOYER- PARSONS                        R   ACCEPTABLE
            PASADENA, CA
022   GENL  RAYMOND J BIERLY                         P   ACCEPTABLE
            ALBUQUERQUE, NM

REFERENCES
013   REFE  NICHOLAS CARRIGAN                        P   ACCEPTABLE
            HERNDON, VA

LAW ENFORCEMENT
010   LAWE  ALBUQUERQUE, NM                          R   NO RECORD
011   LAWE  STATEWIDE NLETS, NY                      R   NO RECORD
019   LAWE  STATEWIDE NLETS, VA                      R   NO RECORD

FINANCIAL

Credit Report
E01   CRED  ARAXID                                   L   ACCEPTABLE ATTACHED
            FAYETTEVILLE, NC

Financial Crimes Enforcement Network
V01   FNCN  FINCEN                                   L   (b)(3) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
```

OPM COMMENTS

THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
IDENTIFIED ABOVE.



REQUESTOR ID: E41 SR23
-------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE   3
-------------------------------------------------------------------------------

# (b)(3) (j)(2) (k)(2)

THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS


IF YOU HAVE A CONCERN WITH THE QUALITY OF YOUR INVESTIGATION, PLEASE
SUBMIT YOUR CONCERN THROUGH THE QUALITY ASSESSMENT RATING TOOL(QART).
IF YOUR AGENCY IS NOT A REGISTERED USER OF THE QART, YOU MAY START THE
REGISTRATION PROCESS BY CONTACTING QART@DNI.GOV


END OF CONTENT SUMMARY SHEET


Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
INVESTIGATIONS SERVICE
WASHINGTON, DC  20415

CERTIFICATION OF INVESTIGATION
------------------------------

DATE: 04/14/2020

SUBMITTING OFFICE: SON - A895              SECURITY OFFICE: SOI - AF00

DEPARTMENT OF DEFENSE
CONSOLIDATED ADJUDICATIONS FACILITY
BUILDING 600, 10TH STREET
FORT GEORGE G MEADE, MD 20755

NAME: BIERLY, GRANT JEFFERSON

███████████████████████████████████████████

CASE TYPE: T5              CLOSING DATE: 04/14/2020     OPM CASE #: 2020345401
EXTRA COVERAGE: 3 / ADVANCED REPORT OF NAC
POSITION CODE : /

SCHEDULED DATE: 01/30/2020

INVESTIGATION CONDUCTED FROM: SF86 (7/17)


THIS CERTIFIES THAT A BACKGROUND INVESTIGATION ON THE PERSON IDENTIFIED ABOVE
HAS BEEN COMPLETED. THE RESULTS OF THIS INVESTIGATION WERE SENT TO THE SECURITY
OFFICE FOR A SECURITY/SUITABILITY DETERMINATION.

************************************************************************************

AGENCY CERTIFICATION: THE RESULTS OF THIS INVESTIGATION HAVE BEEN REVIEWED, AND
A FINAL DETERMINATION HAS BEEN MADE.

--------------------------------------------------------------------------------
AGENCY CERTIFYING OFFICIAL                     | DATE
                                               |
                                               |
--------------------------------------------------------------------------------

FILE THIS CERTIFICATE ON THE PERMANENT SIDE OF THE PERSON'S OFFICIAL PERSONNEL
FOLDER AFTER THE FINAL AGENCY DETERMINATION IS MADE.

```
           AGENCY USE BLOCK (REQUEST ID 29726126) e-QIP Version 3
-----------------------------------------------------------------------
FEDERAL INVESTIGATIONS PROCESSING CENTER (FIPC) DATA
FIPC CODES: I
TYPE OF INVESTIGATION
      CODE:    70
      SERVICE: A
EXTRA COVERAGE
      EXTRA COVERAGE CODE(S): 3
SENSITIVITY LEVEL
      RISK:    4
      ADP REQUIREMENT:
ACCESS
      LEVEL:    4
      ADDITIONAL COMMENTS: W6HWAA
NATURE OF ACTION
      CODE:
DATE OF ACTION
      DATE:
GEOGRAPHIC LOCATION
      WORLDWIDE CODE:
POSITION CODE
      CODE:
POSITION TITLE
      TITLE: DOD Cyber
SUBMITTING OFFICE NUMBER
      SON #: A895
LOCATION OF OFFICE PERSONNEL FOLDER
      LOCATION CODE: None
      OTHER ADDRESS
            NAME:
            ADDRESS: None Provided
            WEB ADDRESS OF e-OPF:
SECURITY OFFICE IDENTIFIER
      SOI #: AF00
LOCATION OF SECURITY FOLDER
      LOCATION CODE: NPI
      OTHER ADDRESS
            NAME:
            ADDRESS: None Provided
IPAC NUMBER
      CODE: 00003801
TREASURY ACCOUNT SYMBOL
      TAS: _____ C
OBLIGATING DOCUMENT
      NUMBER: None Provided
BUSINESS EVENT TYPE
      CODE: None Provided
ACCOUNTING DATA AND/OR AGENCY CASE NUMBER
      CODE: DOD-PRT
INVESTIGATIVE REQUIREMENT TYPE
      CODE: I
REQUESTING OFFICIAL
      NAME: PSI-CoE Customer Service
      TITLE:
      E-MAIL ADDRESS: usarmy.apg.inscom.mbx.psip-corrections@mail.mil
      PHONE: 410-278-4194 Ext:
DATE
      None Available
APPLICANT AFFILIATION
      CODE: FED CIV
DEPLOYMENT/PCS
COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE
      CAGE CODE:
      CONTRACT NUMBER:
SPECIAL HANDLING
      HANDLING INFORMATION:
```

# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request #29726126

## ARCHIVAL COPY - RETAIN FOR YOUR RECORDS

The information contained in this document represents data submitted by **Grant Jefferson Bierly** (Applicant) for **the e-QIP Investigation Request #29726126**. Applicant certified the accuracy of this information at **2020-01-29 22:36:54**.

This Investigation Request contains the following documents:

**Page 1: Investigation Request Cover Sheet**
**Page 2-48: Questionnaire For National Security Positions**

Note: To conserve paper only the first entry in multiple-entry lists displays completion instructions. The completion instructions for the first entry also applies to each additional entry unless otherwise noted.

Certified at 2020 01 29 22:36:54              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

## Form Completion Instructions

### Questionnaire for National Security Positions

Follow instructions completely or your form will be unable to be processed. If you have any questions, contact the office that provided you the form.

All questions on this form must be answered **completely and truthfully** in order that the Government may make the determinations described below on a complete record. Penalties for inaccurate or false statements are discussed below. **If you are a current civilian employee of the federal government:** failure to answer any questions completely and truthfully could result in an adverse personnel action against you, including loss of employment; with respect to Sections 23, 27, and 29, however, neither your truthful responses nor information derived from those responses will be used as evidence against you in a subsequent criminal proceeding.

### Purpose of this Form

This form will be used by the United States (U.S.) Government in conducting background investigations, reinvestigations, and continuous evaluations of persons under consideration for, or retention of, national security positions as defined in 5 CFR 732, and for individuals requiring eligibility for access to classified information under Executive Order 12968. This form may also be used by agencies in determining whether a subject performing work for, or on behalf of, the Government under a contract should be deemed eligible for logical or physical access when the nature of the work to be performed is sensitive and could bring about an adverse effect on the national security.

Providing this information is voluntary. If you do not provide each item of requested information, however, we will not be able to complete your investigation, which will adversely affect your eligibility for a national security position, eligibility for access to classified information, or logical or physical access. It is imperative that the information provided be true and accurate, to the best of your knowledge. Any information that you provide is evaluated on the basis of its currency, seriousness, relevance to the position and duties, and consistency with all other information about you. Withholding, misrepresenting, or falsifying information may affect your eligibility for access to classified information, eligibility for a sensitive position, or your ability to obtain or retain Federal or contract employment. In addition, withholding, misrepresenting, or falsifying information may affect your eligibility for physical and logical access to federally controlled facilities or information systems. Withholding, misrepresenting, or falsifying information may also negatively affect your employment prospects and job status, and the potential consequences include, but are not limited to, removal, debarment from Federal service, loss of eligibility for access to classified information, or prosecution.

This form may become a permanent document that may be used as the basis for future investigations, eligibility determinations for access to classified information, or to hold a sensitive position, suitability or fitness for Federal employment, fitness for contract employment, or eligibility for physical and logical access to federally controlled facilities or information systems. Your responses to this form may be compared with your responses to previous SF-86 questionnaires.

The investigation conducted on the basis of information provided on this form may be selected for studies and analyses in support of evaluating and improving the effectiveness and efficiency of the investigative and adjudicative methodologies. All study results released to the general public will delete personal identifiers such as name, Social Security Number, and date and place of birth.

### Authority to Request this Information

Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12968; sections 3301, 3302, and 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

Your Social Security Number (SSN) is needed to identify records unique to you. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397, as amended by EO 13478.

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

                                                              10 of 94

Case 1:23-cv-02386-RCL  Document 1-2  Filed 08/16/23  Page 52 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 3 of 48
Investigation Request #29726126 for Applican                              Archival Copy

**The Investigative Process**

Background investigations for national security positions are conducted to gather information to determine whether you are reliable, trustworthy, of good conduct and character, and loyal to the U.S. The information that you provide on this form may be confirmed during the investigation. The investigation may extend beyond the time covered by this form, when necessary to resolve issues. Your current employer may be contacted as part of the investigation, although you may have previously indicated on applications or other forms that you do not want your current employer to be contacted. If you have a security freeze on your consumer or credit report file, then we may not be able to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should request that the consumer reporting agencies lift the freeze in these instances.

In addition to the questions on this form, inquiry also is made about your adherence to security requirements, your honesty and integrity, vulnerability to exploitation or coercion, falsification, misrepresentation, and any other behavior, activities, or associations that tend to demonstrate a person is not reliable, trustworthy, or loyal. Federal agency records checks may be conducted on your spouse or legally recognized civil union/domestic partner, cohabitant(s), and immediate family members. After an eligibility determination has been completed, you also may be subject to continuous evaluation, which may include periodic reinvestigations, to determine whether retention in your position is clearly consistent with the interests of national security.

**The information you provide on this form may be confirmed during the investigation, and may be used for identification purposes throughout the investigation process.**

**Your Personal Interview**

Some investigations will include an interview with you as a routine part of the investigative process. The investigator may ask you to explain your answers to any question on this form. This provides you the opportunity to update, clarify, and explain information on your form more completely, which often assists in completing your investigation. It is imperative that the interview be conducted as soon as possible after you are contacted. Postponements will delay the processing of your investigation, and declining to be interviewed may result in your investigation being delayed or canceled.

For the interview, you will be required to provide photo identification, such as a valid state driver's license. You may be required to provide other documents to verify your identity, as instructed by your investigator. These documents may include certification of any legal name change, Social Security card, passport, and/or your birth certificate. You may also be asked to provide documents regarding information that you provide on this form, or about other matters requiring specific attention. These matters include (a) alien registration or naturalization documentation; (b) delinquent loans or taxes, bankruptcies, judgments, liens, or other financial obligations; (c) agreements involving child custody or support, alimony, or property settlements; (d) arrests, convictions, probation, and/or parole; or (e) other matters described in court records.

**Instructions for Completing this Form**

1.  Follow the instructions provided to you by the office that gave you this form and any other clarifying instructions, provided by that office, to assist you with completion of this form. You must sign and date, in ink, the original and each copy you submit. **You should retain a copy of the completed form for your records.**
2.  All questions on this form must be answered. If no response is necessary or applicable, indicate this on the form by checking the associated "Not Applicable" box, unless otherwise noted.
3.  Do not abbreviate the names of cities or foreign countries. Whenever you are asked to supply a country name, you may select the country name by using the country dropdown feature.
4.  When entering a U.S. address or location, select the state or territory from the "States" dropdown list that will be provided. For locations outside of the U.S. and its territories, select the country in the "Country" dropdown list and leave the "State" field blank.
5.  The 5-digit postal Zip Codes are required to process your investigation more rapidly. Refer to an automated system approved by the U.S. Postal Service to assist you with Zip Codes.
6.  For telephone numbers in the U.S., ensure that the area code is included.

Certified at 2020 01 29 22:36:54                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924


7. All dates provided in this form must be in Month/Day/Year or Month/Year format. The month and day should be entered as two character numbers (i.e., 01 for January and 29 for the 29th day of the month). The year should be entered as a four character number ( i.e., 1978 or 2001.). If you are unable to report an exact date, approximate or estimate the date to the best of your ability, and indicate this by checking the "Estimated" box.

### Final Determination on Your Eligibility

Final determination on your eligibility for a national security position is the responsibility of the Federal agency that requested your investigation and the agency that conducted your investigation. You will be provided the opportunity to explain, refute, or clarify any information before a final decision is made, if an unfavorable decision is considered. The United States Government does not discriminate on the basis of prohibited categories, including but not limited to race, color, religion, sex (including pregnancy and gender identity), national origin, disability, or sexual orientation when granting access to classified information.

### Penalties for Inaccurate or False Statements

The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to **five (5)** years imprisonment. In addition, Federal agencies generally fire, do not grant a security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements. Your prospects of placement or security clearance are better if you answer all questions truthfully and completely. You will have adequate opportunity to explain any information you provide on this form and to make your comments part of the record.

### Disclosure Information

The information you provide is for the purpose of investigating you for a national security position, and the information will be protected from unauthorized disclosure. The collection, maintenance, and disclosure of background investigative information are governed by the Privacy Act. The agency that requested the investigation and the agency that conducted the investigation have published notices in the Federal Register describing the systems of records in which your records will be maintained. The information you provide on this form, and information collected during an investigation, may be disclosed without your consent by an agency maintaining the information in a system of records as permitted by the Privacy Act [5 U.S.C. 552a(b)], and by routine uses, a list of which are published by the agency in the Federal Register. The office that gave you this form will provide you a copy of its routine uses.

You will not receive prior notice of such disclosures under a routine use.

In addition to those disclosures generally permitted under the Privacy Act, all or a portion of the records or information you provide on this form or during your investigation may be disclosed outside of OPM as a routine use as outlined below.

### Office of Personnel Management (OPM) Routine Uses

OPM has published the following Privacy Act routine uses for its system of records for background investigations:

a. To designated officers and employees of agencies, offices, and other establishments in the executive, legislative, and judicial branches of the Federal Government or the Government of the District of Columbia having a need to investigate, evaluate, or make a determination regarding loyalty to the United States; qualifications, suitability, or fitness for Government employment or military service; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

b. To an element of the U.S. Intelligence Community as identified in E.O. 12333, as amended, for use in intelligence activities for the purpose of protecting United States national security interests.

c. To any source from which information is requested in the course of an investigation, to the extent necessary to identify the individual, inform the source of the nature and purpose of the investigation, and to identify the type of information requested.

d. To the appropriate Federal, state, local, tribal, foreign, or other public authority responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order where OPM becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

e. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with its current employee's, contractor employee's, or military member's retention; loyalty; qualifications, suitability, or fitness for employment; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

f. To provide information to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of that individual. However, the investigative file, or parts thereof, will only be released to a congressional office if OPM receives a notarized authorization or signed statement under 28 U.S.C. 1746 from the subject of the investigation.

g. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

h. For agencies that use adjudicative support services of another agency, at the request of the original agency, the results will be furnished to the agency providing the adjudicative support.

i. To provide criminal history record information to the FBI, to help ensure the accuracy and completeness of FBI and OPM records.

j. To appropriate agencies, entities, and persons when (1) OPM suspects or has confirmed that there has been a breach of the system of records; (2) OPM has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with OPM's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

k. To another Federal agency or Federal entity, when OPM determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

l. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding. In those cases where the Government is not a party to the proceeding, records may be disclosed if a subpoena has been signed by a judge.

m. To disclose information to the National Archives and Records Administration for use in records management inspections.

n. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which OPM is authorized to appear, when:

(1) OPM, or any component thereof; or

(2) Any employee of OPM in his or her official capacity; or

(3) Any employee of OPM in his or her individual capacity where the Department of Justice or OPM has agreed to represent the employee; or

(4) The United States, when OPM determines that litigation is likely to affect OPM or any of its components; is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or OPM is deemed by OPM to be relevant and necessary to the litigation, provided, however, that the disclosure is compatible with the purpose for which records were collected.

o. For the Merit Systems Protection Board--To disclose information to officials of the Merit Systems Protection Board or the Office of the Special Counsel, when requested in connection with appeals, special studies of the

**PRIVACY ACT INFORMATION**

Case 1:23-cv-02386-RCL  Document 1-2  Filed 08/16/23  Page 55 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)                Page 6 of 48
Investigation Request #29726126 for Applicant                                  Archival Copy

civil service and other merit systems, review of OPM rules and regulations, investigations of alleged or possible prohibited personnel practices, and such other functions, e.g., as promulgated in 5 U.S.C. 1205 and 1206, or as may be authorized by law.

p. To disclose information to an agency Equal Employment Opportunity (EEO) office or to the Equal Employment Opportunity Commission when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, or in the processing of a Federal-sector EEO complaint.

q. To disclose information to the Federal Labor Relations Authority or its General Counsel when requested in connection with investigations of allegations of unfair labor practices or matters before the Federal Service Impasses Panel.

r. To another Federal agency's Office of Inspector General when OPM becomes aware of an indication of misconduct or fraud during the applicant's submission of the standard forms.

s. To another Federal agency's Office of Inspector General in connection with its inspection or audit activity of the investigative or adjudicative processes and procedures of its agency as authorized by the Inspector General Act of 1978, as amended, exclusive of requests for civil or criminal law enforcement activities.

t. To a Federal agency or state unemployment compensation office upon its request in order to adjudicate a claim for unemployment compensation benefits when the claim for benefits is made as the result of a qualifications, suitability, fitness, security, identity credential, or access determination.

u. To appropriately cleared individuals in Federal agencies, to determine whether information obtained in the course of processing the background investigation is or should be classified.

v. To the Office of the Director of National Intelligence for inclusion in its Scattered Castles system in order to facilitate reciprocity of background investigations and security clearances within the intelligence community or assist agencies in obtaining information required by the Federal Investigative Standards.

w. To the Director of National Intelligence, or assignee, such information as may be requested and relevant to implement the responsibilities of the Security Executive Agent for personnel security, and pertinent personnel security research and oversight, consistent with law or executive order.

x. To Executive Branch Agency insider threat, counterintelligence, and counterterrorism officials to fulfill their responsibilities under applicable Federal law and policy, including but not limited to E.O. 12333, 13587 and the National Insider Threat Policy and Minimum Standards.

y. To the appropriate Federal, State, local, tribal, foreign, or other public authority in the event of a natural or manmade disaster. The record will be used to provide leads to assist in locating missing subjects or assist in determining the health and safety of the subject. The record will also be used to assist in identifying victims and locating any surviving next of kin.

z. To Federal, State, and local government agencies, if necessary, to obtain information from them which will assist OPM in its responsibilities as the authorized Investigation Service Provider in conducting studies and analyses in support of evaluating and improving the effectiveness and efficiency of the background investigation methodologies.

aa. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with the classifying of jobs, the letting of a contract, or the issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

## Public Burden Information

Public burden reporting for this collection of information is estimated to average 150 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Federal Investigative Services, Attn: OMB Number 3206-0005, 1900 E

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

14 of 94

Street, N.W., Washington, DC 20415. The OMB clearance number, 3206-0005, is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

## Statement of Understanding

PERSONS COMPLETING THIS FORM SHOULD BEGIN AFTER CAREFULLY READING THE PRECEDING INSTRUCTIONS.

I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.

Yes: { x } No: { }

## Sections 1-4 - Identifying Information

Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.," "Sr.," etc. enter this under Suffix.

Last: **Bierly** First: **Grant** Middle: **Jefferson** Suffix:

## Section 5 - Other Names Used

Provide your other names used and the period of time you used them (for example: your maiden name, name(s) by a former marriage(s), former name(s), alias(es), or nickname(s)).

Have you used any other names?

Yes: { } No: { x }

## Section 6 - Your Identifying Information

Provide your identifying information.
Height

(feet): **6**
(inches): **0**

Weight: **240**
Hair color: **Brown**
Eye color: **Brown**
Sex

Female: { }
Male: { x }

## Section 7 - Your Contact Information

Provide your contact information. Email addresses may be used as a contact method, and identify subject in records.

s required. Additional numbers provided may

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

15 of 94

Home telephone number
    International or DSN: { } Number:
Work telephone number
    International or DSN: { } Number: Extension: Time:
Mobile/Cell telephone number
    International or DSN: { } Number:

## Section 8 - U.S. Passport Information

Do you possess a U.S. passport (current or expired)?
    Yes: { x } No: { }

Click HERE for U.S. State Department passport help.

### Detail

Provide the following information for the most recent U.S. passport you currently possess.
Provide your U.S. passport number

Click HERE for U.S. State Department passport help.
Provide the issue date of passport
    Month/Day/Year: **09/10/2014**
Provide the expiration date of passport
    Month/Day/Year: **09/09/2024**
Provide the name in which passport was first issued
    Last: **Bierly** First: **Grant** Middle: **Jefferson** Suffix:

## Section 9 - Citizenship

Select the box that reflects your current citizenship status and click Save.
Provide your current citizenship status
    I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.: { x }
    I am a U.S. citizen or national by birth, born to U.S. parent(s), in a foreign country.: { }
    I am a naturalized U.S. citizen.: { }
    I am a derived U.S. citizen.: { }
    I am not a U.S. citizen.: { }

## Section 10 - Dual/Multiple Citizenship Information

Do you now or have you **EVER** held dual/multiple citizenships?
    Yes: { } No: { x }

### Foreign Passport

Have you **EVER** been issued a passport (or identity card for travel) by a country other than the U.S.?
    Yes: { } No: { x }

## Section 11 - Where You Have Lived

List the places where you have lived beginning with your present residence and working back **10 years.**
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 58 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 9 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address.

For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list your spouse, cohabitant or other relatives as the verifier for periods of residence.

1. Enter residence information.
   Provide dates of residence
       From (Month/Year): **12/2012** To (Month/Year): **Present**
   Is/was this residence
       Owned by you: **{ }**
       Rented or leased by you: **{ }**
       Military housing: **{ }**
       Other (Provide explanation): **{ x }**
   Explanation
       **Parents own residence**
   Provide the street address

   **Person Who Knew You**

   Provide the name of a neighbor, landlord (if rental) or other person who knows you at this address.
   Provide the full name

   Provide date of last contact
       Month/Year: **12/2019**
   Provide your relationship to this person (check all that apply)
       Neighbor: **{ x }**
       Friend: **{ x }**
       Landlord: **{ }**
       Business associate: **{ }**
       Other (Provide explanation): **{ }**
   Explanation

   Provide the following contact information for this person
   Provide evening telephone number for this person ( I don't know: **{ }** )
       International or DSN: **{ }** Number
   Provide daytime telephone number for th
       International or DSN: **{ }** Number
   Provide cell/mobile telephone number fo
       International or DSN: **{ }** Number
   Provide e-mail address for this person ( I don't know: **{ }** )
   Provide street address for this person (including apartment number)

*(End of List)*

## Summary

List the places where you have lived beginning with your present residence and working back **10 years** . Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

17 of 94

you split your time between one or more residences during a time period, you must list all residences. Do not list residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list your spouse, cohabitant or other relatives as the verifier for periods of residence.

Do you have an additional residence to report?
　　　Yes: { } No: { x }

## Section 12 - Where You Went To School

Do not list education before your 18th birthday, unless to provide a minimum of two years education history.

Have you attended any schools in the last 10 years?
　　　Yes: { x } No: { }

1.　Provide the dates of attendance
　　　From (Month/Year): **11/2012** To (Month/Year): **05/2017**
　　Select the most appropriate code to describe your school
　　　High School: { x }
　　　College, university, or military college: { }
　　　Vocational, technical, or trade school: { }
　　　Correspondence, distance, extension, or online school: { }
　　Provide the name of the school: **Sandia Preparatory School**
　　Provide the street address of the school. For correspondence, distance, extension, or online schools, provide the address where the records are maintained.
　　　Street: **532 Osuna Rd NE**
　　　City: **Albuquerque** State: **NM** Country:　Zip Code: **87113**

For assistance determining the school address, refer to http://ope.ed.gov/accreditation/Search.aspx
### Person Who Knew You

For schools you attended in the last 3 years, list a person who knew you at the school (instructor, student, etc.). Do not list people for education periods completed more than 3 years ago. For correspondence/distance/extension/online schools, list someone who knew you while you received this education.
Provide the name of person who knows/knew you at school ( I don't know: { } )
　　　Last ▓▓▓▓▓▓▓▓
Provide current address for this person (including apartment number)
　　　Street ▓▓▓▓▓▓▓▓
　　　City: ▓▓▓▓▓▓▓▓▓▓▓▓
Provide telephone number for this person
　　　International or DSN: { } Number: **5058189097** Extension:　Time: **Both**
Provide email address for this person ( I don't know: { } ) : ▓▓▓▓▓▓▓▓▓▓
### Degree or Diploma Received

Did you receive a degree/diploma?
　　　Yes: { x } No: { }

### Degree/Diploma Detail

**PRIVACY ACT INFORMATION**

Provide type of degrees(s)/diploma(s) received and date(s) awarded

1.  Degree/diploma: **High School Diploma**
    Other degree/diploma:
    Date awarded
        Month/Year: **05/2017**

*(End of Provide type of degrees(s)/diploma(s) received and date(s) awarded List)*

2.  Provide the dates of attendance
        From (Month/Year): **08/2017** To (Month/Year): **Present**
    Select the most appropriate code to describe your school
        High School: **{ }**
        College, university, or military college: **{ x }**
        Vocational, technical, or trade school: **{ }**
        Correspondence, distance, extension, or online school: **{ }**
    Provide the name of the school: **Rochester Institute of Technology**
    Provide the street address of the school. For correspondence, distance, extension, or online schools,
    provide the address where the records are maintained.
        Street: **48 Lomb Memorial Dr**
        City: **Rochester** State: **NY** Country:   Zip Code: **14623**
    **Person Who Knew You**
    Provide the name of person who knew/knew you at school ( I don't know: **{ }** )

    Provide the address of this person (including apartment number)
        Street
        City:
    Provide telephone number for this person
        International or DSN: **{ }** Number:
    Provide email address for this person ( I d█
    **Degree or Diploma Received**

    Did you receive a degree/diploma?
        Yes: **{ }** No: **{ x }**

*(End of List)*

## Summary

Do you have additional education to enter (include education within the last 10 years, as well as degrees or
diplomas more than 10 years ago)?
    Yes: **{ }** No: **{ x }**

## Section 13A - Employment Activities

List all of your employment activities, including unemployment and self-employment, beginning with the present
and working back 10 years. The entire period must be accounted for without breaks. If the employment activity
was military duty, list separate employment activity periods to show each change of military duty station. Provide
separate entries for employment activities with the same employer but having different physical addresses.
Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

**PRIVACY ACT INFORMATION**

1. Select your employment activity: **Non-government employment (excluding self-employment)**
   Explanation

   Provide dates of employment
      From (Month/Year): **10/2019** To (Month/Year): **Present**
   **Non-Military Employment**
   Provide most recent position title: **Trainee**
   Select the employment status for this position
         Full-time: **{ }**
         Part-time: **{ x }**
   Provide the name of your employer: **RIT Information and Technology Services**
   Provide the address of employer
         Street: **48 Lomb Memorial Dr**
         City: **Rochester** State: **NY** Country:   Zip Code: **14623**
   Provide telephone number
         International or DSN: **{ }** Number: **5854752600** Extension:   Time: **Day**

   **Additional Periods of Activity with this Employer**
   Provide additional periods of activity if you worked for this employer on more than one occasion at the same
   physical location. For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of
   time, you would enter information concerning the most recent period of employment above, and provide
   dates, position titles, and supervisors for the two previous periods of employment as entries below.
   Additional Periods of Activity with this Employer ( Not Applicable: **{ x }** )
         *(No Entry Provided)*
   **Non-Military Employment - Physical Location Question**

   Is/was your physical work address different than your employer's address?
         Yes: **{ }** No: **{ x }**

   **Non-Military Employment - Supervisor**
   Provide the name of your supervisor: ███████████
   Provide the position title of your supe ███████████████████ trator
   Provide the email address of your supervisor ( I don't know: **{ }** ) ███████████
   Provide the physical work location of your supervisor
         Street: **48 Lomb Memorial Dr**
         City: **Rochester** State: **NY** Country:   Zip Code: **14623**
   Provide the telephone number for this supervisor
         International or DSN: **{ }** Number: █████████ xtension:   Time: **Day**
   **Received Discipline or Warning**

   For this employment, **in the last seven (7) years** have you received a written warning, been officially
   reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security
   policy?
         Yes: **{ }** No: **{ x }**

2. Select your employment activity: **Non-government employment (excluding self-employment)**
   Explanation

   Provide dates of employment
      From (Month/Year): **03/2019** To (Month/Year): **10/2019**

### Non-Military Employment

Provide most recent position title: **Telefund Caller**

Select the employment status for this position
    Full-time: **{ }**
    Part-time: **{ x }**

Provide the name of your employer: **Rochester Insitutue of Technology**

Provide the address of employer
    Street: **48 Lomb Memorial Dr**
    City: **Rochester** State: **NY** Country:   Zip Code: **14623**

Provide telephone number
    International or DSN: **{ }** Numbe███████████sion:  Time: **Day**

Additional Periods of Activity with this Employer ( Not Applicable: **{ x }** )
    *(No Entry Provided)*

### Non-Military Employment - Physical Location Question

Is/was your physical work address different than your employer's address?
    Yes: **{ }** No: **{ x }**

### Non-Military Employment - Supervisor

Provide the name of your supervisor ████████████
Provide the position title of your supe█████████████
Provide the email address of your sup████████ ( I don't know: **{ }** )████████████
Provide the physical work location of your supervisor
    Street: **48 Lomb Memorial Dr**
    City: **Rochester** State: **NY** Country:   Zip Code: **14623**

Provide the telephone number for this supervisor
    International or DSN: **{ }** Number: ███████████tension:  Time: **Day**

### Reason for Leaving

Provide the reason for leaving the employment activity
    **I wanted a job that was tailored to computers and technical experience as that would be more
    in line with my Computing Security major.**

### Reason for Leaving Question

For this employment have any of the following happened to you **in the last seven (7) years?**

- Fired
- Quit after being told you would be fired
- Left by mutual agreement following charges or allegations of misconduct
- Left by mutual agreement following notice of unsatisfactory performance
    Yes: **{ }** No: **{ x }**

### Received Discipline or Warning

For this employment, **in the last seven (7) years** have you received a written warning, been officially
reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security
policy?
    Yes: **{ }** No: **{ x }**

3.   Select your employment activity: **Unemployment**
    Explanation

PRIVACY ACT INFORMATION

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 63 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 14 of 48
Investigation Request #29726126 for Applicant SSN 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            Archival Copy

Provide dates of employment
From (Month/Year): **08/2017** To (Month/Year): **03/2019**

### Unemployment

Provide the name of someone who can verify your unemployment activities and means of support
Las ▮
Provide the ▮
Stree▮
City: ▮
Provide the telephone number for this person
International or DSN: { } Number: ▮ ension: Time: **Both**

4. Select your employment activity: **Non-government employment (excluding self-employment)**
Explanation

Provide dates of employment
From (Month/Year): **08/2016** To (Month/Year): **08/2017**

### Non-Military Employment

Provide most recent position title: **Porter**
Select the employment status for this position
Full-time: { }
Part-time: **{ x }**
Provide the name of your employer: **Fiesta Kia**
Provide the address of employer
Street: **7400 Lomas Blvd NE**
City: **Albuqerque** State: **NM** Country:   Zip Code: **87110**
Provide telephone number
International or DSN: { } Number: **5059992710** Extension:   Time:
Additional Periods of Activity with this Employer ( Not Applicable: **{ x }** )
*(No Entry Provided)*
Optional Comment
**I also worked from 05 2018 to 08 2018 there. Position Title: Porter Supervisor▮**
**If I filled it in as instructed. it wouldn't count it correctly and throw an error. Hence why I am**
**adding this comment.**

### Non-Military Employment - Physical Location Question

Is/was your physical work address different than your employer's address?
Yes: { } No: **{ x }**

### Non-Military Employment - Supervisor

Provide the name of your supervisor: ▮
Provide the position title of your super▮
Provide the email address of your supervisor ( I don't know: { } ) ▮
Provide the physical work location of your supervisor
▮
Provide the telephone number for this supervisor
International or DSN: { } Numbe▮ sion: Time: **Day**

### Reason for Leaving

Provide the reason for leaving the employment activity

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

22 of 94

**My school was in New York so I had to leave New Mexico. I did work a summer between Freshman and Softmore year as well.**

### Reason for Leaving Question

For this employment have any of the following happened to you **in the last seven (7) years?**

- Fired
- Quit after being told you would be fired
- Left by mutual agreement following charges or allegations of misconduct
- Left by mutual agreement following notice of unsatisfactory performance
  Yes: { } No: { x }

### Received Discipline or Warning

For this employment, **in the last seven (7) years** have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?

　　Yes: { } No: { x }

*(End of List)*

### Summary

List all of your employment activities, including unemployment and self-employment, beginning with the present and working back 10 years. The entire period must be accounted for without breaks. If the employment activity was military duty, list separate employment activity periods to show each change of military duty station. Provide separate entries for employment activities with the same employer but having different physical addresses. Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

Do you have an additional employment activity to enter?
　　Yes: { } No: { x }

## Section 13B - Former Federal Service

Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report?
　　Yes: { } No: { x }

## Section 13C - Employment Record

Have any of the following happened to you **in the last seven (7) years** at employment activities that you have not previously listed? (If 'Yes', you will be required to add an additional employment in Section 13A.)

- Fired from a job?
- Quit a job after being told you would be fired?
- Have you left a job by mutual agreement following charges or allegations of misconduct?
- Left a job by mutual agreement following notice of unsatisfactory performance?
- Received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?
  Yes: { } No: { x }

## Section 14 - Selective Service Record

Were you born a male after December 31, 1959?

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

23 of 94

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 65 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 16 of 48
Investigation Request #29726126 for Applicant ▉▉▉▉▉▉▉▉             Archival Copy

Yes: { **x** } No: { }

## Detail

Have you registered with the Selective Service System (SSS)?
Yes: { **x** } No: { } I don't know: { }

## Selective Service Registration Number

The Selective Service website, www.sss.gov , can help provide the registration number for persons who have registered.
Note: Selective Service Number is not your Social Security Number
Provide registration number ▉▉▉▉▉▉

## Section 15 - Military History

Have you **EVER** served in the U.S. Military?
Yes: { } No: { **x** }

## Foreign Military Service

Have you **EVER** served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency?
Yes: { } No: { **x** }

## Section 16 - People Who Know You Well

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers **at least the last seven (7) years.** Do not list your spouse, former spouse(s), other relatives, or **anyone listed elsewhere on this form.**

1. Provide dates known
   From (Month/Year): **08/2017** To (Month/Year): **Present**
   Provide fu▉▉▉▉▉▉
   Las▉▉▉▉▉▉
   Provide ra▉▉▉▉▉▉
   Provide relationship to you (Check all that apply)
      Neighbor: { }
      Friend: { **x** }
      Work associate: { }
      Schoolmate: { **x** }
      Other (Provide explanation): { }
   Explanation

   Provide telephone number for this person ( I don't know: { } )
      International or DSN: { } Number ▉▉▉▉ xtension:   Time: **Night**
   Provide mobile/cell telephone number for this person ( I don't know: { } )
      International or DSN: { } Number ▉▉▉▉ tension:   Time: **Night**
   Provide e-mail address for this person ( I don't know: { } ) : ▉▉▉▉
   Provide home or work address for this person

Certified at 2020 01 29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

24 of 94

Electronic Questionnaires for Investigations Processing (e-QIP)     Page 17 of 48
Investigation Request #29726126 for Applicant ███████████     Archival Copy

Stree███
City: ████████████████████████

2.   Provide dates known
     From (Month/Year): **12/2012 (Estimated)** To (Month/Year): **Present**
     Provide full name
        La████████████████████████
     Provide rank/title ( Not Applicable: **{ x }** ):
     Provide relationship to you (Check all that apply)
        Neighbor: **{ }**
        Friend: **{ x }**
        Work associate: **{ }**
        Schoolmate: **{ x }**
        Other (Provide explanation): **{ }**
     Explanation

     Provide telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: ████████ xtension:   Time: **Night**
     Provide mobile/cell telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: ██████ tension:   Time: **Night**
     Provide e-mail address for this person ( I don't know: **{ }** ) : ████████████████
     Provide home or work address for this person
        Stree██████████████████████
        City: ██████████████████████

3.   Provide dates known
     From (Month/Year): **08/2017** To (Month/Year): **Present**
     Provide full name
        Last: ████████████████████████
     Provide ran███████████████████████
     Provide relationship to you (Check all that apply)
        Neighbor: **{ }**
        Friend: **{ x }**
        Work associate: **{ }**
        Schoolmate: **{ x }**
        Other (Provide explanation): **{ }**
     Explanation

     Provide telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: ████████████████████
     Provide mobile/cell telephone number for ██████████████████████████
        International or DSN: **{ }** Number: ████████████████████
     Provide e-mail address for this person ( I d██████████████████
     Provide home or work address for this per██████

     ████████████████████████████████████████

                              (End of List)

## Summary

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers,
colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 67 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)                  Page 18 of 48
Investigation Request #29726126 for Applicant                                    Archival Copy

workplace, school, or neighborhood and whose combined association with you covers **at least the last seven (7) years.** Do not list your spouse, former spouse (s), other relatives, or **anyone listed elsewhere on this form.**

Do you have an additional person who knows you well to list?
> Yes: { } No: { x }

## Section 17 - Marital/Relationship Status

Provide your current marital/relationship status with regard to civil marriage, legally recognized civil union, or legally recognized domestic partnership: **Never entered into a civil marriage, legally recognized civil union, or legally recognized domestic partnership**

### Cohabitant

Do you presently reside with a person, other than a spouse or legally recognized civil union/domestic partner, with whom you share bonds of affection, obligation or other commitment, as opposed to a person with whom you live for reasons of convenience (e.g. a roommate)? If so, complete the following. If the person was born outside the U.S., provide citizenship information.
> Yes: { } No: { x }

## Section 18 - Relatives

Select each type of relative applicable to you, regardless if they are living or deceased. (An opportunity will be provided to list multiple relatives for each type.)
Check all that apply
> Mother: { x }
> Father: { x }
> Stepmother: { }
> Stepfather: { }
> Foster Parent: { }
> Child (including adopted/foster): { }
> Stepchild: { }
> Brother: { }
> Sister: { x }
> Stepbrother: { }
> Stepsister: { }
> Half-brother: { }
> Half-sister: { }
> Father-in-law: { }
> Mother-in-law: { }
> Guardian: { }

1. Provide relative type: **Mother**
   Provide your relative's full name

   Prov

   Prov

   Provide your relative's country(ies) of citizenship

Certified at 2020 01 29 22:36:54                        **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

26 of 94

3.  Provide relative type: **Sister**
    Provide your relative's full name

    Provid ██████████████████

    Provide your relative's place of birth
        City: ██████████████████
    Provide your ██████████████████

1.  Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

### Other Names Used

Has this relative used any other names?
    Yes: { }  No: { x }

### Relative Deceased Question

Is your relative deceased?
    Yes: { }  No: { x }

### Address

Provide your relative's current address
        Str ██████████████
        City ██████████████

*(End of List)*

### Summary

Do you have an additional relative to enter?
    Yes: { }  No: { x }

## Section 19 - Foreign Contacts

A foreign national is defined as any person who is not a citizen or national of the U.S.

Do you have, or have you had, close and/or continuing contact with a foreign national **within the last seven (7) years** with whom you, or your spouse, or legally recognized civil union/domestic partner, or cohabitant are bound by affection, influence, common interests, and/or obligation? Include associates as well as relatives, not previously listed in Section 18.
    Yes: { }  No: { x }

## Section 20A - Foreign Activities

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or exchange traded funds (ETFs) held in specific geographical or economic

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

28 of 94

sectors) in which you or they have direct control or direct ownership? (Exclude financial interests in companies or diversified mutual funds or diversified ETFs that are publicly traded on a U.S. exchange.)

Yes: { } No: { x }

## Foreign Financial Interests Controlled on Your Behalf

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** had any foreign financial interests that someone controlled on your behalf?

Yes: { } No: { x }

## Foreign Financial Interests Real Estate

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?

Yes: { } No: { x }

## Foreign Financial Interests - Foreign Benefit

As a U.S. citizen, have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children received **in the last seven (7) years,** or are eligible to receive in the future, any educational, medical, retirement, social welfare, or other such benefit from a foreign country?

Yes: { } No: { x }

## Foreign Financial Interests - Foreign National Support

Have you **EVER** provided financial support for any foreign national?

Yes: { } No: { x }

## Section 20B - Foreign Business, Professional Activities, and Foreign Government Contacts

Have you **in the last seven (7) years** provided advice or support to any individual associated with a foreign business or other foreign organization that you have not previously listed as a former employer? (Answer 'No' if **all** your advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign Consulting

For this question, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant. Have you, your spouse, cohabitant, or any member of your immediate family **in the last seven (7) years** been asked to provide advice or serve as a consultant, even informally, by any foreign government official or agency? (Answer 'No' if **all** the advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign National Job Offer

Has any foreign national **in the last seven (7) years** offered you a job, asked you to work as a consultant, or consider employment with them?

Yes: { } No: { x }

## Other Foreign Business Ventures

Have you **in the last seven (7) years** been involved in any other type of business venture with a foreign national not described above (own, co-own, serve as business consultant, provide financial support, etc.)?

Yes: { } No: { x }

## Foreign Conferences, Trade Shows, Seminars, and Meetings

Have you **in the last seven (7) years** attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.? (Do not include those you attended or participated in on official business for the U.S. government.}

Yes: { } No: { x }

## Foreign Government Contact

For Section 20B, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you or any member of your immediate family **in the last seven (7) years** had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.? (Answer 'No' if the contact was for routine visa applications and border crossings related to either official U.S. Government travel, foreign travel on a U.S. passport, or as a U.S. military service member in conjunction with a U.S. Government military duty.)

Yes: { } No: { x }

## Sponsorship of a Foreign National

Have you **in the last seven (7) years** sponsored any foreign national to come to the U.S. as a student, for work, or for permanent residence?

Yes: { } No: { x }

## Holding Foreign Political Office

Have you **EVER** held political office in a foreign country?

Yes: { } No: { x }

## Voting in a Foreign Election

Have you **EVER** voted in the election of a foreign country?

Yes: { } No: { x }

## Section 20C - Foreign Travel

Have you traveled outside the U.S. **in the last seven (7) years?**

Yes: { x } No: { }

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 71 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 23 of 48
Investigation Request #29726126 for Applican                             Archival Copy

## U.S. Government Business Travel

Has your travel **in the last seven (7) years** been **solely** for U.S. Government business/military overseas assignment on official government orders (i.e., no personal trips in conjunction with the official U.S. Government business)?

    Yes: { }  No: { x }

1. You response indicates you have traveled outside of the U.S. **in the last seven (7) years** for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business on official government orders.

Provide the country visi

Provide the dates of your travel to this country
    From (Month/Yea

Provide the total number
    1-5: { }
    6-10: { x }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { x }
    Tourism: { }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

    Yes: { }  No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

31 of 94

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

    Yes: { }  No: { x }

If 'Yes' provide explanation

2.  Provide the country visited
Provide the dates of your            ntry
    From (Month/Year):
Provide the total number of

    1-5: { }
    6-10: { x }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { x }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

    Yes: { }  No: { x }

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

32 of 94

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
  Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
  Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
  Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
  Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
  Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
  Yes: { }  No: { x }

If 'Yes' provide explanation

3.  Provide the country visited ▓▓▓▓▓▓▓▓
    Provide the dates of your travel to this country
        From (Month/Yea ▓▓▓▓▓▓▓▓▓▓
    Provide the total number of days involved in the visit
        1-5: { }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { x }

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

                                                                    33 of 94

Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { x }
    Tourism: { }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

4. Provide the country visited ▮▮▮▮▮▮
Provide the dates of your t▮▮▮
From (Month/Year): ▮▮▮▮▮▮
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

35 of 94

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 76 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 28 of 48
Investigation Request #29726126 for Applicant ▮▮▮▮▮▮▮          Archival Copy

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

5.  Provide the country visited: ▮▮▮▮▮▮▮
    Provide the dates of your travel to this country
        From (Month/Year): ▮▮▮▮▮▮▮
    Provide the total number of days involved in the visit
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { x }
        Tourism: { x }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

Certified at 2020 01 29 22:36:54          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

36 of 94

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known
or suspected of being involved or associated with foreign intelligence, terrorist, security, or military
organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not
reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive
knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain
classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate
with a foreign government official or foreign intelligence or security service?
    Yes: { } No: { x }

If 'Yes' provide explanation

6. Provide the country visited:
   Provide the dates of your tra
       From (Month/Year):
   Provide the total number of
       1-5: { x }
       6-10: { }
       11-20: { }
       21-30: { }
       More than 30: { }
       Many short trips: { }
   Provide the purpose of the travel to this country (check all that apply)
       Business/Professional conference: { }
       Volunteer activities: { }
       Education: { x }

Certified at 2020 01 29 22:36:54                        **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

37 of 94

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 78 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 30 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 79 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)    Page 31 of 48
Investigation Request #29726126 for Applicant ███████████        Archival Copy

7. Provide the country visited: ███████████
Provide the dates of your tr███████████
    From (Month/Year): ███████████
Provide the total number of ███████████
    1-5: **{ x }**
    6-10: **{ }**
    11-20: **{ }**
    21-30: **{ }**
    More than 30: **{ }**
    Many short trips: **{ }**
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: **{ }**
    Volunteer activities: **{ }**
    Education: **{ x }**
    Tourism: **{ x }**
    Trade shows, conferences, and seminars: **{ }**
    Visit family or friends: **{ }**
    Other: **{ }**

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: **{ }** No: **{ x }**

Certified at 2020 01 29 22:36:54                      **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

39 of 94

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

8. Provide the country visite
Provide the dates of your
From (Month/Year
Provide the total number
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

Yes: { } No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { } No: { x }

---

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { } No: { x }

---

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { } No: { x }

---

If 'Yes' provide explanation

---

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

---

If 'Yes' provide explanation

---

9. Provide the country visited:
   Provide the dates of your tr
        From (Month/Year): 
   Provide the total number of
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
   Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { x }
        Tourism: { x }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

---

PRIVACY ACT INFORMATION

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

10. Provide the country visited
Provide the dates of your
From (Month/Year)
Provide the total number o

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

42 of 94

1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

43 of 94

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

11. Provide the country visited
Provide the dates of your t
From (Month/Year):
Provide the total number o
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

PRIVACY ACT INFORMATION

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

If 'Yes' provide explanation

12.  Provide the country visited:
     Provide the dates of your tr
        From (Month/Year):
     Provide the total number of
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
     Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { }
        Tourism: { x }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                                   PRIVACY ACT INFORMATION
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

45 of 94

Case 1:23-cv-02386-RCL   Document 1-2   Filed 08/16/23   Page 86 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 38 of 48
Investigation Request #29726126 for Applicant ▊▊▊▊▊                        Archival Copy

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known
or suspected of being involved or associated with foreign intelligence, terrorist, security, or military
organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not
reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive
knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain
classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate
with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

13. Provide the country visited:
    Provide the dates of your tr
        From (Month/Year):
    Provide the total number of
        1-5: { x }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }

**PRIVACY ACT INFORMATION**

Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

If 'Yes' provide explanation

14. Provide the country visited:

Provide the dates of your tra
    From (Month/Year): 0
Provide the total number of
    1-5: { x }
    6-10: { }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020 01 29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

48 of 94

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

*(End of List)*

## Foreign Countries You Have Visited - Summary

Respond for the time frame **of the last seven (7) years,** beginning with the most recent and working backwards (Do not list trips that ONLY involved travel on official U.S. Government business on official government orders, but you must include any personal trips made in conjunction with the official U.S. Government travel).

Do you have additional travel outside the U.S. **in the last seven (7) years** for other than solely U.S. Government business on official government orders?
Yes: { } No: { x }

## Section 21 - Psychological and Emotional Health

The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. Every day individuals with mental health conditions carry out their duties without presenting a security risk. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance.
Individuals experience a range of reactions to traumatic events. For example, the death of a loved one, divorce, major injury, service in a military combat environment, sexual assault, domestic violence, or other difficult work-related, family, personal, or medical issues may lead to grief, depression, or other responses. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced such events, as well as for those with other mental health conditions. Nothing in this questionnaire is intended to discourage those who might benefit from such treatment from seeking it.
Mental health treatment and counseling, in and of itself, **is not a reason** to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment; or eligibility for physical or logical access to federally controlled facilities or information systems.
Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility.

### Mental Competency

Has a court or administrative agency **EVER** issued an order declaring you mentally incompetent?

Case 1:23-cv-02386-RCL  Document 1-2  Filed 08/16/23  Page 90 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)        Page 42 of 48
Investigation Request #29726126 for Applicant                          Archival Copy

Yes: { } No: { x }

## Ordered to Consult with a Mental Health Professional

Has a court or administrative agency EVER ordered you to consult with a mental health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, etc.)? (An order to a military member by a superior officer is not within the scope of this question, and therefore would not require an affirmative response. An order by a military court would be within the scope of the question and would require an affirmative response.)

Yes: { } No: { x }

## Hospitalized

Have you EVER been hospitalized for a mental health condition?
Yes: { } No: { x }

## Diagnosed

The following question asks whether you have been diagnosed with a specified mental health condition that may, particularly if untreated, impact your judgment, reliability, or trustworthiness. If you answer in the affirmative, we will seek additional information about the seriousness and symptoms of the condition, as well as any applicable course of treatment. It is important to note that any such diagnosis, in and of itself, **is not a reason** to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.

Have you EVER been diagnosed by a physician or other health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, or nurse practitioner) with psychotic disorder, schizophrenia, schizoaffective disorder, delusional disorder, bipolar mood disorder, borderline personality disorder, or antisocial personality disorder?

Yes: { } No: { x }

## Adversely Affected

Do you have a mental health or other health condition that **substantially adversely** affects your judgment, reliability, or trustworthiness even if you are not experiencing such symptoms today?

Yes: { } No: { x }

Note: If your judgment, reliability, or trustworthiness is not substantially adversely affected by a mental health or other condition, then you should answer "no" even if you have a mental health or other condition requiring treatment.
For example, if you are in need of emotional or mental health counseling as a result of service as a first responder, service in a military combat environment, having been sexually assaulted or a victim of domestic violence, or marital issues, but your judgment, reliability or trustworthiness is not substantially adversely affected, then answer "no."

## Section 22 - Police Record

For this section report information regardless of whether the record in your case has been sealed, expunged, or otherwise stricken from the court record, or the charge was dismissed. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607. Be sure to include all incidents whether occurring in the U.S. or abroad.

Certified at 2020 01 29 22:36:54                         **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

50 of 94

## Police Record

Have any of the following happened? (If 'Yes' you will be asked to provide details for each offense that pertains to the actions that are identified below.)

- **In the last seven (7) years** have you been issued a summons, citation, or ticket to appear in court in a criminal proceeding against you? (Do not check if all the citations involved traffic infractions where the fine was less than $300 and did not include alcohol or drugs)
- **In the last seven (7) years** have you been arrested by any police officer, sheriff, marshal or any other type of law enforcement official?
- **In the last seven (7) years** have you been charged, convicted, or sentenced of a crime in any court? (Include all qualifying charges, convictions or sentences in any Federal, state, local, military, or non-U.S. court, even if previously listed on this form).
- **In the last seven (7) years** have you been or are you currently on probation or parole?
- Are you currently on trial or awaiting a trial on criminal charges?
    Yes: { }  No: { x }

## Police Record (EVER)

Other than those offenses already listed, have you **EVER** had the following happen to you?

- Have you **EVER** been convicted in any court of the United States of a crime, sentenced to imprisonment for a term exceeding 1 year for that crime, and incarcerated as a result of that sentence for not less than 1 year? (Include all qualifying convictions in Federal, state, local, or military court, even if previously listed on this form)
- Have you **EVER** been charged with any felony offense? (Include those under the Uniform Code of Military Justice and non-military/civilian felony offenses)
- Have you **EVER** been convicted of an offense involving domestic violence or a crime of violence (such as battery or assault) against your child, dependent, cohabitant, spouse or legally recognized civil union/domestic partner, former spouse or legally recognized civil union/domestic partner, or someone with whom you share a child in common?
- Have you **EVER** been charged with an offense involving firearms or explosives?
- Have you **EVER** been charged with an offense involving alcohol or drugs?
    Yes: { }  No: { x }

## Domestic Violence Protective Order

Is there currently a domestic violence protective order or restraining order issued against you?
    Yes: { }  No: { x }

## Section 23 - Illegal Use of Drugs or Drug Activity

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity in accordance with Federal laws, even though permissible under state laws.

### Illegal Use of Drugs or Controlled Substances

**In the last seven (7) years,** have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.

**PRIVACY ACT INFORMATION**

Yes: { } No: { x }

## Illegal Drug Activity

In the last seven (7) years, have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance?

Yes: { } No: { x }

## While Possessing a Security Clearance

Have you EVER illegally used or otherwise been illegally involved with a drug or controlled substance while possessing a security clearance other than previously listed?

Yes: { } No: { x }

## Employed as Law Enforcement

Have you EVER illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; or while in a position directly and immediately affecting the public safety other than previously listed?

Yes: { } No: { x }

## Misuse of Prescription Drugs

In the last seven (7) years have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else?

Yes: { } No: { x }

## Treatment for the Use of Drugs

Have you EVER been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?

Yes: { } No: { x }

## Voluntary Treatment

Have you EVER voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance?

Yes: { } No: { x }

## Section 24 - Use of Alcohol

In the last seven (7) years has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?

Yes: { } No: { x }

## Ordered to Seek Counseling

**PRIVACY ACT INFORMATION**

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant ███████████████    Page 45 of 48
                                                                   Archival Copy

Have you **EVER** been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?

Yes: { }  No: **{ x }**

### Sought Counseling or Treatment

Have you **EVER** voluntarily sought counseling or treatment as a result of your use of alcohol?

Yes: { }  No: **{ x }**

### EVER Received Counseling/Treatment

Have you **EVER** received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form?

Yes: { }  No: **{ x }**

## Section 25 - Investigations and Clearance Record

Has the U.S. Government (or a foreign government) **EVER** investigated your background and/or granted you a security clearance eligibility/access?

Yes: { }  No: **{ x }**

### Denied Clearance

Have you **EVER** had a security clearance eligibility/access authorization denied, suspended, or revoked? (Note: An administrative downgrade or administrative termination of a security clearance is not a revocation.)

Yes: { }  No: **{ x }**

### Government Debarment

Have you **EVER** been debarred from government employment?

Yes: { }  No: **{ x }**

## Section 26 - Financial Record

**In the last seven (7) years** have you filed a petition under any chapter of the bankruptcy code?

Yes: { }  No: **{ x }**

### Gambling

Have you **EVER** experienced financial problems due to gambling?

Yes: { }  No: **{ x }**

### Taxes

**In the last seven (7) years** have you failed to file or pay Federal, state, or other taxes when required by law or ordinance?

Yes: { }  No: **{ x }**

Certified at 2020 01 29 22:36:54                **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

53 of 94

### Employer Travel or Credit Card

**In the last seven (7) years** have you been counseled, warned, or disciplined for violating the terms of agreement for a travel or credit card provided by your employer?

    Yes: { } No: **{ x }**

### Assistance for Financial Difficulties

Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource to resolve your financial difficulties?

    Yes: { } No: **{ x }**

### Delinquency Involving Enforcement

Other than previously listed, have any of the following happened to you? (You will be asked to provide details about each financial obligation that pertains to the items identified below)

- **In the last seven (7) years,** you have been delinquent on alimony or child support payments.
- **In the last seven (7) years,** you had a judgment entered against you. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years,** you had a lien placed against your property for failing to pay taxes or other debts. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- You are currently delinquent on any Federal debt. (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor).

    Yes: { } No: **{ x }**

### Delinquency Involving Routine Accounts

Other than previously listed, have any of the following happened?

- **In the last seven (7) years,** you had any possessions or property voluntarily or involuntarily repossessed or foreclosed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you defaulted on any type of loan? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you had bills or debts turned over to a collection agency? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you were evicted for non-payment?
- **In the last seven (7) years,** you had your wages, benefits, or assets garnished or attached for any reason?
- **In the last seven (7) years,** you have been over 120 days delinquent on any debt not previously entered? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- You are currently over 120 days delinquent on any debt? (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor)

    Yes: { } No: **{ x }**

**PRIVACY ACT INFORMATION**

## Section 27 - Use of Information Technology Systems

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage or protection of information.

### Unauthorized Access

**In the last seven (7) years** have you illegally or without proper authorization accessed or attempted to access any information technology system?

Yes: { } No: { x }

### Modified, Destroyed, Manipulated or Denied Access

**In the last seven (7) years** have you illegally or without authorization, modified, destroyed, manipulated, or denied others access to information residing on an information technology system or attempted any of the above?

Yes: { } No: { x }

### Unauthorized / Unlawful Use

**In the last seven (7) years** have you introduced, removed, or used hardware, software, or media in connection with any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines, or regulations or attempted any of the above?

Yes: { } No: { x }

## Section 28 - Non-Criminal Court Actions

**In the last ten (10) years,** have you been a party to any public record civil court action not listed elsewhere on this form?

Yes: { } No: { x }

## Section 29 - Association Record

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

### Terrorist Organization

Are you now or have you **EVER** been a member of an organization dedicated to terrorism, either with an awareness of the organization's dedication to that end, or with the specific intent to further such activities?

Yes: { } No: { x }

### Knowingly Engaged in Terrorism

Have you **EVER** knowingly engaged in any acts of terrorism?

Certified at 2020 01 29 22:36:54                           **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

Yes: { } No: { x }

## Advocating Acts

Have you **EVER** advocated any acts of terrorism or activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Member of Organization

Have you **EVER** been a member of an organization dedicated to the use of violence or force to overthrow the United States Government, and which engaged in activities to that end with an awareness of the organization's dedication to that end or with the specific intent to further such activities?

Yes: { } No: { x }

## Member of Organization Advocating Violence

Have you **EVER** been a member of an organization that advocates or practices commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action?

Yes: { } No: { x }

## Activities Designed to Overthrow the U.S. Government

Have you **EVER** knowingly engaged in activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Associations

Have you **EVER** associated with anyone involved in activities to further terrorism?

Yes: { } No: { x }

## Additional Comments

Use the space below to continue answers to all other items and to provide any information you would like to add. Before each answer, identify the number of the item.

Note: If you do not have any additional comments to provide, click "Save" to continue.
Additional Comments

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request # 29726126 for Applicant S█████████

Page 1 of 1
Signature Forms

# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request # 29726126

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 29726126 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 29726126 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 29726126 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
**c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924**
Official Archival Copy PDF Hash Code (SHA-256):
**da9089051d1073b2093214177c36be677b2a90266623c438e53aa35e93189e78**
Date/Time Certified in the e-QIP System: **2020-01-29 22:36:54**
Applicant's Social Security Number: **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**

# Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

Signature *(Sign in ink)*                                                                 Date  *(mm/dd/yyyy)*

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

## QUESTIONNAIRE FOR
## NATIONAL SECURITY POSITIONS

# UNITED STATES OF AMERICA

## AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

**I Authorize** any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information or, when applicable, eligibility to hold a national security sensitive position to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to current and historic academic, residential, achievement, performance, attendance, disciplinary, employment, criminal, financial, and credit information, and publicly available social media information. I authorize the Federal agency conducting my investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility to disclose the record of investigation or ongoing evaluation to the requesting agency for the purpose of making a determination of suitability, or initial or continued eligibility for a national security position or eligibility for access to classified information.

**I Understand** that, for these purposes, publicly available social media information includes any electronic social media information that has been published or broadcast for public consumption, is available on request to the public, is accessible on-line to the public, is available to the public by subscription or purchase, or is otherwise lawfully accessible to the public. I further understand that this authorization does not require me to provide passwords; log into a private account; or take any action that would disclose non-publicly available social media information.

**I Authorize** the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

**I Understand** that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

**I Authorize** any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of Homeland Security, the Office of the Director of National Intelligence, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

**I Authorize** custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

**I Understand** that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

**I Authorize** the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Signature (Sign in ink) | Full name (Type or print legibly) Grant Jefferson Bierly | Date signed (mm/dd/yyyy) |
|---|---|---|
| | | |

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**

**e-QIP Document Type REL**

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

# QUESTIONNAIRE FOR
# NATIONAL SECURITY POSITIONS

# UNITED STATES OF AMERICA

### AUTHORIZATION FOR RELEASE
### OF MEDICAL INFORMATION
### PURSUANT TO THE HEALTH INSURANCE PORTABILITY
### AND ACCOUNTABILITY ACT (HIPAA)

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**

I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | Grant Jefferson Bierly | |

**For Use By Practitioner(s) Only**

Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness?

☐ **YES**   ☐ **NO**

If so, describe the nature of the condition and the extent and duration of the impairment or treatment.

What is the prognosis?

Dates of treatment?

| Signature *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

e-QIP Version 3.29.01
e-QIP Investigation Request # **29726126**

e-QIP Document Type MEL

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

### QUESTIONNAIRE FOR
### NATIONAL SECURITY POSITIONS

# UNITED STATES OF AMERICA

### FAIR CREDIT REPORTING
### DISCLOSURE AND AUTHORIZATION

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

Print name

Grant Jefferson Bierly

Signature *(Sign in ink)*

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**

**e-QIP Document Type FCR**


# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request # 29726126

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 29726126 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 29726126 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 29726126 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
**c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924**
Official Archival Copy PDF Hash Code (SHA-256):
**da9089051d1073b2093214177c36be677b2a90266623c438e53aa35e93189e78**
Date/Time Certified in the e-QIP System: **2020-01-29 22:36:54**
Applicant's Social Security Number: **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**

# Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |
|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act. and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol I. | **01/29/2020** |

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

### AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

**I Authorize** any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information or, when applicable, eligibility to hold a national security sensitive position to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to current and historic academic, residential, achievement, performance, attendance, disciplinary, employment, criminal, financial, and credit information, and publicly available social media information. I authorize the Federal agency conducting my investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility to disclose the record of investigation or ongoing evaluation to the requesting agency for the purpose of making a determination of suitability, or initial or continued eligibility for a national security position or eligibility for access to classified information.

**I Understand** that, for these purposes, publicly available social media information includes any electronic social media information that has been published or broadcast for public consumption, is available on request to the public, is accessible on-line to the public, is available to the public by subscription or purchase, or is otherwise lawfully accessible to the public. I further understand that this authorization does not require me to provide passwords; log into a private account; or take any action that would disclose non-publicly available social media information.

**I Authorize** the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

**I Understand** that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

**I Authorize** any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of Homeland Security, the Office of the Director of National Intelligence, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

**I Authorize** custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

**I Understand** that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

**I Authorize** the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other | Grant Jefferson Bierly | **01/29/2020** |

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**                                    **e-QIP Document Type REL**

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION
PURSUANT TO THE HEALTH INSURANCE PORTABILITY
AND ACCOUNTABILITY ACT (HIPAA)**

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**

I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization is for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | Grant Jefferson Bierly | **01/29/2020** |

[black redaction box]

Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness?

☐ **YES**   ☐ **NO**

If so, describe the nature of the condition and the extent and duration of the impairment or treatment.

What is the prognosis?

Dates of treatment?

| Signature *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**FAIR CREDIT REPORTING
DISCLOSURE AND AUTHORIZATION**

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

Print name

Grant Jefferson Bierly

Signature *(Sign in ink)*

This form was digitally signed by: **Grant Jefferson Bierly** In accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277, the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1.

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**                    **e-QIP Document Type FCR**

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------

NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE   1

--------------------------------------------------------------------------------

OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIVE SERVICES

INVESTIGATIVE RESULTS REPORT

If case contains a Report of Investigation (ROI), please note the following:
All individuals providing information for this ROI were interviewed
personally unless otherwise indicated. The records and/or sources in this
investigation provided only favorable information regarding Subject's
character, conduct, reputation, integrity, and other areas related to the
adjudicative criteria unless otherwise indicated. Any identified
discrepancies have been included within the ROI. All dates provided were to
the best recollection of the source or Subject and may constitute estimates.

--------------------------------------------------------------------------------

NATIONAL AGENCY CHECK

National Agency Check- Subject

Item: A01
SII SEARCH

RECORD

Item: A02
SII FILE REQUEST, CSN 2030351417

NO PERTINENT

Item: A03
CVS NAC SEARCH

ACCEPTABLE ATTACHED

See Attached

--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE   2
--------------------------------------------------------------------------------

Item: B01
FBI FINGERPRINT SEARCH


NO RECORD


Item: C01
FBI NAME SEARCH


## Per the FBI (j)(2) (b)(7)(E)


Item: D01
DCII SEARCH


NO RECORD


Item: F01
SELECTIVE SERVICE, GREAT LAKES, IL


ACCEPTABLE


Item: G01
MILITARY DISCHARGE


NO RECORD


Item: M01
SOCIAL SECURITY NUMBER, BALTIMORE, MD


Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401 |PAGE   3
--------------------------------------------------------------------------------
ACCEPTABLE


                         SUBJECT INTERVIEW/CONTACTS

                          Enhanced Subject Interview

Item: 001    Enhanced Subject Interview
Completed by Investigator TI01
Dates of Investigation 02/05/20 - 03/19/20

     Interview Conducted UNDER UNSWORN DECLARATION ON 02/11/20 AT 5875 TRINITY
                   PARKWAY, CENTREVILLE, VA 20120

     Issue code(s) 05A


     RESIDENTIAL

     DEVELOPED RESIDENCE: Subject confirmed that he was staying at a hotel
     at 14036 Thunderbolt Place in Chantilly, VA. Subject's permanent
     address is still his parent's residence at ████████████████ n
     ██████████ and Subject does not receive mail at current
     residence. Subject has been residing at current residence as of
     01/2020 (unable to recall). Subject did not properly list because he
     began residing at location after filling out security questionnaire.
     Subject was unable to provide a verifier for current residence as he
     is living there temporarily and does not know anyone.

     MULTIPLE DISCREPANT RESIDENCES: Subject is a current student at
     Rochester Institute of Technology (RIT) based in Rochester, NY and
     has lived at several locations on or near campus. Prior to 08/2017,
     Subject was residing full time at parent's home at
     ████████████████████████████████ (discrepant) when Subject
     ████████████████████████ d dormitory at ██████████████████████
     ████ (discrepant). Subject failed to accurately list residence due to
     misunderstanding of what constituted a temporary residence. Subject's
     listed social verifier ████████████████ is aware of Subject living
     at residence. From 05/2018 to 08/2018, Subject returned temporarily
     to parent's residence. From 08/2018 to 05/2019 (discrepant), Subject
     lived at rented residence at ████████████████████████████████████
     ████████████████████████████ during school. Subject failed to
     list residence due to misunderstanding of temporary residence.
     Subject's listed verifier Andrew Belle-Isle is aware of residence and
     was living with Subject as a roommate. From 05/2019 to 06/2019,
     Subject returned home to parent's residence (discrepant), before
     leaving to study abroad internationally from 06/2019 to 08/2019
     (discrepant). Subject failed to properly list residences due to
     oversight. Subject was unable to provide residence addresses or dates

--------------------------------------------------------------------------------
Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401   |PAGE   4
--------------------------------------------------------------------------------

as he was in varying hotels in varying countries. Subject returned to
the United States and lived at ███████████████████████
████████████████████████████████ ████ ██ ██,███
(discrepant). Subject failed to properly list residence due to
misunderstanding of temporary residence. Subject's former roommate
and listed verifier ████████████████ █ knowledgeable of residence.
Subject then lived with sister ████████████████████████
in ██████████ or three weeks from the end of 12/2019/beginning of
01/2020 (unrecalled exact date) prior to moving to 14036 Thunderbolt
Place in Chantilly, VA in 01/2020 (unrecalled exact date) to begin
temporary co-op/internship with employment. At all residences,
Subject has used parent's residence as permanent residence for
mailing purposes.

EDUCATION

CURRENT EDUCATION: Subject confirmed accuracy of being a present
student with Rochester Institute of Technology (RIT). Subject attends
courses full time. Subject attends from August of each year to May of
each year, except for the beginning of 2020 when he began a
co-op/internship with employment as part of receiving school credit,
although Subject is still enrolled in school during his internship,
but physical classes are on hold while he is on co-op with
employment. Subject was not in attendance of school during scheduled
break periods (undefined) and when Subject was living with sister in
Atlanta, GA from 12/2019 to 01/2020 when Subject was preparing for
co-op/internship in Virginia. Though Subject was not enrolled in
courses, and is not currently taking any courses on campus, Subject
is still considered enrolled at RIT for educational purposes because
employment/internship in Virginia is earning course credit.

DISCREPANT EDUCATION: Subject provided that he took courses part time
in-person at Central New Mexico Community College at 900 University
Blvd SE in Albuquerque, NM during summer of 2017 (unrecalled time
frame) and summer break of 2018 (defined by Subject from mid-May of
year beginning of August year) (discrepant). Subject did not receive
any diplomas or degrees. Subject has satisfied all financial
obligations to institution. No student or instructor would have any
reason to question Subject's conduct or behavior, and Subject had no
difficulties while in attendance. Subject did not properly list due
to oversight. Subject's verifier for courses is ████████████ ████
number ████████████ █ress █████████████████████████████
Subject did not attend other education concurrently with Community
College as he only took courses in 2018 during summer break from RIT
and after completion of Sandia Preparatory School in 2017.

PRIOR EDUCATION: Subject confirmed attending school full time at
Sandia Preparatory School from 11/2012 to 05/2017. Subject was unable
to provide any additional leads for education.

INTERNATIONAL EDUCATION: Subject confirmed that he studied abroad
internationally in varying countries from 06/2019 to 08/2019 as part

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE   5
--------------------------------------------------------------------------------

of a curriculum for RIT and has no close or continuing contact with
any foreign nationals met while abroad.

EMPLOYMENT

DEVELOPED EMPLOYMENT: Subject is currently employed full-time as a
Cyber Security Intern as of 01/2020 (date unrecalled) for Parsons
working at 5875 Trinity Parkway in Centreville, VA 20120. Subject was
unable to provide an employment phone number as he uses listed cell
phone of 732-804-5411 to communicate with employment individuals.
Subject's direct supervisor is ███████ Director of Cyber Security,
also same job location, phone number 7█████████ email
█████████████. Subject is employed in lieu of taking classes
full-time at RIT for course credit, and Subject confirmed being
enrolled with RIT (although having no courses assigned to him) and
being employed full-time. Subject reported that employment internship
will end 05/2020 in which Subject will receive an offer of employment
for when Subject eventually graduates. Subject began employment after
he signed his security questionnaire and was unable to provide
specific date of starting. Subject was unable to provide any
additional co-worker employment leads during time of interview.

CONCURRENT EMPLOYMENT: Subject confirmed that he is still listed as an
active part-time Trainee employed for RIT, although he is no longer
being paid as of 12/2019 until he begins work again next year.
Subject is not currently working concurrently for both RIT and
Parsons. Subject provided additional lead of Michael Shek phone
number 845-519-9415 for employment with RIT. When Subject returns to
education, he will begin employment again as a Trainee with RIT.

EMPLOYMENT CLARIFICATION: Subject confirmed working for RIT as a
Telefund Caller as well as RIT Information Technology Services as a
Trainee. There is no difference in employers, as they are different
departments of the same employer.

DISCREPANT EMPLOYMENT1: Subject provided on questionnaire that he was
unemployed from 08/2017 to 03/2019, but worked at Fiesta Kia during a
period of 05/2018 to 08/2018 (discrepant) and confirmed that he
placed information in the Additional Information to reflect that he
was having difficulty being able to add another employment to
security questionnaire. No change of title, supervisor, or job
location occurred for additional period of employment from 05/2018 to
08/2018, and Subject was not unemployed during this time
(discrepant). Subject was unable to provide any additional leads for
this period of employment.

UNEMPLOYMENT: Subject confirmed that he was unemployed while attending
RIT as a full-time student from 08/2017 to 03/2019. Subject was
actually unemployed from 08/2017 to 05/2018 and again from 08/2018 to
03/2019 (discrepant). Subject's activities were video games, and
studying. For period of 05/2019 to 08/2019, Subject was on break from
being a full-time student and preparing to study abroad. For all

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE   6
--------------------------------------------------------------------------------

periods, Subject was financially supported by parents and his own
savings. Subject provided his mother                          mber
                          aware of periods of unemployment, activities of
spending time with family or studying, and means of support both
while Subject was living at home at her residence, and while he was a
full-time student in New York.

MULTIPLE PERIODS OF EMPLOYMENT: Subject volunteered during employment
review that he was employed at a Telefund Caller at RIT from 03/2019
to 05/2019 (discrepant) when summer break started, and Subject began
preparations to study abroad, and then resumed work as a Telefund
Caller in 08/2019 to 10/2019 (discrepant). Subject did not formally
leave, and had an open letter to return to RIT as a Telefund Caller
upon return from international studying in 08/2019. Subject did not
accurately list break in employment due to oversight.

REFERENCES

Subject provided that his best social reference is either listed
references                                          at Subject's
current social activities are video games, cooking, and reading.

FOREIGN TRAVEL

Subject provided accuracy of countries traveled for study abroad
except travel to Cuba, which was for high school course, and provided
that he maintains no contact with individuals met while abroad.
Subject had no issues at any country while abroad.

ADDITIONAL INFORMATION

Subject was unable to provide any additional references for any
activity except those in investigative report or listed in security
questionnaire.

All other information discussed with Subject was consistent with the
security questionnaire. Further questioning disclosed no additional
information.

There is nothing in the Subject's background that can place Subject in
a position to be blackmailed, coerced, or placed under duress.

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                        |CASE # 2020345401  |PAGE   7
--------------------------------------------------------------------------------


RESIDENCE


Item: 002     COLLATERAL ITEM(S) 003
8020 ELENA DR. NE, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/06/20

Name

TELEPHONE TESTIMONY

Interview Date 02/06/2020

ACCEPTABLE
Primary Association FRIEND
Average Extent of Contact REGULAR
Span of Contact 2012 TO PRESENT

RECOMMENDS


Sources and Subject met 8 years ago in 2012 when both were in middle
school. They became good friends and had daily in person contact
until graduation of high school at _____. After
graduation of high school both Source and Subject went to college.
Source stayed in New Mexico and Subject left to NY to attend
school/college. Source provided that they maintain contact weekly by
phone and text. There has not been any gaps in association between
Source and Subject. The last in person contact was April 2019. The
last contact was yesterday by phone. Source and Subject also
communicate by phone, text and online video games (2 to 3 times a
week)

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that he is aware of where Subject lives and has been
to Subject's home 40 to 50 times and they studied together and played
video games, Source provided they would go to Source house for
homework/gaming many days after school. Source provided he is not
aware of any issues at Subject home and the home is Subject's
parent's residence off of Elena DR northeast, Source and Subject live
in the same neighborhood close by each other.

Subject provided _____ as an additional social lead,
_____

Source provided that Subject reads and plays video games during

--------------------------------------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE   8
--------------------------------------------------------------------------------

   Subject's free time.

   Source provided that Subject travelled to Europe in summer 2019 for a
   study abroad.

   No additional information was provided by the Source.

   The Source is unaware of anything in the Subject's background that
   could place the Subject in a position to be blackmailed or coerced.


Item: 002    Investigator's Note
██████████████████████████████
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/06/20

   .


Item: 002    Investigator's Note
██████████████████████████████
Dates of Investigation 02/03/20 - 03/06/20

   In person attempt to obtain Residence coverage, door tag left at only
   home next to Subjects home 8001. Door tag left and no call back.
   This coverage has been met with unsuccessful results. No leads could
   be obtained.


Item: 012    COLLATERAL ITEM(S) 005
█████████████████████████████████████
█████████████████████████████████████

   Name █████████████████████████████████████████
   TELEP█████████████████████████████████████████

   Interview Date 02/04/2020

   ACCEPTABLE
   Primary Association NEIGHBOR
   Average Extent of Contact REGULAR
   Span of Contact 08/2017 TO 02/2020


Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  9
--------------------------------------------------------------------------------
    RECOMMENDS


    Source first met the Subject in 08/2017 in the college dorms at
    Rochester Institute of Technology (RIT). Subject stated in 08/2018
    the Subject was the Source neighbor when they both live at the Lodge
    located at ███████████████████████████ ource would
    see the Subject on the campus of RIT but they did not have any
    classes together. Source stated he does socialize with the Subject
    almost every weekend, they play video games together, watch TV and
    movies together and go play laser tag. Source stated the last time he
    saw the Subject in person was in 12/2019. Source last had contact
    with the Subject via telephone, text or social media in 02/2020.

    EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

    Source stated there is nothing in the Subject's background that could
    place the Subject in a position to be blackmailed or coerced.




    Item: 012    Investigator's Note
    4225 EAST RIVER RD, HENRIETTA, NY
    Completed by Investigator RY22
    Dates of Investigation 02/03/20 - 02/20/20

        .



    Item: 014
    ████████████████████████████████████████
    ████████████████████████████████████████
    ████████████████████████████████████████

    ██████████████████████████████████████

    SF RELEASE

    Interview Date 02/18/2020

    ACCEPTABLE
    Primary Association LANDLORD
    Average Extent of Contact MODERATE
    Span of Contact NEVER MET

    DOES NOT KNOW WELL ENOUGH TO RECOMMEND


    Source has never interacted with Subject. Source is General Manager
    for Subject's current residence of extended stay TownSuites Marriott

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

---

NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  10

---

where Subject is currently residing. Source is aware that Subject
checked in on 02/15/2020, payment is up to date, and Source is aware
of no issues at current residence. Source is unaware of any other
information. Subject was unable to provide any verifiers for current
residence.


EDUCATION




ACCEPTABLE
Primary Association FRIEND
Average Extent of Contact REGULAR
Span of Contact 8TH GRADE TO PRESENT

RECOMMENDS


Source and Subject met in 8th grade at [REDACTED] chool they
had math and jazz band together. They had daily in person contact
while attending school through to the 12 th grade. Source provided
that Subject came from NJ and Source and Subject became friend right
away after meeting at school. After graduation in 2017 Subject left
to attend college in 2017, source could not recall what out of state
school/college subject is attending, but knows he is still attending
college. Source stayed here to attend [REDACTED]
[REDACTED] Source and Subject have in person contact about four times a
year when subject is in town. Their online contact is about 2 times
month, they play video games. They currently phone/text weekly and
the last contact was two days ago by phone. There has not been any
gaps in their relationship since becoming friends.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that subject plays video games and hangs out with
friends during Subject's free time.
No additional information was provided by the Source.


---

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON             |CASE # 2020345401  |PAGE  11
--------------------------------------------------------------------------------



The Source is unaware of anything in the Subject's background that
could place the Subject in a position to be blackmailed or coerced.

Item: 004

Na                                                      , NY
EU
Pr
SE
Da

ACCEPTABLE

Name VERIFIED      SSN NOT SHOWN      DOB NOT SHOWN     POB NOT SHOWN

Campus Location VERIFIED
Degree(s) Awarded & Date  NOT APPLICABLE

ID Nbr: 566002626

                                                      2/2016



Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE  12
--------------------------------------------------------------------



/2020 End Date:

REFERRED

All reasonable efforts were made and resulted in an ████████████
from Ce████████████████████████████████████████████ed
under ███████████████████████

Phone calls to obtain ███████████████████████████████████
████████████, educational institute were placed to
███████████████with unsuccessful results. No answer, message left and
no return call.

Email contact was made to try to obtain ███████████████████████

Item: 024    Investigator's Note

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
```
-------------------------------------------------------------------
```
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE  13
```
-------------------------------------------------------------------
```



ACCEPTABLE

Name VERIFIED     SSN VERIFIED     DOB VERIFIED     POB NOT SHOWN

Campus Location NOT SHOWN
Degree(s) Awarded & Date  NOT APPLICABLE

Discrepant



No additional information was provided.



Information obtained via an approved internet site

---

EMPLOYMENT



Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  14
--------------------------------------------------------------------------------



ACCEPTABLE

Name VERIFIED      SSN VERIFIED      DOB VERIFIED      POB NOT SHOWN

Employment Dates 09/19 - PRESENT
Worksite Address VERIFIED

Employment Dates 02/19 - 01/20
Worksite Address VERIFIED
Rehire Status NOT SHOWN

Job Title: Student employee

Date Hired: 02/01/2019 Date Resigned: 01/16/2020

Date Hired: 09/27/2019 Date Resigned: Present

Status: Part Time



Disciplinary file: Not Shown

Salary: Not Shown



Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE  15
--------------------------------------------------------------------------------

Interview Date 02/06/2020

ACCEPTABLE
Primary Association SUPERVISOR
Average Extent of Contact REGULAR
Span of Contact JAN/FEB 2019 TO 12/2019

RECOMMENDS

Source first met the Subject during the hiring process at ████████
█████████████████████████████ ███████ Source would see ████ ████████
two times a week at the work place. Source does not socialize with
the Subject outside the work place. Source last saw the Subject in
person in 12/2019. Source last spoke to the Subject via email in
12/2019.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source stated there is nothing in the Subject's background that could
place the Subject in a position to be blackmailed or coerced.

Source is aware of Subject's other employment on the campus of RIT.



ACCEPTABLE
Primary Association SUPERVISOR
Average Extent of Contact REGULAR
Span of Contact 09/2019 TO 12/2019

NO REASON NOT TO RECOMMEND

Source first met the Subject during the interview process as a student
employee a ████████████████████████████████████████
Source is the Subjects supervisor and the source sees the Subject
three times a week in the work place. Source does not socialize with
the Subject outside the work place. Source last saw the Subject in
12/2019. Source has not had any other contact with the Subject since
last in person contact in 12/2019.

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------

NAME: BIERLY, GRANT JEFFERSON                |CASE # 2020345401  |PAGE  16

--------------------------------------------------------------------------------

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source stated there is nothing in the Subject's background that could
place the Subject in a position to be blackmailed or coerced.

Source is aware of Subject's other employment on the campus of RIT.



ISSUE(S) 05A

Name VERIFIED     SSN VERIFIED       DOB VERIFIED     POB NOT SHOWN

Employment Dates 08/16 - 11/17
Worksite Address VERIFIED
Rehire Status ELIGIBLE

Employment Dates 06/18 - 11/18
Worksite Address VERIFIED
Rehire Status ELIGIBLE



Subject held his positions above during the summer full time and
during the school year part time and weekends, with breaks in
service, as shown above. Subject left his position to attend school
out of state.
There are no disciplinary actions or performance reviews shown for
Subject. Subject's rate of pay was $9.00 per hour.

--------------------------------------------------

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE  17
--------------------------------------------------------------------------------

ACCEPTABLE
Primary Association SUPERVISOR
Average Extent of Contact MODERATE

NO REASON NOT TO RECOMMEND

Source knows Subject father (                              ) Source
provided that she met Subject when Subject got his driver's license
and his father took him to buy a car and Source met him at that time.
Source provided that Subject worked directly for her for a few
summers starting in the summer of 2015. Source provided that there
was no social contact between Source and Subject. Source provided
that there were gaps in the association between Source and Subject
during the school year when Subject would go back to school. He
would come work in the summers for her and the last in person contact
between Source and Subject was summer 2018. They have not maintained
in contact.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that Subject plays video game during Subject's free
time. No additional information was provided by the Source.

Source could not provide any additional leads for this employment.

The Source is unaware of anything in the Subject's background that
could place the Subject in a position to be blackmailed or coerced.



Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE  18
--------------------------------------------------------------------------------
Source ███████████████ rovided that Subject's position as a porter
works independently and the position turns over often, there is no
one on site that worked directly with Subject.

███████████████████████████████        ███████████████████████████

Item: 015
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
██████████████████████████████████████████████████████████████████

ACCEPTABLE
Primary Association RELATIVE
Average Extent of Contact EXTENSIVE
Span of Contact BIRTH TO PRESENT

RECOMMENDS

Source is Subject's mother and provided she has had contact with
Subject from birth to present. She maintains contact with Subject
four to six times a week by phone and text. Subject is currently in
VA at a Co-op for his school. The last contact between Source and
Subject was yesterday by phone. There has not been any gaps in
association between Source and Subject.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that Subject reads, likes US history, video game
activities with his friends during Subject's free time. No
additional information was provided by the Source.

Source provided that Subject was unemployed during his education on
and off throughout the years. Source provided that Subject attended
high school at ████████████ nd graduated in 2017. Subject would have
been unemployed during his school year of freshman year and may have
stated working part time with his father at ███████████ ring his
freshman or sophomore year summers. She provided that subject was
unemployed during the school year and was supported by his parents
and Subject's savings. Subject worked the summers and maybe some
weekends. School was Subject primary focus.

Source provided that after graduation of High school Subject was also

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  19
--------------------------------------------------------------------------------
unemployed in 2017 and when Subject went to NY while attending
College in NY. Source provided that Subject started working again but
could not recall exact dates. Subject is still in VA for school
/co-op.
Source provided that father would also be aware of Subject's
unemployment periods.

The Source is unaware of anything in the Subject's background that
could place the Subject in a position to be blackmailed or coerced.


Item: 015    Investigator's Note
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/15/20 - 02/19/20

Item: 015    Investigator's Note
EMPLOYER- UNEMPLOYMENT, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/15/20 - 02/19/20

ACCEPTABLE

Name DISCREPANT    SSN VERIFIED        DOB VERIFIED      POB NOT SHOWN

Employment Dates 01/20 - PRESENT

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE  20

Subject's name is shown as Grant (NMN) Bierly.

The record reflects that Subject has been employed by ▮▮▮▮▮▮ om
01/2020 to present. Subject's status is full-time and his position
title is Computer Security Intern. Subject earns a salary of $28.00
per hour.

The record contains no additional pertinent information.


Item: 022     COLLATERAL ITEM(S) 008 002
RAYMOND J BIERLY, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/18/20

ACCEPTABLE
Primary Association RELATIVE
Average Extent of Contact EXTENSIVE
Span of Contact BIRTH TO PRESENT

RECOMMENDS


Source is Subject's father and has known Subject from birth to
Present. Subject and Source maintain contact one time a week by phone
and or text. Source provided that Subject and Sources last contact
was today by text. There has not been any gaps in association
between Source and Subject. Sour▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
contact while living together at▮▮▮▮▮▮▮▮▮▮▮▮
87122. Subject left to attend College in NY in August of 2017.
Subject graduated High school in May of 2017.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source worked with Subject at same place of employment▮▮▮▮▮▮▮▮
during the summers of Subject's High school years. Subject worked
full time in the summer of sophomore, summer of Junior and Summer of
Senior year prior to leaving for college. Subject worked part time
on weekend's during the school year as needed. Source and Subject had
daily in person contact at work. Subject was a porter and Source is
a sales manager with ▮▮▮▮▮▮▮▮▮▮ Source did not provide any
additional employment leads or contact information.

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE  21
--------------------------------------------------------------------------------

Subject was unemployed during the school year and his parents
supported him along with Subject savings. Subject was also unemployed
when first attending college in NY and School is Subject primary
focus and supported by his parents.

Source provided that Subject works on computers and like museums
during Subject's free time. No additional information was provided
by the Source.

The Source is unaware of anything in the Subject's background that
could place the Subject in a position to be blackmailed or coerced.

Subject's father _____ erviewed to obtain coverage for
Employment, Residence and Unemployment corroboration.

REFERENCES

ACCEPTABLE
Primary Association FRIEND
Average Extent of Contact REGULAR
Span of Contact 08/2017 TO 02/02/2020
Social Contact Ind LCR
Social Contact Extent
   DAILY TO WEEKLY
Social Break Or Change N
Social Contact Span 08/2017 TO 02/02/2020

RECOMMENDS

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  22
--------------------------------------------------------------------------------

Source first met the Subject on the campus of ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Source had one class with the Subject
and would see the Subject on campus two to three days a week at ▮▮▮▮
Source is in the same fraternity as the Subject which meets weekly at
▮▮▮▮ Source and the Subject are good friends and they do socialize
together, they eat together, play video games, work on projects
together and fraternity events. Source last saw the Subject in person
in 01/2020 and spoke to the Subject via telephone, text, social media
or skype on 02/02/2020.

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source stated there is nothing in the Subject's background that could
place the Subject in a position to be blackmailed or coerced.



--------------------------------------------------------------------------------
                          LAW ENFORCEMENT
--------------------------------------------------------------------------------


Item: 010
ALBUQUERQUE, NM
Completed by Investigator RW92


NO RECORD


Item: 011
STATEWIDE NLETS, NY


NO RECORD


Item: 019
STATEWIDE NLETS, VA


NO RECORD


--------------------------------------------------------------------------------
Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON                    |CASE # 2020345401  |PAGE  23
--------------------------------------------------------------------------------


                              FINANCIAL

                           Credit Report


Item: E01
ARAXID, FAYETTEVILLE, NC


ACCEPTABLE ATTACHED

See Attached


              Financial Crimes Enforcement Network


Item: V01
FINCEN



END OF REPORT


Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIVE SERVICES

************** REPORT FROM OPM'S CENTRAL VERIFICATION SYSTEM **************

FOI/PA DISCLAIMER:   THE INFORMATION CONTAINED HEREIN IS SUBJECT TO THE
PROVISIONS OF THE PRIVACY ACT OF 1974 (5 U.S.C. 552A).  THIS INFORMATION HAS
BEEN REPORTED TO OPM BY OTHER GOVERNMENT AGENCIES AND IS ACCURATE AND TIMELY
AS OF THE DATE OF THIS REPORT.  THIS INFORMATION SHOULD BE HANDLED IN A
MANNER TO PROHIBIT ITS DISCLOSURE TO THE PUBLIC, SUBJECT OF INVESTIGATION, OR
OTHER PERSONNEL FOR ANY PURPOSE OTHER THAN WHICH IT WAS PROVIDED WITHOUT
PRIOR APPROVAL FROM AN AUTHORIZED OPM OFFICIAL.


REPORT PREPARED: 01/30/20, 00:00 EST/EDT.

******** PREPARED FOR ******************
SOI CODE: AF00                    *
DEPARTMENT OF DEFENSE             *
BUILDING 600, 10TH STREET         *
FORT GEORGE G MEADE, MD 20755     *
****************************************

SON CODE: A895

CASE #: 2020345401 CASE TYPE/SERVICE: T5/PRT    EXTRA COVERAGE CODES:  3

AGENCY DATA: DOD-PRT                FIPC SPECIAL CODES:  I  Z
E-QIP REQUEST ID: 0029726126       SCHEDULED DATE: 01/30/2020

**************************************************************************
************************** CVS/SII INFORMATION **************************
**************************************************************************

THIS IS A SUMMARY OF INFORMATION CONTAINED IN THE CENTRAL VERIFICATION SYSTEM

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

***************************** INVESTIGATION *****************************

************************* PENDING INVESTIGATIONS *************************

|          | CASE | STANDARD FORM |           |            |
| CASE #   | TYPE | VERSION       | STATUS    | DATE       |
| -------- | ---- | ------------- | --------- | ---------- |
| 2020345401 | T5 | SF86 (7/17)  | SCHEDULED | 01/30/2020 |

|          |      |
| FINGER   |      |
| -PRINT   | INV. |
| RESULTS  | AGY. |
| -------- | ---------------------------- |
| NO RECORD | OPM |

PAGE  1

```
******** CLOSED/UNACCEPTABLE/DISCONTINUED/INCOMPLETE INVESTIGATIONS ********

           CASE               STANDARD FORM
CASE #     TYPE               VERSION          STATUS          DATE
---------  ----               ------------------  --------------  ----------
2030351417 SAC               FP SAC           CLOSED          01/02/2020

        FINGER
        -PRINT         INV.
        RESULTS        AGY.                          SERIOUSNESS CODE
        -------        --------------------------    ----------------
        NO RECORD      OPM                                  F

           CLOSING ACTION         OPM FILE
           --------------         --------
           CLOSED COMPLETE           YES


*************************************************************************

FOR ASSISTANCE, CALL THE FEDERAL INVESTIGATIVE SERVICES TELEPHONE LIAISONS AT
                          (724) 794-5228

****************************** END REPORT ********************************

PAGE  2
```

```
SEQNUM: 2020345401          CREDIT SUMMARY          BATCH NO: 20
-------------------------------------------------------------------------------
CASE NUMBER: 2020345401    F01 00    CASE TYPE: 70A   CASE CATEGORY: 4


                                                 RESIDENCE

AGE:
-------------------------------------------------------------------------------
B01-HIT (0), NO HIT(1)     =   0    B11-NO. CH 13 OR R7 NOT PAID  = 000
B02-NO. UNRATED TRADES     = 000    B12-NO. REPOSSESSIONS NOT PD  = 000
B03-NO. UNCLASSIFIED TRADES = 000   B13-DEROG PR, R9, COLL NOT PD = 000
B04-NO. TOO NEW TO RATE TRADE = 000 B14-NUMBER OF MANUALS         = 000
B05-NO. PAYING AS AGREED    = 003   B15-NUMBER OF TRADES          = 003
B06-NO. WORST RATING EVER R2 = 000  B16-NUMBER OF INQUIRIES       = 001
B07-NO. WORST RATING EVER R3 = 000  B17-TOTAL CURRENT BALANCE = 0000427
B08-NO. WORST RATING EVER R4 = 000  B27-BAL OF TR W/MAX DQ<R3 = 0000427
B09-NO. WORST RATING EVER R5 = 000
B10-PAID DEROG P/R OR TRADES = 000
-------------------------------------------------------------------------------
A CHAPTER 13: NONE
HIGHEST RATING OF 01 IS SHOWN ON 003 TRADES.
PUBLIC RECORD INFORMATION: NONE
CREDIT SCORING: 01
-------------------------------------------------------------------------------
```



```
**** OPM SCORE:01 *****|  C R E D I T   R E P O R T  |** FULL DATA REPORT ***
** CASE CATEGORY: 4 ***|                             |************************
***********************|                             |************************
  CUSTOMER:            |                             | ACCESS TIME: 01:08
  FILE SINCE: 09/16    |                             | ACCESS DATE: 01/31/20
  LAST ACTIV: 07/18    |                             |
  REPORTS COMBINED: 3  |                             |
                       |                             |
```

```
------------------------------------------------------------------------------
GRANT JEFFERSON BIER *** BUREAU NAME AND ADDRESS **          PAGE 1
------------------------------------------------------------------------------
EQUIFAX                                                      EFX
P. O. BOX 740341
ATLANTA, GA 30374
800-685-1111
------------------------------------------------------------------------------
EXPERIAN                                                     EXP
701 EXPERIAN PARKWAY, P. O. BOX 2002
ALLEN, TX 75013
888-397-3742
------------------------------------------------------------------------------
TRANSUNION                                                   TU
P. O. BOX 1000
CHESTER, PA 19022
866-887-2673
------------------------------------------------------------------------------
------------------------------------------------------------------------------
GRANT JEFFERSON BIERLY *** SUBJECT INFORMATION ***          PAGE 2
------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** EMPLOYMENT SECTION ***          PAGE 3
```

```
-------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** TRADE SECTION ***              PAGE 4
-------------------------------------------------------------------------

CREDITOR/SUBC/ DATE  DATE  LAST  DATE  CREDIT          HIGH    PAST
ACCOUNT#/KOB   OPEN REPORT ACT   BAL   LIMIT  BALANCE  CREDIT  DUE  ECOA/ACCT
-------------------------------------------------------------------------
JPMCB CARD    12/98 01/20 01/20 01/20 $48500     $0 $21712      $0 AUTH
 3182310                   MOP: PAYS AS AGREED                     REV
 4388540068580017    TERMS: REVOLVING             MTHS/REV: 099 EXP TU EFX
 BANK CREDIT CARDS    PTRN: 01/20 111111111111/111111111111 30=00 60=00 90=00
                                                        DATE/RATE HIST:
              CURRENT ACCOUNT
              FLEXIBLE SPENDING CREDIT CARD
PO BOX 15369 WILMINGTON DE 19850
-------------------------------------------------------------------------
WELLS FARGO   08/16 12/19 12/19       $1200    $318    $676     $0 INDIV
 0908N664                  MOP: PAYS AS AGREED                     REV
 4465400388975593    TERMS: REV$25/MO            MTHS/REV: 040     TU
 BANKS AND S&LS       PTRN: 11/19 111111111111/111111111111 30=00 60=00 90=00
                                                        DATE/RATE HIST:
-------------------------------------------------------------------------
WF CRD SVC    08/16 01/20 01/20 01/20  $1500    $109    $676     $0 INDIV
 3270007                   MOP: PAYS AS AGREED                     REV
 446540038897        TERMS: REV$25/MO            MTHS/REV: 042  EXP EFX
 BANK CREDIT CARDS    PTRN: 01/20 111111111111/111111111111 30=00 60=00 90=00
                                                        DATE/RATE HIST:
              CURRENT ACCOUNT
              CREDIT CARD
PO BOX 14517 DES MOINES IA 50306
-------------------------------------------------------------------------
         NUMBER OF TRADES:  3         $51200   $427 $23064      $0
-------------------------------------------------------------------------
-------------------------------------------------------------------------
GRANT JEFFERSON BIERLY  *** INQUIRY SECTION ***           PAGE 5
-------------------------------------------------------------------------
SUBSCRIBR NAME KOB NO.         DATE  *SUBSCRIBR NAME KOB NO.        DATE
----------------------------------*--------------------------------------
VERATO         V   07945612   01/31/20
-------------------------------------------------------------------------
         NUMBER OF INQUIRIES: 1
```

```
-------------------------------------------------------------------------
GRANT JEFFERSON BIERLY   *** CONSUMER STATEMENT SECTION ***     PAGE 6
-------------------------------------------------------------------------
   422EMPLOYER:  BEFORE TAKING ADVERSE ACTION IN AN EMPLOYMENT DECISION BASED
ON A PERSONA REPORT, THE FCRA REQUIRES YOU TO PROVIDE THE CONSUMER WITH A
COPY OF THEIR CONSUMER REPORT, ALONG WITH A WRITTEN DESCRIPTION OF THE
CONSUMER'S RIGHTS UNDER THE FCRA. THIS NOTICE OF RIGHTS WAS UPDATED IN
SEPTEMBER 2018 - PLEASE DOWNLOAD THE UPDATED NOTICE AT
HTTPS://WWW.CONSUMER.FTC.GOV/ARTICLES/PDF-0096-FAIR-CREDIT-REPORTING-ACT.PDF
-------------------------------------------------------------------------
GRANT JEFFERSON BIERLY   *** GENERAL MESSAGE SECTION ***       PAGE 7
-------------------------------------------------------------------------
EXP: USER ACKNOWLEDGES RECEIPT OF A COPY OF THE SUMMARY OF THE
     CONSUMER'S RIGHTS PRESCRIBED BY THE FEDERAL TRADE COMMISSION UNDER
     SECTION 609 (C) (3) OF THE FCRA ("CONSUMER'S RIGHTS"). BY ACCEPTING
     THIS REPORT, THE USER HEREBY CERTIFIES AND CONFIRMS THAT HE OR SHE WILL
     ATTACH A COPY OF THE CONSUMER'S RIGHTS TO THE REPORT AS REQUIRED BY
     SECTION 604 (B) (1) (B) OF THE FCRA.
EXP: SSN MATCHES
END OF CREDIT REPORT FOR GRANT JEFFERSON BIERLY
```

```
DATE: 01/02/2020                                    PAGE:    1
                  UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
                             INVESTIGATIONS SERVICE

      *************************  CASE CLOSING TRANSMITTAL  *************************

                          CLOSED: 01/02/2020
```



```
                                    ************** MAIL TO ****************
      SON: 744B                    *  SOI: AF00
      DEPARTMENT OF THE AIR FORCE  *  DEPARTMENT OF DEFENSE
      11 WG/IP                     *  CONSOLIDATED ADJUDICATIONS FACILITY
      1190 MENOHER DRIVE           *  BUILDING 600, 10TH STREET
      JOINT BASE ANDREWS, MD 20762 *  FORT GEORGE G MEADE, MD 20755
                                    **************************************

      AGENCY DATA:

      OPM ASSESSMENT: F - NO ISSUES - REVIEW LEVEL 1

            THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
            INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
            TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
            IDENTIFIED ABOVE.

            THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS

      *****************************  ITEM INFORMATION  *****************************
      THE ISSUE CODES CONTAINED IN THIS DOCUMENT PROVIDE A PRELIMINARY ASSESSMENT BY
      OPM OF THE INFORMATION OBTAINED BY OPM INVESTIGATORS AND INFORMATION SOURCES AND
      ARE NOT INTENDED TO REPLACE THE REQUIREMENT FOR ADJUDICATIVE EVALUATION BY THE
      AGENCY REQUESTING THE INVESTIGATION.

      ******************************************************************************

      ITM  TYPE ITEM IDENTIFICATION/LOCATION        CM RESULTS
      ***  **** **********************************  ** ************************
      A01  SII                                      L  NO RECORD
      B01  FBIF                                     L  NO RECORD

      *********************  END CASE CLOSING TRANSMITTAL  *********************
```

# EXHIBIT O

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

June 15, 2023

**<u>Via Certified Mail: RRR (FOIA APPEAL)</u>**
Financial Crimes Enforcement Network
Disclosure Office
P.O. Box 39
Vienna, VA  22183

████████████████████ etter May 12, 2023

Dear Sir/Madam:

Please be advised that our office has been retained to represent Mr. Grant Bierly in connection with a revocation of eligibility for access to SCI.  On May 17, 2023, this office received a letter from the Defense Counterintelligence and Security Agency in response to our FOIA request.  A copy of both our original FOIA request and the May 17, 2023 response is attached as **Exhibit A.**

It is noted that certain redactions were withheld in the FOIA response on behalf of your agency. Please accept this letter as our appeal of the decision to redact these portions of the response in relation to documents 1, 2, 3, 5, 6, and 87 with regards to FOIA exemption (b)(3) and Privacy Act (j)(2) and (k)(2).  Mr. Bierly is entitled to review all aspects of the investigation relating to the revocation of eligibility for access to SCI which has impacted his career.  As such, this office requests that the unredacted portions of the response be released to our office.

The withholding of documents is the loss of substantial due process rights for our client. Mr. Bierly should have the opportunity to review all records that were used in the revocation of his eligibility for access to SCI which resulted in his loss of employment.  Attached is the original Statement of Reasons dated November 18, 2022 as **Exhibit B.**

   **I would ask that you grant our request for the expedited processing on the aforementioned appeal.**   Thank you for your assistance in this matter.

                              Very truly yours,
                              *Brett John O'Brien*
                              Brett John O'Brien

BO/yml
Cc: Grant Bierly

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

---

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

25 April 2023

**Via Email:   dcsa.boyers.dcsa.mbx.inv-foip@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018



Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Grant J. Bierly. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Department of Defense Counterintelligence and Security Agency.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1)  All interagency and intra-agency correspondence that include my client's name;
2)  All interagency and intra-agency records that include my client's name;
3)  All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
4)  Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5)  A copy of the entire investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply.

**Identity Verification:**



**████████ pay fees:**
My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**
Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:
I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above. I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                                    _____
Grant J. Bierly                                                                          Date

I hereby certify that the foregoing statements made by me in this request are true and correct. I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing of the Privacy Acton the aforementioned FOIA request.** Thank you for your assistance in this matter.

Very truly yours,
*Brett John O'Brien*
Brett John O'Brien

BO/yml

Cc:  Grant J. Bierly



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION
1137 BRANCHTON ROAD
BOYERS, PA 16018-0618

May 12, 2023

National Security Law Firm
Attn: Carl A. Marrone and Brett John O'Brien
1250 Connecticut Avenue
Suite 700
Washington, DC 20036

Re: Grant Bierly

Dear Mr. Marrone and Mr. O'Brien:

This is in reference to Mr. Bierly's request that a copy of their background investigation be provided to you. This request was received by the Department of Defense, Defense Counterintelligence and Security Agency (DCSA), Freedom of Information and Privacy Act (FOI/PA) office on May 2, 2023.

Mr. Bierly requested a copy of their background investigations, including reports of investigations, results of database record checks, statements obtained by investigators from people who know them, and all interagency and intra-agency correspondence and records.

Mr. Bierly submitted their request to the DCSA Freedom of Information/Privacy (FOI/P) Office for Investigations. Adjudication and clearance records are not maintained as part of their investigative file and are under the purview of the DCSA FOI/P Office for Adjudications. We forwarded the request to that office for their review and response to Mr. Bierly. Mr. Bierly may refer to their website for additional information: https://www.dcsa.mil/contact/foia/rar/.

Additionally, we are unable to make an accurate search of our records for "interagency and intra-agency correspondence and records" without additional information from Mr. Bierly. They may submit a new request and describe the type of correspondence they seek.

Mr. Bierly requested information that is the property of another federal agency. We are unable to release another agency's information. To obtain this information, Mr. Bierly must reach out to that agency directly.

We reviewed the enclosed documents in accordance with the Freedom of Information Act (FOIA) and the Privacy Act of 1974, as amended.

On behalf of the Financial Crimes Enforcement Network (FinCEN), we withheld information from document(s) 1, 2, 3, 5, 6, and 87 in accordance with FOIA exemption (b)(3) and Privacy Act exemptions (j)(2) and (k)(2). Exemption (b)(3) protects those records that are specifically exempt from release by statute, which in this case is 31 U.S.C 5319. Privacy Act exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (k)(2) protects investigative material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under federal programs.

You may appeal FinCEN's action by submitting a written request to the following address within 90 days from the date of this letter: Financial Crimes Enforcement Network, Disclosure Office, P.O. Box 39, Vienna, VA 22183.  Your appeal should include the reasons why the requested information should be released and why this action may be in error.  Attach a copy of your original request and this response letter and clearly mark the letters and the outside envelope, "FOIA Appeal."  You may refer to their website for additional information: https://www.fincen.gov/filing-privacy-act-request.

On behalf of the Federal Bureau of Investigation (FBI), we withheld information on document(s) 2, 4, and 66 in accordance with Privacy Act exemption (j)(2) and FOIA exemption (b)(7)(E).  Exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (b)(7)(E) protects information that "would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law."

Appeals of the FBI's (j)(2), (b)(7)(E) redactions directly to the Department of Justice by submitting a written request to the Office of Information Policy, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's eFOIA portal at https://www.justice.gov/oip/submit-and-track-request-or-appeal.  The appeal must be received by OIP within ninety (90) days from the date of this letter to be considered timely.  The envelope and letter should be marked "Freedom of Information Appeal."

The Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  You may contact OGIS in any of the following ways:

| | |
|---|---|
| U.S. National Archives and Records Administration | Phone: 202-741-5770 |
| Office of Government Information Services | Toll-Free: 1-877-684-6448 |
| 8601 Adelphi Road - OGIS | Fax: 202-741-5769 |
| College Park, MD 20740-6001 | Email:  ogis@nara.gov |

If you have any questions regarding this response, contact the Freedom of Information and Privacy office at 724-794-7185 and reference tracking number DCSA-B 23-07625.

Sincerely,

Alyssa Snyder

Alyssa Snyder
Government Information Specialist

Enclosure:
As Stated

# EXHIBIT P



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD 20755-5615

CAS

November 18, 2022

MEMORANDUM FOR MR. GRANT J. BIERLY, 

THROUGH: SSO JOINT WARFARE ANALYSIS CENTER - 1
(ATTN: SECURITY MANAGEMENT OFFICE)

SUBJECT: Intent to Revoke Eligibility for Access to Classified Information, Assignment to
Duties that have been Designated National Security Sensitive, and Access to
Sensitive Compartmented Information (SCI)

References: (a) DoDM 5200.02, Procedures for the DoD Personnel Security Program (PSP),
April 3, 2017
(b) Security Executive Agent Directive 4, National Security Adjudicative
Guidelines, December 10, 2016 (Effective June 8, 2017)
(c) ICD 704, Personnel Security Standards and Procedures Governing Eligibility
for Access to Sensitive Compartmented Information, and Other Controlled
Access Program Information, October 1, 2008
(d) ICPG 704.3, Denial or Revocation of Access to Sensitive Compartmented
Information, Other Controlled Access Program Information, and Appeals
Processes, October 2, 2008

The Department of Defense Consolidated Adjudications Facility (DoD CAF) was renamed the
Defense Counterintelligence and Security Agency Consolidated Adjudication Services (DCSA
CAS) on June 13, 2022. The change to DCSA CAS does not impact the mission, relationships,
resources, or support functions. DCSA CAS will continue to deliver informed and timely
adjudicative decisions for the Federal Government to enable operational readiness in keeping
with risk management principles.

1. Per the above references, a preliminary decision has been made by the DCSA CAS to revoke
your eligibility for access to classified information, assignment to duties that have been
designated national security sensitive, and access to Sensitive Compartmented Information
(SCI).

2. A decision on eligibility for access to classified information, assignment to duties that have
been designated national security sensitive, and SCI access is a discretionary security decision
based on judgments by appropriately trained adjudicative personnel. Pursuant to reference (a),
eligibility shall be granted only where facts and circumstances indicate eligibility for access to
classified information is clearly consistent with the national security interests of the United
States, and any doubt shall be resolved in favor of the national security. Information concerning
THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

your personal history has led to the security concern(s) listed in Attachment 1, *Statement of Reasons (SOR)*, which prevent DCSA CAS from making the affirmative decision that your eligibility is clearly consistent with the interests of national security. If this preliminary decision becomes final, you will not be eligible for access to classified information, assignment to duties that have been designated national security sensitive, and SCI access as defined by the above-cited references.

3.  If you currently have access to classified information, this access may be suspended by your organization's Security Management Office.

4.  You must complete Attachment 2, *Statement of Reasons Receipt and Statement of Intent*, and forward it to the DCSA CAS, via your organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days of receipt of this memorandum. Contact your SMO or SCI SMO for help in preparing and forwarding this form. If the completed Attachment 2 is not received at DCSA CAS, it will be presumed that you do not intend to submit a reply.

5.  You may request the records upon which DCSA CAS relied on to make the preliminary decision. Attachment 3 is provided to assist you in requesting your records. Use the DCSA investigation request if your SOR is based upon a DCSA Investigation (formerly known as the Office of Personnel Management (OPM) investigation). Use the appropriate records request form(s) provided herein, if your SOR is based upon records other than, or in addition to, the DCSA investigation. Failure to request the record(s) in a timely manner, failure to provide an accurate mailing address, and/or failure to accept receipt of the record(s) upon delivery, will not serve as justification for an extension of time to respond to the SOR.

6.  You may challenge this preliminary decision by responding, in writing, with any information or explanation that you think should be considered in reaching a final decision. Attachment 4, *Instructions for Responding to a Statement of Reasons*, provides instructions to assist you if you choose to submit a response. Attachment 5, *National Security Adjudicative Guidelines*, provides information on the guidelines and Attachment 6, *Applicable National Security Adjudicative Guidelines*, provides the specific national security adjudicative guideline(s) from reference (b) used in this preliminary decision.

7.  You may choose to obtain legal counsel, or other assistance, in preparing your response to this preliminary decision. You may obtain civilian counsel, at your own expense, or, if you are eligible, from the staff of the Judge Advocate General. If you desire assistance from legal counsel, you should make those arrangements immediately.

8.  If you choose the option to respond, your written response must be submitted through your SMO or SCI SMO within sixty (60) calendar days from the date you acknowledge receipt of this memorandum. Your SMO or SCI SMO will then forward it to the DCSA CAS. To request an extension, you must provide a written request, with justification, to your SMO or SCI SMO prior to the current deadline. Your SMO or SCI SMO will then submit your request to the DCSA CAS for review/approval. Any request for extension of time to respond may be granted only by the DCSA CAS.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

9.  If you choose the option not to respond or if you chose to respond but your response is not received by your SMO or SCI SMO within the specified time, this preliminary decision will become a final security determination on the merits of the information available. Please direct questions regarding this memorandum to your SMO or SCI SMO.

*Pamela Robinson*  by bp

Pamela Robinson
Division Chief
DCSA CAS

Attachments:
1. Statement of Reasons
2. Statement of Reasons Receipt and Statement of Intent
3. Form(s) for Requesting Records
4. Instructions for Responding to a SOR
5. National Security Adjudicative Guidelines
6. Applicable National Security Adjudicative Guidelines

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 107

# STATEMENT OF REASONS (SOR) FOR MR. █████████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825