THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NOTICE OF ERRATA TO COMPLAINT**

| | | |
|---|---|---|
| **GRANT BIERLY** | ) | |
| 8020 Elena Drive NE | ) | |
| Albuquerque, NM 87122 | ) | |
| | ) | |
|     Plaintiff, | ) | **COMPLAINT** |
| | ) | **Civil Action No:1:23-02386** |
|     v. | ) | |
| | ) | |
| **DEPARTMENT OF DEFENSE** | ) | |
| 1000 Defense Pentagon | ) | |
| Washington, District of Columbia  20301 | ) | |
| | ) | |
| | ) | |
|     And | ) | |
| | ) | |
| **DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY** | ) | |
| Building 600, 10th Street | ) | |
| Fort George G. Meade, MD 20755-5615 | ) | |
| | ) | |
|     And | ) | |
| | ) | |
| **DEPARTMENT OF THE AIR FORCE** | ) | |
| 1690 Air Force Pentagon | ) | |
| Washington, DC  20330-1670 | ) | |
| | ) | |
|     And | ) | |
| | ) | |
| **NATIONAL SECURITY AGENCY** | ) | |
| 9800 Savage Road, Suite 6272 | ) | |
| Fort George G. Meade, MD 20755-6000 | ) | |
| | ) | |
|     Defendant(s) | ) | |
| | ) | |

| | |
|---|---|
| **As to each Defendant Serve:** | **)** |
| Matthew M. Graves | ) |
| United States Attorney for The | ) |
| District of Columbia | ) |
| 555 4th Street NW | ) |
| Washington, DC  20530 | ) |
| | ) |
| Attorney General of the | ) |
| The United States | ) |
| U.S. Department of Justice | ) |
| 10th & Constitution Avenue, NW | ) |
| Washington, District of Columbia 22314 | ) |
| | ) |
| **Defendants.** | **)** |

The Plaintiff, Grant Bierly, respectfully submits this Errata to the Complaint, to correct the redacted exhibits filed on August 16, 2023, as follows:

1) ECF#01-2 exhibits are duplicative documents.  Plaintiff seeks to upload corrected version of Part 1 of the redacted documents noted in ECF#1.

Dated:  August 22, 2023                              Respectfully submitted,

By: /s/ *Brett J. O'Brien*
Brett J. O'Brien, Esq.
DC Bar #: 1753983
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW
Washington, DC 20036
Phone:  (202) 600-4996
Fax:  (202) 545-6318