# EXHIBIT A

**CUI**

## Instructions for Responding to a Statement of Reasons

1. The Statement of Reasons (SOR) is based on unfavorable information revealed in investigation(s) into your personal history, and/or received through other means, such as your organization's security office. Specific security concerns about your conduct or background are listed in the SOR.

2. These instructions are intended to help you provide the most accurate and relevant information as to why the preliminary decision should be reversed. However, it is only a guide. You should provide whatever information you wish to be considered by DCSA CAS in reaching a final decision.

3. If you decide to challenge the preliminary decision, you should address each area of security concern listed in the SOR as completely as possible. It is in your best interest to provide a timely response, including complete and accurate information with pertinent details and supporting documentation.

   a. Preparing your response

     (1) The SOR package and these instructions provide specific requirements and deadlines for compliance. You should carefully read the SOR to determine if the findings are accurate and whether there are circumstances that were not included which might have a favorable bearing in your case.

     (2) On the *Statement of Reasons Receipt and* Statement of Intent attached to the SOR, you must notify the DCSA CAS, via your organization's Security Management Office (SMO) and/or Sensitive Compartmented Information (SCI) SMO, within ten (10) calendar days as to whether you intend to respond. If you choose to respond, your response must be submitted to your SMO and/or SCI SMO within thirty (30) calendar days from the date you received the SOR unless you requested and were granted an extension of time.

     (3) If you choose to respond, you should gather any documentation that supports your case. Your response and supporting documentation should be organized in the same order as the security concerns presented in the SOR. The documents that have the most impact will be those that refute, correct, explain, extenuate, mitigate, or update the unfavorable information presented in the SOR. Examples of documentation include: copies of court records with details or dispositions of arrests and status of probation; transcripts of court testimony taken under oath; probation reports; copies of negotiated plea bargains; releases from judgment or wage attachment; statements of account or letters from creditors verifying the status of delinquent accounts; receipts or copies of canceled checks for payment on debts; certificates of completion for alcohol/drug abuse rehabilitation programs; etc. Mere statements such as "I didn't do it," "It wasn't my fault," or "I paid those bills" will not carry as much weight as supporting documentation. You may provide statements from co-workers, supervisors, your commander, friends, neighbors and others concerning your judgment, reliability and trustworthiness, and any other information that you think should be considered before a final decision is made.

     (4) Seek assistance from your local security office on this matter. By separate memorandum, your SMO has been requested to provide any assistance you need in understanding this process. If they cannot answer your questions, they can request assistance from higher authority. The process is designed so Subjects can represent themselves. You may obtain legal counsel or other assistance in preparing your response; however, if you obtain private assistance, it must be obtained at your own expense. Remember it is up to you to decide
THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

whether to respond or not. You are responsible for the substance of your response and it must be signed by you.

b.  Writing your response

(1) Your response should be submitted in writing, via your SMO and/or Sensitive Compartmented Information (SCI) SMO, to DCSA CAS. It must be submitted before the expiration of the response deadline. You should address each item cited in the SOR separately. You should also admit or deny each item in the SOR and provide an explanation for each response.

(2) Attach all supporting documentation, to include any available documentation that explains, refutes, corrects, extenuates, mitigates or updates each item cited in the SOR. Organize supporting documents in the order that they are cited in your response and enclose copies with your response. You may use dividers or tabs to help you assemble the supporting documentation in order.

(3) The impact of your response will depend on the extent to which you can specifically refute, correct, extenuate, mitigate, or update security concerns cited in the SOR. If you believe that the unfavorable information in the SOR presents an incomplete picture of the situation or circumstances, you should provide information that explains your case. Bear in mind that the information you provide will be considered, but it also may be verified through additional investigation.

(4) The National Security Adjudicative Guideline(s) pertinent to security concerns in your case are listed in Attachment 5. The guideline(s) provide a framework for weighing all available information, both favorable and unfavorable that is of security concern. The Guideline(s) aid in making a common-sense decision based upon all that is known about a Subject's personal history.

(5) When you have completed your written response, ensure you sign and date it. Place your response and supporting documents in a single envelope or package and forward to DCSA CAS, via your organization's SMO and/or SCI SMO. Be sure to meet the time deadline for submission. When a final decision is made, you will be notified in writing, via your organization's SMO and/or SCI SMO. If the decision is favorable, your access eligibility will be granted or restored. If not, you may appeal the decision to higher authority.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

# EXHIBIT B



**DEPARTMENT OF DEFENSE**
**UNITED STATES STRATEGIC COMMAND**
**JOINT WARFARE ANALYSIS CENTER**
**4048 HIGLEY RD**
**DAHLGREN, VA 44228-5500**

31-Jan-2023

MEMORANDUM FOR 3Q/JWAC
ATTENTION: MR. GRANT J. BIERLY

FROM: 3Q JWAC

SUBJECT: Termination During Probationary Period

1. This letter serves to notify you that you will be terminated from employment with the Air Force during your probationary period. The probationary period is an extension of the merit system examining process to determine your qualifications and fitness for employment in the federal civilian service. During the probationary period, an employee is evaluated on character, conduct, and attitude that directly affect job performance. This action is based on your failure to meet a condition of employment. Your separation from employment will be effective on 31-Jan-2023____. This action is being taken under the provisions of Title 5, Code of Federal Regulations, Section 315.804, *Termination of Probationers for Unsatisfactory Performance or Conduct.*

2. On 14 August 2022, you were appointed to a PALACE Acquire Intern, Student Trainee (Computer Scientist), GS-1550-09 target 12, position in STRATCOM JWAC located at Dahlgren, Virginia. Under the provisions of your appointment, you were required to serve a two-year probationary period, beginning 15 June 2020. Your probationary period completion date was adjusted to 23 May 2023 due to excess time in a nonpaid status. The responsibilities of your position include but are not limited to special projects and assignments in the development of software and solutions to be used by higher-level computer scientists, scientists, contractors and/or customers.

3. The decision to terminate you is based on the following:

   **Charge:** Failure to meet a condition of employment.

**Specification:** By letter dated 18 November 2022, you were notified by the Defense Counterintelligence and Security Agency (DCSA) of its intent to revoke your eligibility for access to classified information. By letter dated 21 November 2022, you were notified by the Joint Warfare Analysis Center (JWAC) of the local suspension of your access to classified information. By letter dated 12 December 2022, you were notified by the Air Force Office of Special Investigations (AFOSI) of your suspension from all Department of the Air Force (DAF) Special Access Programs (SAPs) due to personal conduct regarding sexual behavior. Subsequently, due to your inability to access classified information and SAPs, you are unable to perform the duties required of your position.

4. If you believe this action to be unjustified or improper, you may challenge the action by electing to file a complaint with the Equal Opportunity Office (88 ABW/EO), the Office of Special Counsel (OSC), or Merit Systems Protection Board (MSPB) appeal pursuant to the procedures described below. However, you may only elect one of the complaint or appeal procedures described below.

   a. If the termination becomes effective, you may appeal the termination to the MSPB only if you believe it was based on partisan political affiliation, marital status, or improper procedures, or on discrimination if it is alleged in addition to political reasons or marital status. The MSPB only has

jurisdiction over the termination of a trial employee under these very special circumstances. If you appeal to the MSPB and receive a decision that your termination is not under the MSPB's jurisdiction, this does not extend the time within which you must initiate action under any other complaint procedures. This means you may forfeit your right to raise your dissatisfaction under the agency discrimination complaint procedure if you have not raised your concern within the required time period. An appeal to the MSPB may be filed any time beginning on the day after the effective date of your termination and ending 30 calendar days after the effective date of your termination. Such an appeal may be filed by personal delivery, by facsimile, by commercial overnight delivery, or by e-Appeal at www.mspb.gov, or by mail with a postmark no later than the 30th day after the effective date of your termination. If an appellant does not submit an appeal within the time set by statute, regulation, order of a judge, it will be dismissed as untimely unless a good reason for the delay is shown. The judge will provide the appellant an opportunity to show why the appeal should not be dismissed as untimely. An appeal to the MSPB must be in writing and set forth the reason(s) for appealing your termination, including such offer of proof and pertinent documents that you are able to submit. It should be addressed to the Regional Director, Merit systems protection Board, Central Regional Office, 230 South Dearborn Street, 31st Floor, Chicago, IL 60604-1669. If you file an MSPB appeal, the Board will issue an acknowledgement order and serve said order on the agency using the following contact information: Civilian Personnel Office, 88 FSS/FSCA, 2000 Allbrook Drive, Wright-Patterson AFB, OH 45433, Phone: (937) 257-2411, Fax: (937) 656-1635.

b. If you believe this action was taken in reprisal for whistleblowing, you may raise the matter by filing a complaint with the OSC. The OSC will investigate your complaint and will either file an action on your behalf or notify you of your right to file an Individual Right of Action appeal to the MSPB. A complaint may be filed electronically at www.osc.gov, or may be filed in writing by filling out Form OSC-11, and faxing or mailing the completed form to the OSC at the following address or fax number: Complaint Examining Unit, Office of Special Counsel, 1730 M Street NW, Suite 218, Washington, DC 20036-4505; Fax: (202) 254-3711.

c. If you believe this action was motivated, in whole or in part, by unlawful discrimination based on race, color, religion, sex, national origin, age or disability, you may raise such allegations either in an MSPB appeal or in a mixed case EO complaint. A mixed case MSPB appeal is filed in the manner outlined above. A mixed case EO complaint is initiated by contacting an Agency EO counselor within 45 days of the effective date of this action and filing a formal complaint of discrimination after EO counseling is completed. You may file either a mixed case MSPB appeal or a mixed case EO complaint, but not both. You may contact the EO Office at 88 ABW/EO, 5215 Thurlow Street, Building 70, Suite 4, Wright-Patterson AFB, OH  45433-5543; Phone: (937) 257-2789; Fax: (937) 656-0060.

5. If you wish to review the regulations pertinent to this action or review the material being relied upon to support this action, or obtain advice and assistance from the Civilian Personnel Office, you may contact our servicing Human Resources Specialist (Employee Relations), Christa Raison, Labor and Employee Management Relations Element, 88 FSS/FSCA, Area A, Building 2, extension 904-3244, christa.raison@us.af.mil.

DELOOZE.DA Digitally signed by
DELOOZE.DARRYL
RRYL.JAMES JAMES 1023256122
.1023256122 Date: 2023.01.31
08:18:24 -05'00'

DARRYL DELOOZE
Division Chief
JWAC, JV2

I acknowledge that I have received a copy of this letter:

Employee Signature

1/31/2023

Date

# EXHIBIT C

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———————

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

November 22, 2022

**Via Email:   dcsa.meade.caf.mbx.privacy-act@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018

RE:  Our Client:  Grant J. Bierly

███████████████

Revocation of Security Clearance for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Grant J. Bierly.   On his behalf, I am requesting all records pertaining to Mr. Bierly held by the Department of Defense.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.   We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1)  All interagency and intra-agency correspondence pertaining to the above.
2)  All interagency and intra-agency records related to the individual.
3)  All investigation and standard forms pertaining to the above.
4)  Complete copy of investigative interview with Department of Defense investigator.
5)  A complete copy of the polygraph pre-test with a National Security Agency examiner on February 25, 2020.

**Grant J. Bierly's verification of identity:**

Full Name: 

**Agreement to pay fees:**

My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Grant J. Bierly's authorization for release**:

I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                    11/23/2022
                                            _____
Grant J. Bierly                             Date

I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

**I would ask that you grant our request for the expedited processing on the aforementioned FOIA request.**    Thank you for your assistance in this matter.

Very truly yours,

*/s/ Carl A. Marrone*

Carl A. Marrone

CAM/yml

Cc:  Grant J. Bierly

CUI

# REQUEST for RECORDS

National Security Agency (NSA)

To request a copy of pertinent records from the above named agency, please provide a photocopy of your picture ID, along with this completed form and mail to the above address.

**Privacy Act Advisement:** Requesting personal information which includes your Social Security Number is authorized by 5 USC Sec. 552a (*Privacy Act of 1974*). Information provided herein is used to identify and retrieve records pertaining to you. Providing all or part of the information below is voluntary; however, without it, the above agency may not be able to identify your records. This information may be retained and/or released to other agencies under Routine Use.

**Authority:** E.O. 12968, Access to Classified Information; Department of Defense (DoD) Manual 5200.02, *Procedures for the DoD Personnel Security Program (PSP)*, April 3, 2017.

**Description of Records:** Under the provisions of the Privacy Act, and to respond to a Statement of Reasons (SOR) issued by the Defense Counterintelligence and Security Agency Consolidated Adjudication Services
**I hereby request a copy of the following records (fill in pertinent records description below):**

Copy of the National Security Agency (NSA) polygraph examiner's pre-test performed on February 25, 2020.

**Identifying information is provided as follows:**

Social Security Number:_____ ▓▓▓ _____

Full Name:_____ ▓▓▓ BIERLY _____

Other Names Used:_____

Date of Birth: 0▓▓▓_____   Place of Birth: ▓▓▓_____

**Please mail my file to (physical address required):**

Carl A. Marrone, Esq. c/o NATIONAL SECURITY LAW FIRM, 1250 Connecticut Avenue NW, Suite 700, Washington DC  20036

_____

Government e-mail address (.mil or .gov): ____ ▓▓▓▓▓ _____

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing information [concerning my identity] is true and correct."*

_____        _____
**Handwritten or CAC eSignature (required)**          **Date**

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

EXHIBIT D



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
OFFICE OF PRIVACY, CIVIL LIBERTIES, AND FREEDOM OF INFORMATION
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD  20755-5615

January 24, 2023
DCSA-M 23-01865

Mr. Carl A. Marrone, Esquire
National Security Law Firm
1250 Connecticut Avenue, Suite 700
Washington, DC  20036

RE:  Bierly, Grant J.

Dear Mr. Marrone:

This is in response to your November 22, 2022 request, on behalf of your client, Mr. Grant J. Bierly, for a copy of all interagency and intra-agency correspondence, investigations and standard forms, a copy of the investigative interview with the Department of Defense investigator, and a complete copy of the polygraph pre-test, pertaining to Mr. Bierly.  Your request, including Mr. Bierly's Power of Authorization, was received in the Defense Counterintelligence and Security Agency (DCSA) Freedom of Information and Privacy Office for Adjudications on November 30, 2022.   We conducted a search for records pertaining to Mr. Bierly.

Our search revealed the attached documents, which we are authorized to release to you. We have withheld portions of the records under the provisions of the *Privacy Act of 1974*, Title 5 U.S.C. § 552(a), exemption (d)(5), and the *Freedom of Information Act* (FOIA), Title 5 U.S.C. § 552, exemptions (b)(5) and (b)(6).   Privacy Act exemption (d)(5) protects disclosure of information that is compiled in reasonable anticipation of civil action or proceedings, court proceedings or quasi-judicial administrative hearings.  FOIA exemption (b)(5) protects inter-and intra-agency documents which are deliberative in nature, and part of the decision making process.  We determined the information is also protected under the attorney work-product privilege, and/or attorney-client privilege.  Portions of the records contain privacy-related information about a party other than your client.  Thus, Mr. Bierly is not entitled to third party information under the provisions of the Privacy Act.  This information is also withheld per the Freedom of Information Act, Title 5 U.S.C. § 552, exemption (b)(6), as disclosure of the information would constitute a clearly unwarranted invasion of the personal privacy of the individual(s) involved.

Records which fall under the release authority of the DCSA FOIA and Privacy Office for Investigations, were located.  We do not have release authority for the records; thus, we are referring your request and responsive records to their Privacy Offices, for action and direct response to you.

Mr. Bierly has the right to appeal this response by submitting a written request to the: Defense Counterintelligence and Security Agency, ATTN:  Office of General Counsel, 27130

PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

Telegraph Road, Quantico, VA 22134-2253.  Clearly mark the outside of the envelope and the written appeal letter: *"Privacy/FOIA Appeal."*  The appeal must be received by DCSA within ninety (90) calendar days from the date of this letter to be considered timely.  The written appeal letter should include the reasons why the requested information should be released and why this action may be in error.  Include with the appeal letter a copy of the original request and this response letter.  Please reference FOI/PA tracking number DCSA-M 23-01865 in all communication(s).

Your client may seek dispute resolution services from the HQ DCSA FOIA Office or the Office of Government Information Services (OGIS).  The HQ DCSA FOIA Office may be contacted by emailing dcsa.quantico.dcsa-hq.mbx.foia@mail.mil.  OGIS was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  OGIS may be contacted in any of the following ways:

| | |
|---|---|
| U.S. National Archives and Records Administration | Phone: 202-741-5770 |
| Office of Government Information Services | Toll-Free: 1-877-684-6448 |
| 8601 Adelphi Road – OGIS | Fax: 202-741-5769 |
| College Park, MD 20740-6001 | Email:  ogis@nara.gov |

No other records were located responsive to your request.  We hope this information is helpful, and appreciate the opportunity to assist you in this matter.

Sincerely,


for/
Joy F. Greene
Supervisory, Government Information Specialist
FOI and Privacy Office for Adjudications

Attachments:
As stated

PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

FOR OFFICIAL USE ONLY

# DoD CAF TECT Consultation Form

**\*Please save this form as a .doc/.docx before sending to TECT Office**

---

Date of Consult Request: **February 10, 2022**
Subject Name:  **Grant Bierly**
Subject SSN: ███████████
Service Affiliation: **DOD CIVILIAN**

Type of Consult: **CE/LE Liaison Request**
Expedited? **No**

Primary ADJ POC: **(b) (6)** ████████████
Authorizing ADJ Supervisor: **(b) (6)** ████████

Please specify the questions you would like answered, annotate the TECT referral criteria number for each issue, and list the documents you would have reviewed:

NSA docs uploaded in subject details/ subjects notes tab. Requesting use of NSA file. Second reviewer stated to send to tect so that you can request permission for the file.

---

**DoDCAF TECT Response**

Consulting TECT Rep:

Documents reviewed when considering this case:

Psychological or OGC Legal Sufficiency Review Recommended?

**(b) (5), (d)(5)**

**(b) (5), (d)(5)**

---

THE ADJUDICATOR RECEIVED THE NOTES ABOVE AT A PRE-DECISIONAL STAGE OF THEIR DELIBERATIVE PROCESS CONCERNING PROPOSED COURSES OF ACTION BEING CONSIDERED IN THE ADJUDICATION OF THIS CASE. THE COMMUNICATIONS BY THE TECT REPRESENTATIVE ARE DELIBERATIVE IN NATURE. THEY REPRESENT A DELIBERATIVE PROCESS IN WHICH THE REPRESENTATIVE EXPRESSES NON-BINDING PROFESSIONAL OPINIONS USING CASE MATERIAL SUBMITTED BY THE ADJUDICATOR. THE REPRESENTATIVE ENGAGES IN A PROCESS THAT DISTILLS INFORMATION CONTAINED IN THE CASE FILE TO SEPARATE SIGNIFICANT FACTS FROM INSIGNIFICANT FACTS PERTAINING TO THE COUNTERINTELLIGENCE RISK OF THE INDIVIDUAL CONCERNED. THIS PROCESS CONSTITUTES THE EXERCISE OF JUDGMENT BY THE REPRESENTATIVE IN A PURELY DELIBERATIVE MANNER. AS SUCH, RELEASE OF THESE PURELY DELIBERATIVE MATERIALS COULD PERMIT INDIRECT INQUIRY INTO A INVESTIGATIVE ACTION. THEREFORE, FURTHER RELEASE OF THIS INFORMATION IS NOT AUTHORIZED SINCE IT WAS PREPARED AS AN "INTRA-AGENCY" MEMORANDUM AND INVOLVES THE SHARING OF PROFESSIONAL OPINION PURSUANT TO, AND SERVING AN INTEGRAL FUNCTION OF, THE USG's DECISION MAKING PROCESS WITH REGARD TO ADJUDICATIVE APPROACHES.

FOR OFFICIAL USE ONLY
PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

Updated on: 20180823

FOR OFFICIAL USE ONLY

# DoD CAF TECT Consultation Form

**\*Please save this form as a .doc/.docx before sending to TECT Office**

BLUF Recommendations:



BLUF Details:

THE ADJUDICATOR RECEIVED THE NOTES ABOVE AT A PRE-DECISIONAL STAGE OF THEIR DELIBERATIVE PROCESS CONCERNING PROPOSED COURSES OF ACTION BEING CONSIDERED IN THE ADJUDICATION OF THIS CASE. THE COMMUNICATIONS BY THE TECT REPRESENTATIVE ARE DELIBERATIVE IN NATURE. THEY REPRESENT A DELIBERATIVE PROCESS IN WHICH THE REPRESENTATIVE EXPRESSES NON-BINDING PROFESSIONAL OPINIONS USING CASE MATERIAL SUBMITTED BY THE ADJUDICATOR. THE REPRESENTATIVE ENGAGES IN A PROCESS THAT DISTILLS INFORMATION CONTAINED IN THE CASE FILE TO SEPARATE SIGNIFICANT FACTS FROM INSIGNIFICANT FACTS PERTAINING TO THE COUNTERINTELLIGENCE RISK OF THE INDIVIDUAL CONCERNED. THIS PROCESS CONSTITUTES THE EXERCISE OF JUDGMENT BY THE REPRESENTATIVE IN A PURELY DELIBERATIVE MANNER. AS SUCH, RELEASE OF THESE PURELY DELIBERATIVE MATERIALS COULD PERMIT INDIRECT INQUIRY INTO A INVESTIGATIVE ACTION. THEREFORE, FURTHER RELEASE OF THIS INFORMATION IS NOT AUTHORIZED SINCE IT WAS PREPARED AS AN "INTRA-AGENCY" MEMORANDUM AND INVOLVES THE SHARING OF PROFESSIONAL OPINION PURSUANT TO, AND SERVING AN INTEGRAL FUNCTION OF, THE USG's DECISION MAKING PROCESS WITH REGARD TO ADJUDICATIVE APPROACHES.

FOR OFFICIAL USE ONLY

**PRIVACY ACT INFORMATION**
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

Updated on: 20180823

UNCLASSIFIED//FOR OFFICIAL USE ONLY



**NATIONAL SECURITY AGENCY**
**CENTRAL SECURITY SERVICE**
FORT GEORGE G. MEADE, MARYLAND 20755-6000

06 May 2022

DODCAF
Attn: (b) (6)
600 10th Street, Suite 160
Fort George G. Meade, MD 20755-5133

Re:    BIERLY, Grant Jefferson

Dear (b) (6)

This responds to your request received on 04 April 2022 regarding your Agency's use of our document pertaining to Grant Jefferson Bierly. Please be informed that the Agency grants your request to use the following redacted documents, as enclosed, in your adverse action:

1. Report of Polygraph Examination dated 25 February 2020, 2 pages *(attached)*
2. Security In-Processing Form dated 18 January 2020, 4 pages *(attached)*

The Agency requests that you only use the attached redacted UNCLASSIFIED copies in your adverse action. Should it become necessary to use these documents in any other action, please contact this office for additional approval. Additionally, copies of the attached redacted documents may be released to Mr. Bierly.

If we may be of further assistance, please contact Annette Anthony on (410) 854-4896.



Sincerely,

Section Chief, Security Information Management
Office of Personnel Security

Encls:
a/s



**DEPARTMENT OF DEFENSE**
**CONSOLIDATED ADJUDICATIONS FACILITY**
**BUILDING 600 10TH STREET**
**FORT GEORGE G. MEADE, MD 20755-5615**



---

## REQUEST DECLASSIFICATION OF INFORMATION

1. (FOUO)The Department of Defense Consolidated Adjudications Facility (DoD CAF) request permission to use of Polygraph dated 25 February 2020 and Security In Processing Form dated 31 January 2020 for the purpose of adjudicating the case of the following individual:

**Subject: BIERLY, Grant**　　　　　█████████████████

2. (FOUO) The DoD CAF is requesting declassification of information received from your Agency for the purpose of rendering a security clearance determination on behalf of the Department of Defense to protect national security in accordance with EO 12968. If permitted to use these documents and they are Unclassifed, they will be used in an **Unclassified** due process proceeding. Documentation that remains classified AND is **releaseable** to the Subject, will be used in a Classifed Due Process Procedings and released to the Subject.

3. (FOUO) If document(s) remain Classified, the DoD CAF requests the information be disclosable to the Subject in a Classified due process proceeding. Once your Agency reviews and releases this information to the DoD CAF, it will be provided to the Subject, the Subject's Security Management Office, and the DOHA Administrative Judge and Department Counsel presiding over the hearing and other parties with the need to know for the purposes of this process, at the appropriate classification level. All personnel involved in this classified procedure will possess the proper security clearance and be instructed regarding the sensitivity of the information. Classified information used in these proceedings will be protected in accordance with applicable information, security policy, guidance, and agreements.

4. (U) Please clearly mark which information is Unclassified and/or which information remains Classified but is disclosable to the Subject. You may write a separate memo containing the specific information the DoD CAF may use.

5. (U) Please contact me with any questions or concerns. **(b) (6)**　　　Threat Evaluation-Security Assistant DoD Consolidated Adjudications Facility, **(b) (6)**
**(b) (6)**　　@mail.mil, SIPRNET: **(b) (6)**　　　@mail.smil.mil
JWICS: **(b) (6)**　　　@coe.ic.gov, NSTS:**(b) (6)**


Received
**APR 0 4 2022**

341146



# DEPARTMENT OF DEFENSE
## CONSOLIDATED ADJUDICATIONS FACILITY
### BUILDING 600 10TH STREET
### FORT GEORGE G. MEADE, MD 20755-5615



Recoverable Signature

X (b) (6)

(b) (6)
Security Assistant
Signed by: (b) (6)

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

NAME: Bierly,Grant Jefferson                                                DATE: 25 February 2020

FILE #: 341146

## REPORT

**(U//FOUO) MISCELLANEOUS**

S's security in-processing (SIP) form, dated 18 January 2020, was reviewed with S and all information was deemed complete and accurate unless otherwise noted in this report.

S reported HE was born in ▓▓▓▓▓▓▓▓▓▓ t Red Bank, New Mexico as reflected in HIS in-processing form.

S was questioned regarding unreported foreign travel, unreported foreign national contacts, and contacting a foreign embassy or consulate. HE did not provide any pertinent details unless otherwise noted in this report.

| PREVIOUSLY REPORTED | N/A |
| --- | --- |
| Additional Information | No |

**(U//FOUO) CRIME**

In approximately 2010, when HE was 12 years old, S and a friend went into another friends home illegally. The two entered the home through an unlocked door. The intent of entering the home was to retrieve an item that HIS friend gave to HIS other friend; a ship valued at $100. The two boys went upstairs, obtained the ship, and left the home. No one was home at the time and they were never detected. HE has no future intent to illegally enter any property.

Since 2013, around age 15, to the present, age 22, S views anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that S is looking for are those that depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. S uses keywords for HIS searches such as "oral, sex, intercourse, panting, cum, and erect." These key words bring up images of men and women (boys and girls) between the ages of 16 to 40 engaged in sex acts. S advised that HE masturbates daily to the images. HE estimates he masturbates to images of 16 to 18 year olds engaged in sexual acts once monthly. The last time HE masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. S specifically excludes and "filters out" using filter words such as "cub, infant and young" in order to avoid images of teens and children. S explained that "Cub" would be anthropomorphic images depicting 8 or 9 year olds and younger. S intends to continue to view and masturbate to these types of images.

| PREVIOUSLY REPORTED | No - Information obtained during the pre-test interview. |
| --- | --- |
| Additional Information | No |

**(U//FOUO) SUMMARY VERIFICATION**

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

NAME: Bierly,Grant Jefferson                                    DATE: 25 February 2020

FILE #: 341146

| Topic | Crime |
|---|---|
| Verifier Initials | |

### POLICIES

| | | | COMPLY | |
| | | | YES | NO |
|---|---|---|---|---|
| REG | POLICY | ADVISE | | |
| NSA/CSS REG 30-31 | FOREIGN TRAVEL | | | |
| NSA/CSS REG 120-18 | ASSOCIATION WITH FOREIGN NATIONALS | | | |
| NSA/CSS REG 11-12 | INVOLVEMENT WITH ILLEGAL DRUGS | | | |

### Enclosures

G1448 Consent Form  - *not provided*

G7608A Authority for Release of Information  - *not provided*

### Distribution List

A523

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

## SECURITY IN-PROCESSING FORM

Total pages submitted with package: _____

PRIVACY ACT STATEMENT: Authority for collecting the requested information is contained in 50 U.S.C. § 401-441, Executive Order 10450, Executive Order 13526, Executive Order 12968, and ICD 704. DoD's Blanket Routine Uses (found at Appendix C of 32 CFR Part 310) apply to this information. Authority for requesting your Social Security Number (SSN) is Executive Order 9397, as amended. The requested information you provide will be used to confirm your identity in order to verify clearances and access. Your disclosure of the requested information is voluntary. However, failure to furnish the requested information may delay or prevent the processing of your access request.

IMPORTANT: PERSONS COMPLETING THIS FORM SHOULD BEGIN WITH THE QUESTIONS BELOW AFTER CAREFULLY READING THE PRECEDING INSTRUCTIONS. ANSWER EACH QUESTION TO THE BEST OF YOUR ABILITY AND INDICATE "UNKNOWN" OR "NOT APPLICABLE" WHEN APPROPRIATE. INCOMPLETE ANSWERS AND/OR AREAS LEFT BLANK WILL NOT BE ACCEPTED AND WILL CAUSE DELAYS IN YOUR PROCESSING.

### Section 1: Biographical Information

1. Provide your full name: If you have only initials in your name, provide them and indicate "Initial only".

| Last Name | First Name | Middle Name |
|---|---|---|
| Bierly | Grant | Jefferson |

| 2. Rank/Prefix: (e.g., CTRSN, SRA, MSgt, MAJ, Col, Mr., Mrs., etc.) or "N/A." Mr. | 3. Suffix (Jr, II, III, etc) N/A | |

| (SSN) | 5. Gender Male | 6. Birth Date (MM/DD/YYYY) | 7. Birth City/Town |

| 8. Birth Country United States | 9. Birth State/Province New Mexico |

10. Other Names Used: Enter any other names you have used. This includes, but is not limited to: maiden name(s), former name(s), birth name(s), alias(es), nickname(s), etc.

| Last Name N/A | First Name N/A | Middle Name N/A |
|---|---|---|

### Section 2: Affiliation Information

| 11. Check-in Location. Enter your duty station. If you have not yet arrived, enter your expected duty station (e.g. Ft. Meade); contact your SSO if unknown. Fort Meade, MD | 12. Unit: If military, enter your unit (e.g., 70 IW, NIOC MD, 704 MI BDE, etc.); if contractor or civilian, enter "N/A." N/A |

| 13. Location Arrival Date/Expected Arrival: Provide the date you arrived at your current check-in location. If you are going through military check-in prior to arriving, provide expected arrival date (MM/DD/YYYY). 06/20/2020 | 14. Service: Enter the branch of service for which you are processing (e.g., Navy, Marine Corps, Army, Air Force, Coast Guard, etc.). N/A |

| 15. Personnel Category (Affiliation): Select the option that applies to the affiliation type for which you are submitting your check-in: (e.g., Military, Civilian, Contractor) Civilian | 16. Agency: Enter the agency you are from. (e.g., DIA, DoD, USAF, USN, etc) USAF |

| 17. Are you checking in as a Reservist/Guardsman? Select "Yes" or "No." Yes ☐  No ☒ | 18. Company: If contractor, enter your company name. N/A |

### Section 3: Contact Information

19. Current Street Address: Enter your current street address including unit/apartment number, if applicable.

| 20. Country: Enter your current country of residence United States | 21. City/Town: Enter your current city/town of residence. | 22. State/Province: Enter your current state/province of residence. |

| 23. Postal: Enter your current postal code/zip code of residence. 87122 | 24. Current Address Start: Enter the date you began residing at your current address (MM/DD/YYYY) |

| 25. Primary Phone #: Include Extension. | 26. Secondary Phone #: Include Extension. N/A | 27. E-mail Address: Enter your primary e-mail address |

UNCLASSIFIED//FOR OFFICIAL USE ONLY

| 28. Emergency Contact: Provide the name of an immediate family member that should be contacted in the case of an emergency involving you.<br><br>**Suzan Bierly** | 29. Emergency Contact Address: | 30. Emergency Contact Phone:<br>732 259 4001 |
|---|---|---|

### Section 4: Citizenship Information

**31. Citizenship Status:** Select the appropriate box that reflects your citizenship status.

| [X] | *I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth:* Select if born in the U.S., a U.S. territory, or commonwealth. |
|---|---|
| [ ] | *I am a U.S. citizen or national by birth, born to U.S. parent(s), in a foreign country:* Select if born abroad to a U.S. citizen(s) and you have been issued a Certificate of Birth Abroad: |
| [ ] | *I am a naturalized U.S. citizen:* Select if you were born outside of the U.S. and are now a naturalized U.S. citizen. |

| Provide your naturalization certificate number | Provide the date the naturalization certificate was issued |
|---|---|
| Provide the place (City and State) where the naturalization certificate was issued | Provide the country(ies) of prior citizenship |

| [ ] | *I am not a U.S. citizen:* If you are not a U.S. citizen, select this option. |
|---|---|

| 32. Do you now or have you EVER held dual/multiple citizenships? | YES [ ]  NO [X] |
|---|---|

Complete the following if you answered 'Yes' to having EVER held dual/multiple citizenship

| 1 | Provide country of citizenship | During what period of time did you hold citizenship with this country? (Provide the date range that you held this citizenship, beginning with the date it was acquired through its termination or "Present", whichever is appropriate.) | | | |
|---|---|---|---|---|---|
| | Do you currently hold citizenship with this country? YES [ ]  NO [ ] | From Date (Month/Year) | Est. | To Date (Month/Year) | Est. |
| 2 | Provide country of citizenship | During what period of time did you hold citizenship with this country? (Provide the date range that you held this citizenship, beginning with the date it was acquired through its termination or "Present", whichever is appropriate.) | | | |
| | Do you currently hold citizenship with this country? YES [ ]  NO [ ] | From Date (Month/Year) | Est. | To Date (Month/Year) | Est. |

| 33. Have you EVER been issued a passport (or identity card for travel) by a country other than the U.S.? | YES [ ]  NO [ ] |
|---|---|

| Provide the country in which the passport (or identity card) was issued | Provide the date the passport (or identity card) was issued | Is the passport expired and/or surrendered? If so, as of when? |
|---|---|---|

### Section 5: Security Questionnaire

| 34. Have you ever undergone a polygraph examination? If yes, provide the date and place you underwent **your most recent** polygraph examination. If you have been scheduled, or will be scheduled to undergo a polygraph examination, check NO and provide the date and place of the scheduled examination in the comments below. Provide as much information as possible including the agency that conducted the examination, if known. | YES [ ]  NO [X] |
|---|---|

| 35. Have you ever undergone a background investigation? If yes, provide the date your most recent background investigation closed. | YES [ ]  NO [X] |
|---|---|

| 36a. Do you have immediate family members (parents, stepparents, full, step, or half siblings, spouse, children, step/adopted children, in-laws, cohabitants, and/or fiancé(e)) who were not born in the U.S., even if deceased or estranged? **If yes, refer to Additional Contact Sheet (ACS) for additional reporting guidance.** | YES [ ]  NO [X] |
|---|---|

| 36b. Do you have close and/or continuing contact with a non U.S. citizen or dual U.S. citizen with whom you are bound by affection, kinship, influence, and/or obligation? **If yes, refer to Additional Contact Sheet (ACS) for additional reporting guidance.** | YES [ ]  NO [X] |
|---|---|

| 37. Do you maintain any business, financial (to include foreign bank/investment accounts) or property interest in a foreign country? If yes, provide a written statement detailing the facts surrounding the foreign business, financial or property interest. | YES [ ]  NO [X] |
|---|---|

UNCLASSIFIED//FOR OFFICIAL USE ONLY

38. Since your last background investigation, have you been involved in the loss or mishandling of classified information or material?   If yes, provide a written statement detailing the facts surrounding the incident and how the issue was resolved.   ☐ YES   ☒ NO

39. Since your last background investigation, have you been involved in the misuse of any U.S. government information system(s)? If yes, provide a written statement detailing the facts surrounding the incident and how the issue was resolved.   ☐ YES   ☒ NO

40. Since your last background investigation, have **allegations of** criminal conduct been made about you, regardless of whether you were formally charged, prosecuted or convicted? If yes, provide a written statement detailing the facts surrounding the allegations and how the issue was resolved.   ☐ YES   ☒ NO

41. Since your last background investigation, have you been involved in any alcohol related incidents; i.e., DUI/DWI, assault, child or domestic abuse, disturbing the peace, or other incidents?   If yes, provide a written statement detailing the facts surrounding the incident and how the issue was resolved.   ☐ YES   ☒ NO

42. Since your last background investigation, have you experienced financial difficulties that resulted in bankruptcy, repossession, foreclosure, tax lien, wage garnishment, judgment, charge-off(s) or collection account(s)?   If yes, provide a written statement detailing the facts surrounding the financial difficulties and how the issue was resolved.   ☐ YES   ☒ NO

43. Since your last background investigation, have you possessed, bought, sold, used or transferred any illegal drug or controlled substance, **as defined by Federal statute?** If yes, provide a written statement detailing the facts.   ☐ YES   ☒ NO

44. Since your last background investigation, have you been hospitalized receiving inpatient treatment for any period of time for a mental health or alcohol-related condition/concern?  Include whether the inpatient treatment received was voluntary or involuntary; the specific date(s) (Month(s), day(s), and year(s)) of treatment and the name of the facility where treatment was provided.   ☐ YES   ☒ NO

UNCLASSIFIED//~~FOR OFFICIAL USE ONLY~~

45. Since your last background investigation, have you been ordered to consult with a mental health professional by a court or administrative agency?  Include the specific date(s) (Month(s), day(s), and year(s)) of the evaluation(s), the name of the court or administrative agency directing such evaluation(s) and the final disposition of the evaluation(s).   ☐YES ☒NO

46. Since your last background investigation have you been diagnosed by a medical professional (e.g., physician, psychologist, psychiatrist, or clinical social worker) with a psychotic disorder, schizophrenia, schizoaffective disorder, delusional disorder, bipolar mood disorder, borderline personality disorder, or antisocial personality disorder?  Include the specific diagnosis and the date the diagnosis was made.   ☐YES ☒NO

47. Since your last background investigation have you.
   - Gone on **personal travel** outside of the United States? (leave, religious  missions, etc..)
   - Attended an unofficial or official language immersion course or studied abroad?
   - Attended or participated in any unofficial conferences, trade shows, seminars, or meetings outside the U.S.?
   If you respond yes to any of these questions, provide a written statement below detailing the facts.   ☒YES ☐NO

I have traveled to Cuba in 2016 in March  for an educational and cultural trip with my Spanish class. We stuck together the entire time and were never allowed to leave the group, and traveled to different cities and activities almost every day. For the Summer of 2019, I traveled in roguh order to Belgium, Kosovo, Albania, Montenegro, Croatia, Bosnia & Herzegovina, Serbia, Macedonia, Germany, Czech Republic, Austria, Slovakia, Hungary. For these countries were first a visit to my aunt (A US citizen living abroad) in Belgium, then went on a study abroad trip at RIT Kosovo where we toured the Balkans and stayed in Kosovo for around 4 weeks or so. I took classes there on Human Rights & Remediation and well as a Terrorism class on strategies to prevent radicalization of a populace. Then my family flew out and met me in Frankfurt for a large trip around central Europe together and explored museums, capitals, cities, and a bunch of

48. Have you ever been involved in an unreported security-related incident?   Include the date(s) of the incident(s), who was involved, the location(s) where it occurred, a detailed description of the circumstances surrounding the incident(s) and an explanation for why the incident(s) was/were not reported.   ☐YES ☒NO

| Candidate Review and Certification | SSO/Security Representative Review and Certification |
|---|---|
| I verify the information I have provided is true and correct to the best of my knowledge.  I understand that any falsification of my SIP forms can be grounds for denial or removal from access. | I verify that I have carefully reviewed this form and all attachments in their entirety with the candidate to ensure completeness. |
| SIGNATURE _(signature)_ | SIGNATURE |
| PRINTED NAME  Grant J. Bierly | PRINTED NAME |
| DATE (MM/DD/YYYY)  01/18/2020 | DATE (MM/DD/YYYY)  01/30/2020 |

# OGC Referral Form

**\*Please save this form as a .doc/.docx before sending to Legal Office**

Date Submitted to OGC: October 3, 2022
Subject's Full Name: Grant Bierly
Subject's SSN: ███████
Subject's Affiliation:

| ☐ Military | ☐ Contractor/Industry |
|---|---|
| ☒ Civilian | ☐ Other (Specify Below) |

Other affiliation (not listed):

### SIPRNet Document(s)?

(b) (5), (d)(5)

### Expedite?

| ☐ Yes | ☒ No |
|---|---|

### Bond Amendment applicable?

| ☐ Yes | ☒ No |
|---|---|

### Bond Analysis applicable?

| ☐ Yes | ☒ No |
|---|---|

Reviewer's Name: (b) (6) ██████
Reviewer's Phone: (b) (6) ██████
Reviewer's E-mail: (b) (6) ██████ @mail.mil

Preparing Adjudicator's Name: (b) (6) ██████

Review Requested (Select ALL that apply):

# (b) (5), (d)(5)

List the documents that require a "legal sufficiency" review. (This list of documents must match the full names reflected in DISS):

Updated on: 20220617

# OGC Referral Form

**\*Please save this form as a .doc/.docx before sending to Legal Office**

---

20221103 BIERLY 2307 SOR BTL DRAFT.docx

List supporting document(s) that were relied upon when preparing the document requiring review (This list of documents must match the full names reflected in DISS): 20220506 Bierly 2307 NSA Permission granted

Additional Notes/Question(s): N/A

Additional Consultation:



Guidelines (Select ALL that apply)



**\*Additional Instructions:** DO NOT upload or retain legal advice or comments in DISS.

---

**FOR OGC USE ONLY**

Assigned Attorney

(b) (6)

Date Returned:

Updated on: 20220617



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD  20755-5615

CAS

November 18, 2022

MEMORANDUM FOR  SSO JOINT WARFARE ANALYSIS CENTER - 1
(ATTN: SECURITY MANAGEMENT OFFICE)

SUBJECT: ███████████████████████████████████

References:  (a)  DoDM 5200.02, Procedures for the DoD Personnel Security Program (PSP)
April 3, 2017
(b)  Security Executive Agent Directive 4, National Security Adjudicative
Guidelines, December 10, 2016 (Effective June 8, 2017)
(c)  ICD 704, Personnel Security Standards and Procedures Governing Eligibility
for Access to Sensitive Compartmented Information, and Other Controlled
Access Program Information, October 1, 2008
(d)  ICPG 704.3, Denial or Revocation of Access to Sensitive Compartmented
Information, Other Controlled Access Program Information, and Appeals
Processes, October 2, 2008

The Department of Defense Consolidated Adjudications Facility (DoD CAF) was renamed the
Defense Counterintelligence and Security Agency Consolidated Adjudication Services (DCSA
CAS) on June 13, 2022. The change to DCSA CAS does not impact the mission, relationships,
resources, or support functions. DCSA CAS will continue to deliver informed and timely
adjudicative decisions for the Federal Government to enable operational readiness in keeping
with risk management principles.

1.   After careful review of available pertinent information and in accordance with the references
above, the DCSA CAS has made a preliminary decision to deny or revoke the Subject's
eligibility for access to classified information, assignment to duties that have been designated
national security sensitive, and access to SCI. The DCSA CAS assessment of the applicable
security concerns for this preliminary decision is documented in the attached Statement of
Reasons (SOR) addressed to the Subject.

2.   The purpose of this memorandum is to provide instructions for actions required by your
organization related to the Subject named in the attached SOR. Denial or revocation of eligibility
for access to classified information, duties that have been designated national security sensitive,
and SCI access can have a severe impact on Subjects and their careers. The procedures required
by the above references must be closely followed to ensure that all elements of security and
fairness are met.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

3.   Your organization is responsible for determining whether to suspend access to classified information and/or assign the Subject to non-sensitive duties pending a final personnel security decision.  Failure to do so could result in an increased level of security risk to your organization and/or national security.

4.   Please ensure the following actions, as appropriate, are accomplished within the specified time frames:

a.   Promptly deliver the attached Statement of Reasons package to the Subject.

b.   Establish a point of contact for the Subject. Advise the Subject that he/she should not attempt to communicate directly with DCSA CAS and all communication with DCSA CAS must be forwarded through the Security Management Office (SMO) or SCI SMO.

c.   Complete and forward the *Statement of Reasons Receipt and Statement of Intent* to DCSA CAS within ten (10) calendar days of the Subject's receipt of the SOR package. Ensure that the Subject and your office properly complete the form. This form notifies DCSA CAS whether the Subject intends to respond to the SOR. Should the subject refuse to complete the *Statement of Reasons Receipt and Statement of Intent,* the SMO or SCI SMO will complete the form verifying the date the package was delivered to the Subject and forward the completed form to DCSA CAS within ten (10) calendar days of the subject's refusal to sign. An additional witness is required to sign the form to verify the SOR package was delivered to the Subject.

d.   Also, ensure the Subject understands that he/she may choose to obtain legal counsel, or other assistance, in preparing a response to this preliminary decision. He/she may obtain civilian counsel, at personal expense, or, if eligible, from the staff of the Judge Advocate General. Advise the Subject that if he/she desires assistance from legal counsel that he/she should make those arrangements immediately.

e.   Ensure that the Subject understands the consequences of being found ineligible for access to classified information, assignment to duties that have been designated national security sensitive, and SCI access, and the serious effect such a decision could have on his/her career.

f.   Take particular care to ensure that the Subject fully understands that the preliminary denial or revocation decision will become final based on the available information if:

- your organization notifies DCSA CAS via the *Statement of Reasons Receipt and Statement of Intent* that the Subject does not intend to respond to the SOR, or

- the Subject reports that he/she will respond to the SOR and DCSA CAS receives no response within the specified time period.

**Ensure the Subject understands that in either of these instances, the preliminary decision will become a final determination on the merits of the available information.**

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

g.   If the Subject chooses to respond to the SOR, inform him/her they have sixty (60) calendar days from the date of their acknowledgment on Attachment 2, Statement of Reason Receipt and Statement of Intent, of his/her memorandum, to submit the response in writing through the SMO or SCI SMO.  Ensure the Subject understands that requests for an extension beyond the established suspense date must be submitted in writing through the SMO or the SCI SMO prior to the SOR response due date, and approved by DCSA CAS. Exceptions to this policy may only be circumstances where the Subject's failure to respond to the SOR was due to factors beyond his or her control.

h.   Assist the Subject in obtaining the applicable references and copies of pertinent investigative files. The SOR is based on information obtained from investigative agencies and/or other sources. If the Subject desires copies of releasable information pertinent to this SOR, advise him/her to follow the instructions in Attachment 3 of his/her memorandum.

i.   Advise the Subject that written comments from personal references may be included as part of the response to the SOR. Such written comments may include observations regarding the Subject's judgment, reliability and trustworthiness. Personal references may comment on the pending eligibility decision if knowledgeable of the security issues identified in the SOR. Whether or not comments from personal references are included, the Subject's response to the SOR must be received in your office by the suspense date.

j.   Ensure the response to the SOR is promptly endorsed by the appropriate authority, with a copy to the Subject, and immediately forwarded to DCSA CAS.

5.   Deployment/TDY**.** It is in the best interest of national security that this notice to the Subject be delivered as soon as possible. It is understood, however, that deployment or other operational circumstances may make it difficult for the Subject to provide an adequate response. If the Subject is currently deployed or other operational circumstances prevent your organization from initiating this due process action, immediately notify DCSA CAS in writing. Be sure to provide your SMO or SCI SMO contact information to DCSA CAS, and keep us apprised of the Subject's status. Upon the Subject's return from deployment, or the end of the operational circumstance, your office should deliver the SOR immediately and forward the signed *Statement of Reasons Receipt and Statement of Intent* to DCSA CAS as soon as possible.

6.   If you have any questions, please contact the DCSA CAS Call Center at commercial (301) 833-3850 or DSN 733-3850 or send a message via the DISS Portal.

*Pamela Robinson*   by bp

Pamela Robinson
Division Chief
DCSA CAS

Attachment:
Subject's Memorandum (w/attachments)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
BUILDING 600 10TH STREET
FORT GEORGE G. MEADE, MD  20755-5615

**CAS**

November 18, 2022

MEMORANDUM FOR  MR. GRANT J. BIERLY, █████████

THROUGH:  SSO JOINT WARFARE ANALYSIS CENTER - 1
                (ATTN: SECURITY MANAGEMENT OFFICE)

SUBJECT:  Intent to Revoke Eligibility for Access to Classified Information, Assignment to
                Duties that have been Designated National Security Sensitive, and Access to
                Sensitive Compartmented Information (SCI)

References:  (a)  DoDM 5200.02, Procedures for the DoD Personnel Security Program (PSP),
                      April 3, 2017
                (b)  Security Executive Agent Directive 4, National Security Adjudicative
                      Guidelines, December 10, 2016 (Effective June 8, 2017)
                (c)  ICD 704, Personnel Security Standards and Procedures Governing Eligibility
                      for Access to Sensitive Compartmented Information, and Other Controlled
                      Access Program Information, October 1, 2008
                (d)  ICPG 704.3, Denial or Revocation of Access to Sensitive Compartmented
                      Information, Other Controlled Access Program Information, and Appeals
                      Processes, October 2, 2008


The Department of Defense Consolidated Adjudications Facility (DoD CAF) was renamed the
Defense Counterintelligence and Security Agency Consolidated Adjudication Services (DCSA
CAS) on June 13, 2022. The change to DCSA CAS does not impact the mission, relationships,
resources, or support functions. DCSA CAS will continue to deliver informed and timely
adjudicative decisions for the Federal Government to enable operational readiness in keeping
with risk management principles.


1.   Per the above references, a preliminary decision has been made by the DCSA CAS to revoke
your eligibility for access to classified information, assignment to duties that have been
designated national security sensitive, and access to Sensitive Compartmented Information
(SCI).


2.   A decision on eligibility for access to classified information, assignment to duties that have
been designated national security sensitive, and SCI access is a discretionary security decision
based on judgments by appropriately trained adjudicative personnel. Pursuant to reference (a),
eligibility shall be granted only where facts and circumstances indicate eligibility for access to
classified information is clearly consistent with the national security interests of the United
States, and any doubt shall be resolved in favor of the national security. Information concerning
THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

your personal history has led to the security concern(s) listed in Attachment 1, *Statement of Reasons (SOR)*, which prevent DCSA CAS from making the affirmative decision that your eligibility is clearly consistent with the interests of national security. If this preliminary decision becomes final, you will not be eligible for access to classified information, assignment to duties that have been designated national security sensitive, and SCI access as defined by the above-cited references.

3.   If you currently have access to classified information, this access may be suspended by your organization's Security Management Office.

4.   You must complete Attachment 2, *Statement of Reasons Receipt and Statement of Intent*, and forward it to the DCSA CAS, via your organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days of receipt of this memorandum. Contact your SMO or SCI SMO for help in preparing and forwarding this form. If the completed Attachment 2 is not received at DCSA CAS, it will be presumed that you do not intend to submit a reply.

5.   You may request the records upon which DCSA CAS relied on to make the preliminary decision. Attachment 3 is provided to assist you in requesting your records. Use the DCSA investigation request if your SOR is based upon a DCSA Investigation (formerly known as the Office of Personnel Management (OPM) investigation). Use the appropriate records request form(s) provided herein, if your SOR is based upon records other than, or in addition to, the DCSA investigation. Failure to request the record(s) in a timely manner, failure to provide an accurate mailing address, and/or failure to accept receipt of the record(s) upon delivery, will not serve as justification for an extension of time to respond to the SOR.

6.   You may challenge this preliminary decision by responding, in writing, with any information or explanation that you think should be considered in reaching a final decision. Attachment 4, *Instructions for Responding to a Statement of Reasons*, provides instructions to assist you if you choose to submit a response. Attachment 5, *National Security Adjudicative Guidelines*, provides information on the guidelines and Attachment 6, *Applicable National Security Adjudicative Guidelines*, provides the specific national security adjudicative guideline(s) from reference (b) used in this preliminary decision.

7.   You may choose to obtain legal counsel, or other assistance, in preparing your response to this preliminary decision. You may obtain civilian counsel, at your own expense, or, if you are eligible, from the staff of the Judge Advocate General. If you desire assistance from legal counsel, you should make those arrangements immediately.

8.   If you choose the option to respond, your written response must be submitted through your SMO or SCI SMO within sixty (60) calendar days from the date you acknowledge receipt of this memorandum.  Your SMO or SCI SMO will then forward it to the DCSA CAS.  To request an extension, you must provide a written request, with justification, to your SMO or SCI SMO prior to the current deadline.  Your SMO or SCI SMO will then submit your request to the DCSA CAS for review/approval.  Any request for extension of time to respond may be granted only by the DCSA CAS.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

9.   If you choose the option not to respond or if you chose to respond but your response is not received by your SMO or SCI SMO within the specified time, this preliminary decision will become a final security determination on the merits of the information available. Please direct questions regarding this memorandum to your SMO or SCI SMO.


*Pamela Robinson*   by bp

Pamela Robinson
Division Chief
DCSA CAS

Attachments:
1. Statement of Reasons
2. Statement of Reasons Receipt and Statement of Intent
3. Form(s) for Requesting Records
4. Instructions for Responding to a SOR
5. National Security Adjudicative Guidelines
6. Applicable National Security Adjudicative Guidelines

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

## STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, ████████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

**GUIDELINE D: Sexual Behavior**

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

**List of Pertinent Documents**

National Security Agency, Central Security Service, Report of Polygraph, February 25, 2020

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

**<u>Statement of Reasons Receipt and Statement of Intent (Subject)</u>**

I, Mr. Grant J. Bierly, 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, acknowledge that I have received the Statement of Reasons (SOR) notifying me of the Defense Counterintelligence and Security Agency Consolidated Adjudication Services preliminary decision to revoke my eligibility for access to classified information, assignment to duties that have been designated national security sensitive, and access to Sensitive Compartmented Information (SCI). I understand that this form must be returned to my organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days.

I will (select one):

☐ NOT submit a reply to the SOR.  I understand that by making this choice, this preliminary decision will become a final determination based on the merits of the available information.

☐ Submit a response via my organization's SMO or SCI SMO within sixty (60) calendar days of the date I acknowledged receipt of the SOR.  I understand that if my response is not received by the SMO or SCI SMO within the sixty (60) calendar days, or later date as provided in a valid extension of time, this preliminary decision will become a final determination based on the merits of the available information.

_____        _____
　　　　　　　　(Signature)　　　　　　　　　　　　　　　(Date)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

### Statement of Reasons Receipt and Statement of Intent (SMO)
Mr. Grant J. Bierly, ███████████

## TO BE COMPLETED BY THE ORGANIZATION'S SMO or SCI SMO

This organization verifies the Statement of Reasons (SOR) package was delivered to Subject on
_____/_____/_____.

The following action(s) will be taken (Select all that apply):

☐  Subject declared his/her intent NOT to sign the SOR Receipt and Statement of Intent form.

☐  Subject elected NOT to submit a reply to the SOR

☐  Subject will respond to the SOR.

☐  The organization has not granted an extension to the subject.

☐  The organization has granted an extension until _____/_____/_____ (not to exceed 60 days from the date of receipt of the SOR)

_____
Organization's SMO/SCI SMO (Print & Sign Name)                    (Date)

_____
Witness (Print & Sign Name) (Required if Subject refuses to sign form)         (Date)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

# REQUEST for RECORDS

National Security Agency (NSA)

To request a copy of pertinent records from the above named agency, please provide a photocopy of your picture ID, along with this completed form and mail to the above address.

**Privacy Act Advisement:** Requesting personal information which includes your Social Security Number is authorized by 5 USC Sec. 552a (*Privacy Act of 1974*). Information provided herein is used to identify and retrieve records pertaining to you. Providing all or part of the information below is voluntary; however, without it, the above agency may not be able to identify your records. This information may be retained and/or released to other agencies under Routine Use.

**Authority:** E.O. 12968, Access to Classified Information; Department of Defense (DoD) Manual 5200.02, *Procedures for the DoD Personnel Security Program (PSP),* April 3, 2017.

**Description of Records:** Under the provisions of the Privacy Act, and to respond to a Statement of Reasons (SOR) issued by the Defense Counterintelligence and Security Agency Consolidated Adjudication Services
**I hereby request a copy of the following records (fill in pertinent records description below):**

_____

_____

**Identifying information is provided as follows:**

Social Security Number:_____

Full Name:_____

Other Names Used:_____

Date of Birth:_____Place of Birth:_____

**Please mail my file to (physical address required):**

_____

_____

Government e-mail address (.mil or .gov): _____

*"I declare under penalty of perjury under the laws of the United States of America that the foregoing information [concerning my identity] is true and correct."*

_____     _____
**Handwritten or CAC eSignature (required)**          **Date**

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

CUI

## Instructions for Responding to a Statement of Reasons

1.   The Statement of Reasons (SOR) is based on unfavorable information revealed in investigation(s) into your personal history, and/or received through other means, such as your organization's security office. Specific security concerns about your conduct or background are listed in the SOR.

2.   These instructions are intended to help you provide the most accurate and relevant information as to why the preliminary decision should be reversed. However, it is only a guide. You should provide whatever information you wish to be considered by DCSA CAS in reaching a final decision.

3.   If you decide to challenge the preliminary decision, you should address each area of security concern listed in the SOR as completely as possible. It is in your best interest to provide a timely response, including complete and accurate information with pertinent details and supporting documentation.

    a.   Preparing your response

        (1) The SOR package and these instructions provide specific requirements and deadlines for compliance. You should carefully read the SOR to determine if the findings are accurate and whether there are circumstances that were not included which might have a favorable bearing in your case.

        (2) On the *Statement of Reasons Receipt and* Statement of Intent attached to the SOR, you must notify the DCSA CAS, via your organization's Security Management Office (SMO) and/or Sensitive Compartmented Information (SCI) SMO, within ten (10) calendar days as to whether you intend to respond.  If you choose to respond, your response must be submitted to your SMO and/or SCI SMO within thirty (30) calendar days from the date you received the SOR unless you requested and were granted an extension of time.

        (3) If you choose to respond, you should gather any documentation that supports your case. Your response and supporting documentation should be organized in the same order as the security concerns presented in the SOR. The documents that have the most impact will be those that refute, correct, explain, extenuate, mitigate, or update the unfavorable information presented in the SOR. Examples of documentation include: copies of court records with details or dispositions of arrests and status of probation; transcripts of court testimony taken under oath; probation reports; copies of negotiated plea bargains; releases from judgment or wage attachment; statements of account or letters from creditors verifying the status of delinquent accounts; receipts or copies of canceled checks for payment on debts; certificates of completion for alcohol/drug abuse rehabilitation programs; etc. Mere statements such as "I didn't do it," "It wasn't my fault," or "I paid those bills" will not carry as much weight as supporting documentation. You may provide statements from co-workers, supervisors, your commander, friends, neighbors and others concerning your judgment, reliability and trustworthiness, and any other information that you think should be considered before a final decision is made.

        (4) Seek assistance from your local security office on this matter. By separate memorandum, your SMO has been requested to provide any assistance you need in understanding this process. If they cannot answer your questions, they can request assistance from higher authority. The process is designed so Subjects can represent themselves. You may obtain legal counsel or other assistance in preparing your response; however, if you obtain private assistance, it must be obtained at your own expense. Remember it is up to you to decide

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

whether to respond or not. You are responsible for the substance of your response and it must be signed by you.

b.  Writing your response

(1)  Your response should be submitted in writing, via your SMO and/or Sensitive Compartmented Information (SCI) SMO, to DCSA CAS. It must be submitted before the expiration of the response deadline. You should address each item cited in the SOR separately. You should also admit or deny each item in the SOR and provide an explanation for each response.

(2)  Attach all supporting documentation, to include any available documentation that explains, refutes, corrects, extenuates, mitigates or updates each item cited in the SOR. Organize supporting documents in the order that they are cited in your response and enclose copies with your response. You may use dividers or tabs to help you assemble the supporting documentation in order.

(3)  The impact of your response will depend on the extent to which you can specifically refute, correct, extenuate, mitigate, or update security concerns cited in the SOR. If you believe that the unfavorable information in the SOR presents an incomplete picture of the situation or circumstances, you should provide information that explains your case. Bear in mind that the information you provide will be considered, but it also may be verified through additional investigation.

(4)  The National Security Adjudicative Guideline(s) pertinent to security concerns in your case are listed in Attachment 5. The guideline(s) provide a framework for weighing all available information, both favorable and unfavorable that is of security concern. The Guideline(s) aid in making a common-sense decision based upon all that is known about a Subject's personal history.

(5)  When you have completed your written response, ensure you sign and date it. Place your response and supporting documents in a single envelope or package and forward to DCSA CAS, via your organization's SMO and/or SCI SMO. Be sure to meet the time deadline for submission. When a final decision is made, you will be notified in writing, via your organization's SMO and/or SCI SMO. If the decision is favorable, your access eligibility will be granted or restored. If not, you may appeal the decision to higher authority.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

**NATIONAL SECURITY ADJUDICATIVE GUIDELINES
FOR DETERMINING ELIGIBILITY FOR ACCESS TO CLASSIFIED INFORMATION
OR ELIGIBILITY TO HOLD A SENSITIVE POSITION**

1. Introduction.

(a) The following National Security Adjudicative Guidelines ("guidelines") are established as the single common criteria for all U.S. Government civilian and military personnel, consultants, contractors, licensees, certificate holders or grantees and their employees, and other individuals who require initial or continued eligibility for access to classified information or eligibility to hold a sensitive position, to include access to sensitive compartmented information, restricted data, and controlled or special access program information (hereafter referred to as "national security eligibility"). These guidelines shall be used by all Executive Branch Agencies when rendering any final national security eligibility determination.

(b) National security eligibility determinations take into account a person's stability, trustworthiness, reliability, discretion, character, honesty, and judgment. Individuals must be unquestionably loyal to the United States. No amount of oversight or security procedures can replace the self-discipline and integrity of an individual entrusted to protect the nation's secrets or occupying a sensitive position. When a person's life history shows evidence of unreliability or untrustworthiness, questions arise as to whether the individual can be relied upon and trusted to exercise the responsibility necessary for working in an environment where protecting the national security is paramount.

(c) The U.S. Government does not discriminate on the basis of race, color, religion, sex, national origin, disability, or sexual orientation in making a national security eligibility determination. No negative inference concerning eligibility under these guidelines may be raised solely on the basis of mental health counseling. No adverse action concerning these guidelines may be taken solely on the basis of polygraph examination technical calls in the absence of adjudicatively significant information.

(d) In accordance with EO 12968, as amended, eligibility for covered individuals shall be granted only when facts and circumstances indicate that eligibility is clearly consistent with the national security interests of the United States, and any doubt shall be resolved in favor of national security.

2. The Adjudicative Process.

(a) The adjudicative process is an examination of a sufficient period and careful weighing of a number of variables of an individual's life to make an affirmative determination that the individual is an acceptable security risk. This is known as the whole-person concept. All available, reliable information about the person, past and present, favorable and unfavorable, should be considered in reaching a national security eligibility determination.

(b) Each case must be judged on its own merits, and the final determination remains the responsibility of the authorized adjudicative agency. Any doubt concerning personnel being considered for national security eligibility will be resolved in favor of the national security.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

(c) The ultimate determination of whether the granting or continuing of national security eligibility is clearly consistent with the interests of national security must be an overall common sense judgment based upon careful consideration of the following guidelines, each of which is to be evaluated in the context of the whole person.

    (1) GUIDELINE A: Allegiance to the United States
    (2) GUIDELINE B: Foreign Influence
    (3) GUIDELINE C: Foreign Preference
    (4) GUIDELINE D: Sexual Behavior
    (5) GUIDELINE E: Personal Conduct
    (6) GUIDELINE F: Financial Considerations
    (7) GUIDELINE G: Alcohol Consumption
    (8) GUIDELINE H: Drug Involvement and Substance Misuse
    (9) GUIDELINE I: Psychological Conditions
    (10) GUIDELINE J: Criminal Conduct
    (11) GUIDELINE K: Handling Protected Information
    (12) GUIDELINE L: Outside Activities
    (13) GUIDELINE M: Use of Information Technology

(d) In evaluating the relevance of an individual's conduct, the adjudicator should consider the following factors:

    (1) the nature, extent, and seriousness of the conduct;
    (2) the circumstances surrounding the conduct, to include knowledgeable participation;
    (3) the frequency and recency of the conduct;
    (4) the individual's age and maturity at the time of the conduct;
    (5) the extent to which participation is voluntary;
    (6) the presence or absence of rehabilitation and other permanent behavioral changes;
    (7) the motivation of the conduct;
    (8) the potential for pressure, coercion, exploitation, or duress; and
    (9) the likelihood of continuation or recurrence.

(e) Although adverse information concerning a single criterion may not be sufficient for an unfavorable eligibility determination, the individual may be found ineligible if available information reflects a recent or recurring pattern of questionable judgment, irresponsibility, or unstable behavior. However, a single criterion may be sufficient to make an unfavorable eligibility determination even in the absence of a recent occurrence or a recurring pattern. Notwithstanding the whole-person concept, pursuit of further investigation may be terminated by an appropriate adjudicative agency in the face of reliable, significant, disqualifying, adverse information.

(f) When information of security concern becomes known about an individual who is currently eligible for access to classified information or eligible to hold a sensitive position, the adjudicator should consider whether the individual:

    (1) voluntarily reported the information;
    (2) was truthful and complete in responding to questions;
    (3) sought assistance and followed professional guidance, where appropriate;

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

(4) resolved or appears likely to favorably resolve the security concern;

(5) has demonstrated positive changes in behavior; and

(6) should have his or her national security eligibility suspended pending final adjudication of the information.

(g) If after evaluating information of security concern, the adjudicator decides the information is serious enough to warrant a recommendation of denial or revocation of the national security eligibility, but the specific risk to national security can be managed with appropriate mitigation measures, an adjudicator may recommend approval to grant initial or continued eligibility for access to classified information or to hold a sensitive position with an exception as defined in Appendix C [of Security Executive Agent Directive 4, National Security Adjudicative Guidelines, signed December 10, 2016, effective June 8, 2017].

(h) If after evaluating information of security concern, the adjudicator decides that the information is not serious enough to warrant a recommendation of denial or revocation of the national security eligibility, an adjudicator may recommend approval with a warning that future incidents of a similar nature or other incidents of adjudicative concern may result in revocation of national security eligibility.

(i) It must be noted that the adjudicative process is predicated upon individuals providing relevant information pertaining to their background and character for use in investigating and adjudicating their national security eligibility. Any incident of intentional material falsification or purposeful non-cooperation with security processing is of significant concern. Such conduct raises questions about an individual's judgment, reliability, and trustworthiness and may be predictive of their willingness or ability to protect national security.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

CUI

**Applicable National Security Adjudicative Guidelines**

The relevant national security adjudicative guidelines as published in the *Security Executive Agent Directive 4, National Security Adjudicative Guidelines, December 10, 2016 (Effective June 8, 2017)* for each area of security concern are attached. Please be aware that each Guideline criteria may not be applicable to your case.

## GUIDELINE D: SEXUAL BEHAVIOR

*The Concern*. Sexual behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission. No adverse inference concerning the standards in this Guideline may be raised solely on the basis of the sexual orientation of the individual.

*Conditions that could raise a security concern and may be disqualifying include:*
  (a) sexual behavior of a criminal nature, whether or not the individual has been prosecuted;
  (b) a pattern of compulsive, self-destructive, or high-risk sexual behavior that the individual is unable to stop;
  (c) sexual behavior that causes an individual to be vulnerable to coercion, exploitation, or duress; and
  (d) sexual behavior of a public nature or that reflects lack of discretion or judgment.

*Conditions that could mitigate security concerns include:*
  (a) the behavior occurred prior to or during adolescence and there is no evidence of subsequent conduct of a similar nature;
  (b) the sexual behavior happened so long ago, so infrequently, or under such unusual circumstances, that it is unlikely to recur and does not cast doubt on the individual's current reliability, trustworthiness, or judgment;
  (c) the behavior no longer serves as a basis for coercion, exploitation, or duress;
  (d) the sexual behavior is strictly private, consensual, and discreet; and
  (e) the individual has successfully completed an appropriate program of treatment, or is currently enrolled in one, has demonstrated ongoing and consistent compliance with the treatment plan, and/or has received a favorable prognosis from a qualified mental health professional indicating the behavior is readily controllable with treatment.

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

**Statement of Reasons Receipt and Statement of Intent (Subject)**

I, Mr. Grant J. Bierly, ████████████ acknowledge that I have received the Statement of Reasons (SOR) notifying me of the Defense Counterintelligence and Security Agency Consolidated Adjudication Services preliminary decision to revoke my eligibility for access to classified information, assignment to duties that have been designated national security sensitive, and access to Sensitive Compartmented Information (SCI). I understand that this form must be returned to my organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days.

I will (select one):

☐ NOT submit a reply to the SOR. I understand that by making this choice, this preliminary decision will become a final determination based on the merits of the available information.

☑ Submit a response via my organization's SMO or SCI SMO within sixty (60) calendar days of the date I acknowledged receipt of the SOR. I understand that if my response is not received by the SMO or SCI SMO within the sixty (60) calendar days, or later date as provided in a valid extension of time, this preliminary decision will become a final determination based on the merits of the available information.

_____          11/18/2022
            (Signature)                              (Date)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

31

**Statement of Reasons Receipt and Statement of Intent (SMO)**
Mr. Grant J. Bierly, ▮▮▮▮▮▮▮

## TO BE COMPLETED BY THE ORGANIZATION'S SMO or SCI SMO

This organization verifies the Statement of Reasons (SOR) package was delivered to Subject on
_11_ / _18_ / _2022_

The following action(s) will be taken (Select all that apply):

☐ Subject declared his/her intent NOT to sign the SOR Receipt and Statement of Intent form.

☐ Subject elected NOT to submit a reply to the SOR

☑ Subject will respond to the SOR.

    ☐ The organization has not granted an extension to the subject.

    ☐ The organization has granted an extension until _1_ / _01_ / _2023_ (not to exceed
    60 days from the date of receipt of the SOR)


Wendy Nedzweckas, SSO JWAC Wendy P Nedzweckas
Organization's SMO/SCI SMO (Print & Sign Name)                         (Date)


_____
Witness (Print & Sign Name) (Required if Subject refuses to sign form)     (Date)


THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220825

**DCSA Ft Meade CAF Mailbox Industry Response**

| | |
|---|---|
| **From:** | Yolande Liddy <yolande@nationalsecuritylawfirm.com> |
| **Sent:** | Wednesday, November 23, 2022 8:32 AM |
| **To:** | DCSA Ft Meade CAF Mailbox Industry Response; (b) (6)　　　CIV STRATCOM JWAC (USA) |
| **Cc:** | Carl Marrone; Stephanie Gangloff |
| **Subject:** | [Non-DoD Source] IMO: Grant J. Bierly-xxx-xx-8233-LETTER OF REPRESENTATION |
| **Attachments:** | Bierly-LOR to DCSA.pdf |

Sir/Madam:  Please be advised that this office represents Grant J. Bierly in connection with the Statement of Reasons issued on November 18, 2022.  Please find attached our formal letter of representation on his behalf.  Please further note that this office requests an extension from the current suspense date to obtain the underlying investigation through our FOIA request.

**Please acknowledge receipt of this email and our formal letter of representation.  I thank you in advance for your assistance in this matter.**

Yolande M. Liddy
Paralegal
**National Security Law Firm**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC  20036
Phone:  202-600-4996
Fax:     202-545-6318
Email:   yolande@nationalsecuritylawfirm.com

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

─────────

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota and Washington D.C*

November 22, 2022

**Via Email Dcsa.meade.dcsa-dvd.mbx.dodcaf-industry-response@mail.mil**
Defense Counterintelligence and Security Agency
Consolidated Adjudication Services (DCSA-CAS)
Building 600, 10th Street
Fort George G. Meade, MD  20755-5615

> **Re:     Grant J. Bierly- xxx-xx▇▇▇**
> **Revocation for Access to Classified Information**

Dear Sir/Madam:

Please be advised that this office has been retained to represent Grant J. Bierly in connection with the Statement of Reasons dated November 18, 2022 and signed for by our client the same day.   A copy of the receipt of the Statement of Reasons is attached hereto.   Please accept this letter as our formal letter of representation.    In addition, we would request an extension of time of sixty (60) days from the date of our receipt of the underlying materials from the Department of Defense Consolidated Adjudications Facility prior to responding to the aforementioned Statement of Reasons.

Please note that we request a hearing in this matter.

I would ask that you kindly acknowledge receipt of this letter and your consent for the extension of time to respond following our receipt of the requested, underlying materials.

I thank you in advance for your anticipated cooperation.

Very truly yours,

*/s/ Carl A. Marrone*
Carl A. Marrone

CAM/yml
cc:  Wendy P. Nedzweckas @ wendy.p.nedzweckas.civ@mail.mil

## Statement of Reasons Receipt and Statement of Intent (Subject)

I, Mr. Grant J. Bierly, ███████ acknowledge that I have received the Statement of Reasons (SOR) notifying me of the Defense Counterintelligence and Security Agency Consolidated Adjudication Services preliminary decision to revoke my eligibility for access to classified information, assignment to duties that have been designated national security sensitive, and access to Sensitive Compartmented Information (SCI). I understand that this form must be returned to my organization's Security Management Office (SMO) or SCI SMO within ten (10) calendar days.

I will (select one):

☐ NOT submit a reply to the SOR.  I understand that by making this choice, this preliminary decision will become a final determination based on the merits of the available information.

☑ Submit a response via my organization's SMO or SCI SMO within sixty (60) calendar days of the date I acknowledged receipt of the SOR.  I understand that if my response is not received by the SMO or SCI SMO within the sixty (60) calendar days, or later date as provided in a valid extension of time, this preliminary decision will become a final determination based on the merits of the available information.

_____
(Signature)

11/18/2022
(Date)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

Updated on: 20220721

# EXHIBIT E

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

26 April 2023

**Via Email:   dcsa.meade.caf.mbx.privacy-act@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018

RE:  Our Client:  Grant J. Bierly
SS#:  ███████
██████████  Clearance for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Grant J. Bierly.   On his behalf, I am requesting all records pertaining to Mr. Bierly held by the Department of Defense.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights.  We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1) All interagency and intra-agency memoranda, email, or other written correspondence that include my client's name.
2) All investigation and standard forms used in the security clearance adjudication process pertaining to the above.
3) Complete copy of investigative interview, to include a summary of the interview and any prepared transcript, with the Department of Defense investigator.
4) A complete copy of the polygraph pre-test with a National Security Agency examiner on February 25, 2020, to include a summary of any questions asked, answers provided, and concerns noted.

**Grant J. Bierly's verification of identity:**

    **Identity Verification:**

        Full Name: Grant J. Bierly

        Social Security No:  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

        Date of Birth:  7/19/1998

        Place of Birth:  Red Bank, NJ

        Address: 1402 Attwater Dr. Atlanta, GA 30316

**Agreement to pay fees:**

    My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

    Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Grant J. Bierly's authorization for release**:

    I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                   _____

Grant J. Bierly                                         Date

    I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

    **I would ask that you grant our request for the expedited processing on the aforementioned FOIA request.**    Thank you for your assistance in this matter.

                                     Very truly yours,

*/s/ Carl A. Marrone*
Carl A. Marrone

CAM/yml
Cc:  Grant J. Bierly

# EXHIBIT F

 Gmail

**Janet Schnell <janet@nationalsecuritylawfirm.com>**

---

## DCSA Records Request – Acknowledgement, DCSA-M 23-07494
1 message

---

**Powell, Fernanda I CIV DCSA DCSA (USA)** <fernanda.i.powell.civ@mail.mil>   Tue, Jun 13, 2023 at 1:15 PM
To: Janet Schnell <janet@nationalsecuritylawfirm.com>

Greetings Ms. Schnell,

This e-mail serves to acknowledge receipt of your request for records, per the Freedom of Information Act and Privacy Act of 1974.

Your request, on behalf of your client, Mr. Grant J. Bierly, has been assigned tracking number DCSA-M 23-07494 and placed in our queue for processing.

We are required to respond to each request in the order in which it was received; this ensures no request is shown favoritism or given priority above another.

We appreciate the opportunity to assist you in this matter.

Sincerely,

Freedom of Information and Privacy Office for Adjudications
Defense Counterintelligence and Security Agency
600 10th Street, Fort Meade, MD 20755-5131

Email:   dcsa.meade.dcsa.mbx.privacy-act@mail.mil

The information herein is For Official Use Only (FOUO), which must be protected under the Privacy Act of 1974, as amended.  Unauthorized disclosure or misuse of this PERSONAL INFORMATION may result in criminal and/or civil penalties.  If you received this message in error, please notify the sender by reply e-mail and delete all copies of the message.

EXHIBIT G

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

**Via Email: dcsa.quantico.dcsa-hq.mbx.foia@mail.mil**
Defense Counterintelligence and Security Agency (DCSA)
27130 Telegraph Road
Quantico, VA 22134-2253

      RE: Our Client: Grant J. Bierly
      SS#: xxx-xx█
      Suspension/Revocation of Security Clearance for Classified Information

Dear Sir/Madam:

      Please be advised that I have been retained to represent Grant J. Bierly. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Department of Defense Counterintelligence and Security Agency. To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

      **I am forwarding this letter as an expedited request for processing. Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights. We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1) All interagency and intra-agency correspondence that include my client's name;
2) All interagency and intra-agency records that include my client's name;
3) All investigation and standard forms used in the security clearance adjudication process used in the security clearance adjudication process
4) Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5) A copy of the entire investigative file which shall be provided prior to the written response and in compliance with the Privacy Act's processing.

**Identity Verification:**
    Full Name: Grant J. Bierly
    Social Security No: ███████████
    Date of Birth: ███████████
    Address: ████████████████████████

**Agreement to pay fees:**
    My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**
    Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:
    I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                                        _____
Grant J. Bierly                                                                          Date

    I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

    **I would ask that you grant our request for the expedited processing of this Privacy Act request.**    Thank you for your assistance in this matter.

                            Very truly yours,
                            *Brett John O'Brien*
                            Brett John O'Brien

BO/yml
Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, ███████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

# EXHIBIT H

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

**Via Email:   dcsa.boyers.dcsa.mbx.inv-foip@mail.mil**

Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018

RE:  Our Client:  Grant J. Bierly
SS#:  █████████
Suspension/Revocation of Security Clearance for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Grant J. Bierly. On our client's behalf, I am requesting my client's records, a Privacy Act request, and held by the Department of Defense Counterintelligence and Security Agency.  To assist you in providing the expedited request, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**I am forwarding this letter as an expedited request for processing.   Please note that our office requires the expedited request under the expedited processing regulation noted as (iii) the loss of substantial due process rights. We further request that if any of the documents are classified that there is an immediate declassification review.**

**Description of Records Sought**:

1) All interagency and intra-agency correspondence that include my client's name;
2) All interagency and intra-agency records that include my client's name;
3) All investigation and standard forms used in the security clearance adjudication process pertaining to the above;
4) Any documents, records and reports upon which the denial or revocation of the security clearance is based;
5) A copy of the entire investigative file, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and in compliance with the Privacy Act's processing timelines time set for a written reply.

**Identity Verification:**
    Full Name: Grant J. Bierly
    Social Security No: ███████████
    █████████████████████
    Address: ████████████████████

**Agreement to pay fees:**
    My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**
    Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:
    I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  Pursuant to 5 USC 552a(b), I authorize the Department of Defense to release my records to the National Security Law Firm.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                 _____
Grant J. Bierly                                       Date

    I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

    **I would ask that you grant our request for the expedited processing of the Privacy Acton the aforementioned FOIA request.**    Thank you for your assistance in this matter.

                      Very truly yours,
                      *Brett John O'Brien*
                      Brett John O'Brien

BO/yml
Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, ███████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

# EXHIBIT I

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

**Via Email:   dcsa.boyers.dcsa.mbx.inv-foip@mail.mil**

Defense Counterintelligence and Security Agency (DCSA)
Attn: FOI/PA Office for Adjudications
1137 Branchton Road, Box 618
Boyers, PA  16018

   RE:  Our Client:  Grant J. Bierly
   SS#: ███████  ████████████████████████

Dear Sir/Madam:

   Please be advised that I have been retained to represent Grant J. Bierly. On our client's behalf, I am requesting the following records pertaining to our client and held by the Department of Defense.  To assist you in providing the information requested, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

   **Pursuant to EO 13467; 12968 paragraph 5.2; SEAD 4; and DODD 5200.02, Chapter 10.2 your office has thirty (30) calendar days to provide the following documents.**

1)  Any documents, records and reports upon which the denial or revocation of the security clearance is based;

2)  A copy of the entire investigative file, as permitted by national security and other applicable law, and which shall be provided before prior to the time set for a written reply.

**Identity Verification**

Full Name: Grant J. Bierly
Social Security No: ███████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████

**Agreement to pay fees:**

     My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

     Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:

     I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  I authorize the Department of Defense to release my records to the National Security Law Firm.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both., and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                                         _____
Grant J. Bierly                                                                                    Date

     I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

     Thank you for your assistance in this matter.

                   Very truly yours,
                   *Brett John O'Brien*
                   Brett John O'Brien

BO/yml
Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, ███████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

# EXHIBIT J

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

---

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

**Via Email:   dcsa.quantico.dcsa-hq.mbx.foia@mail.mil**

Defense Counterintelligence and Security Agency (DCSA)
27130 Telegraph Road
Quantico, VA  22134-2253

RE:  Our Client:  Grant J. Bierly
████████████████████████████████ for Classified Information

Dear Sir/Madam:

Please be advised that I have been retained to represent Mr. Grant J. Bierly. On our client's behalf, I am requesting the following records pertaining to our client and held by the Department of Defense.  To assist you in providing the information requested, please find attached a true and accurate copy of the Statement of Reasons issued to our client as **Exhibit A**.

**Pursuant to EO 13467; EO 12968 paragraph 5.2; SEAD 4; and DODD 5200.02, Chapter 10.2 your office has thirty (30) calendar days to provide the following documents.**

1) Any documents, records and reports upon which the denial or revocation of the security clearance is based;
2) A copy of the entire investigative file, as permitted by national security and other applicable law, and which shall be provided before the time set for a written reply.

**Identity Verification:**

Full Name: Grant J. Bierly
Social Security No: ████████████████
████████████████████████████████████████████████

████████████ **pay fees:**
My office agrees to pay all applicable fees in accordance with federal law.

**Preferred delivery method:**

 Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, DC 20036

**Authorization for Release**:

 I authorize information pertaining to me to be released to the National Security Law Firm, my legal counsel in this matter.  I understand that I will not be furnished a duplicate copy of any disclosures.  I authorize the Department of Defense to release my records to the National Security Law Firm.

 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both.

_____    _____
Grant J. Bierly           Date

 I hereby certify that the foregoing statements made by me in this request are true and correct.  I am aware that if any statement made by me is willfully false, I am subject to punishment.

 Thank you for your assistance in this matter.

       Very truly yours,
       *Brett John O'Brien*
       Brett John O'Brien

BO/yml
Cc:  Grant J. Bierly

# STATEMENT OF REASONS (SOR) FOR MR. GRANT J. BIERLY, ████████

The information listed below was derived from the documents listed at the end of this attachment (Attachment 1, Statement of Reasons). Each item of disqualifying information falls under one or more of the security guidelines listed below.

## GUIDELINE D: Sexual Behavior

Available information shows issues of Sexual Behavior on your part.

Sexual Behavior that involves a criminal offense; reflects a lack of judgment or discretion; or may subject the individual to undue influence of coercion, exploitation, or duress may be disqualifying. These issues, together or individually, may raise questions about an individual's judgment, reliability, trustworthiness, and ability to protect classified or sensitive information. Sexual behavior includes conduct occurring in person or via audio, visual, electronic, or written transmission.

Per the Adjudicative Guidelines, conditions that could raise a security concern and may be disqualifying include:

In your polygraph pre-test with a National Security Agency (NSA) polygraph examiner, on February 25, 2020, you admitted that since 2013, around age 15, to present, you view anthropomorphic (Furry) pornography on a daily basis through the website "E621.net." The images that you are looking for depict half-animal, half-human creatures engaged in sex acts to include vaginal and anal intercourse, and oral sex. You stated that you use keywords such as "oral, sex, intercourse, panting, cum, and erect." These keywords you use bring up images of men and woman (boys and girls) between the ages of 16 to 40 engaged in sex acts. You advised that you masturbate to the images daily. You estimated that you masturbate to images of 16 to 18 year olds engaged in sexual acts once monthly. You stated that the last time you masturbated to an image of a 16 year old anthropomorphic image was in January of 2020. You stated that you intend to continue to view and masturbate to these types of images.

Your history of engaging in criminal sexual behavior by viewing and masturbating to pornographic images of minors and your intent to continue viewing and masturbating to the images of minors is of a security concern. Your compulsive pattern raises questions about your reliability, trustworthiness, and ability to protect classified or sensitive information. Therefore, your sexual behavior is a security concern. (Guideline D, Attachment 6)

THE CONTENTS OF THIS DOCUMENT ARE PROTECTED UNDER THE PRIVACY ACT OF 1974

EXHIBIT K

CUI

**Defense Counterintelligence and Security Agency**

**PO BOX 618**
**BOYERS PA 16018-0618**

| |
|---|
| **Controlled by:** DCSA |
| **Controlled by:** BI FIRE |
| **CUI Category:** PRVCY |
| **Limited Dissemination Control:** FEDCON |
| **POC:** dcsa.boyers.dcsa.mbx.dcsa-dpocoversight@mail.mil |

**MANIFEST DATE**

1/17/23

Total Pieces: 1

**MANIFEST #:**     11723BLW5
**DESTINATION:**   UPS FOIP 5

**CASE NUMBER**
2307

**CASE NAME**
BIERLY

**ITEM TYPE**
UPS MAILOUT



**DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY**
27130 TELEGRAPH ROAD
QUANTICO, VA  22134-2253

January 13, 2023

National Security Law Firm
Attn: Brett J. O'Brien
1250 Connecticut Avenue
Suite 700
Washington, DC  20036

Re: Grant J. Bierly

Dear Mr. O'Brien:

This is in reference to Grant J. Bierly's request that a copy of all interagency and intra-agency correspondence and records that include his name and all investigation and standard forms used in the security clearance adjudication process pertaining to Mr. Bierly be provided to you.  Mr. Bierly also requested any documents, records and reports upon which the denial or revocation of the security clearance is based and a copy of the entire investigative files, as permitted by the national security and other applicable law, and which shall be provided prior to the written response and compliance with the Privacy Acts's processing timelines time set for written reply be provided to you.  This request was received by the Department of Defense, Defense Counterintelligence and Security Agency (DCSA), Freedom of Information and Privacy Act (FOI/PA) office on January 5, 2023.

You submitted your request to the DCSA Freedom of Information/Privacy (FOI/P) Office for Investigations and DCSA Freedom of Information/Privacy (FOI/P) Office for Adjudications.  Our offices will be responding to your request for investigation and adjudication records separately. The DCSA (FOI/P) Office for Investigations is responding to your request for investigation records and the DCSA FOI/P Office for Adjudications will be responding to your request for adjudication/clearance records.

We are unable to make an accurate search of our records for "internal correspondence" without additional information from you.  Please submit a new request and describe the type of correspondence you seek.

We reviewed the enclosed documents in accordance with the Freedom of Information Act (FOIA) and the Privacy Act of 1974, as amended.

On behalf of the Federal Bureau of Investigation (FBI), we withheld information on document(s) 3, 5, and 67 in accordance with Privacy Act exemption (j)(2) and FOIA exemption (b)(7)(E). Exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (b)(7)(E) protects information that "would disclose techniques and procedures for law enforcement

National Security Law Firm
Re: Grant J. Bierly

2

investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law."

Appeals of the FBI's (j)(2), (b)(7)(E) redactions directly to the Department of Justice by submitting a written request to the Office of Information Policy, Sixth Floor, 441 G Street, NW, Washington, DC 20530-0001, or she may submit an appeal through OIP's eFOIA portal at https://www.justice.gov/oip/submit-and-track-request-or-appeal. The appeal must be received by OIP within ninety (90) days from the date of this letter to be considered timely. The envelope and letter should be marked "Freedom of Information Appeal."

On behalf of the Financial Crimes Enforcement Network (FinCEN), we withheld information from document(s) 1-3, 6, 7, and 88 in accordance with FOIA exemption (b)(3) and Privacy Act exemptions (j)(2) and (k)(2). Exemption (b)(3) protects those records that are specifically exempt from release by statute, which in this case is 31 U.S.C 5319. Privacy Act exemption (j)(2) allows for withholding information maintained by an agency or agency component whose main function pertains to enforcing criminal laws. Exemption (k)(2) protects investigative material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under federal programs.

You may appeal FinCEN's action by submitting a written request to the following address within 90 days from the date of this letter: Financial Crimes Enforcement Network, Disclosure Office, P.O. Box 39, Vienna, VA 22183. Your appeal should include the reasons why the requested information should be released and why this action may be in error. Attach a copy of your original request and this response letter and clearly mark the letters and the outside envelope, "FOIA Appeal." You may refer to their website for additional information: https://www.fincen.gov/filing-privacy-act-request.

The Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. You may contact OGIS in any of the following ways:

U.S. National Archives and Records Administration        Phone: 202-741-5770
Office of Government Information Services                Toll-Free: 1-877-684-6448
8601 Adelphi Road - OGIS                                Fax: 202-741-5769
College Park, MD 20740-6001                             Email: ogis@nara.gov

If you have any questions regarding this response, contact the Freedom of Information and Privacy office at 724-794-5612 ext. 7000 and reference tracking number DCSA-B 23-02947.

National Security Law Firm
Re: Grant J. Bierly

3

Sincerely,

*Karen Christy*

Karen Christy
Government Information Specialist

Enclosures

DATE: 04/14/2020                                        PAGE:     1
                    UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
                              INVESTIGATIONS SERVICE

*************************   CASE CLOSING TRANSMITTAL   *************************

                          CLOSED: 04/14/2020

CASE #: 2020345401 TYPE/SERVICE: T5        - PRT  E-QIP#: 0029726126
EXTRA COVERAGE: 3
NAME: BIERLY, GRANT JEFFERSON
SSN:▮▮▮▮▮▮▮▮▮        DOB:▮▮▮▮▮▮▮   POSITION: DOD CYBER

                          ************** MAIL TO **************
SON: A895                      *  SOI: AF00
DEPARTMENT OF THE ARMY         *  DEPARTMENT OF DEFENSE
PERSONNEL SECURITY INVESTIGATIONS  *  CONSOLIDATED ADJUDICATIONS FACILITY
CENTER OF EXCELLENCE (PSI-COE)  *  BUILDING 600, 10TH STREET
BLDG. 3240, 6851 RARITAN AVENUE  *  FORT GEORGE G MEADE, MD 20755
ABERDEEN PROVING GROUND, MD 21005  *
                               **************************************

AGENCY DATA: DOD-PRT

OPM ASSESSMENT: A -SEE ATTACHED INV FORM 79A REVIEW LEVEL 2

        THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
        INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
        TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
        IDENTIFIED ABOVE.



```
DATE: 04/14/2020                              PAGE:      2

CASE #: 2020345401 TYPE/SERVICE: T5         - PRT  E-QIP#: 0029726126
EXTRA COVERAGE: 3
NAME: BIERLY, GRANT JEFFERSON
                                      POSITION: DOD CYBER
```



```
          THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS


          IF YOU HAVE A CONCERN WITH THE QUALITY OF YOUR INVESTIGATION, PLEASE
          SUBMIT YOUR CONCERN THROUGH THE QUALITY ASSESSMENT RATING TOOL(QART).
          IF YOUR AGENCY IS NOT A REGISTERED USER OF THE QART, YOU MAY START THE
          REGISTRATION PROCESS BY CONTACTING QART@DNI.GOV

          OPM IS MODERNIZING THE TECHNOLOGIES USED FOR REPORTING INFORMATION.
          BE AWARE THAT NOT ALL REPORTS WILL DISPLAY CORRECT CAPITALIZATION UNTIL
          ALL SYSTEMS HAVE MIGRATED TO NEW TECHNOLOGY.


******************************  ITEM INFORMATION  ****************************
THE ISSUE CODES CONTAINED IN THIS DOCUMENT PROVIDE A PRELIMINARY ASSESSMENT BY
OPM OF THE INFORMATION OBTAINED BY OPM INVESTIGATORS AND INFORMATION SOURCES AND
ARE NOT INTENDED TO REPLACE THE REQUIREMENT FOR ADJUDICATIVE EVALUATION BY THE
AGENCY REQUESTING THE INVESTIGATION.

****************************************************************************

ITM  TYPE ITEM IDENTIFICATION/LOCATION              CM RESULTS
***  **** *************************************      ** ************************
001  ESI  GRANT BIERLY                              P  ISSUE(S)
          CHANTILLY, VA
002  RESI 8020 ELENA DR. NE                         P  ACCEPTABLE
          ALBUQUERQUE, NM
003  EDUC SANDIA PREPARATORY SCHOOL                 P  ACCEPTABLE
          ALBUQUERQUE, NM
004  EDUC ROCHESTER INSTITUTE OF TECHNOLOGY         R  ACCEPTABLE
          ROCHESTER, NY
005  EDUC ROCHESTER INSTITUTE OF TECHNOLOGY         P  REFERRED
          ROCHESTER, NY
006  EMPL EMPLOYER - RIT INFORMATION AND TECHNOLOGY R  ACCEPTABLE
          ROCHESTER, NY
007  EMPL EMPLOYER - ROCHESTER INSITUTUE OF TECHNOLO P  ACCEPTABLE
          ROCHESTER, NY
008  EMPL EMPLOYER - FIESTA KIA                     P  ISSUE(S)
          ALBUQERQUE, NM
010  LAWE ALBUQUERQUE, NM                           R  NO RECORD
011  LAWE STATEWIDE NLETS, NY                       R  NO RECORD
012  RESI 4225 EAST RIVER RD                        P  ACCEPTABLE
          HENRIETTA, NY
013  REFE NICHOLAS CARRIGAN                         P  ACCEPTABLE
          HERNDON, VA
```

```
DATE: 04/14/2020                                    PAGE:     3

CASE #: 2020345401 TYPE/SERVICE: T5           - PRT E-QIP#: 0029726126
EXTRA COVERAGE: 3
NAME: BIERLY, GRANT JEFFERSON
███████████████████████████████       POSITION: DOD CYBER

ITM  TYPE ITEM IDENTIFICATION/LOCATION          CM RESULTS
***  **** ****************************************** ** **************************
014  RESI 14036 THUNDERBOLT PL                   P  ACCEPTABLE
          CHANTILLY, VA
015  EMPL EMPLOYER - UNEMPLOYMENT                P  ACCEPTABLE
          ALBUQUERQUE, NM
019  LAWE STATEWIDE NLETS, VA                    R  NO RECORD
020  EMPL EMPLOYER - PARSONS                     R  ISSUE(S)
          PASADENA, CA
022  GENL RAYMOND J BIERLY                       P  ACCEPTABLE
          ALBUQUERQUE, NM
023  EDUC CENTRAL NEW MEXICO COMMUNITY COLLEGE   R  UNABLE TO CONTACT
          ALBUQUERQUE, NM
024  EDUC CENTRAL NEW MEXICO COMMUNITY COLLEGE   R  UNABLE TO CONTACT
          ALBUQUERQUE, NM
025  EDUC CENTRAL NEW MEXICO COMMUNITY COLLEGE   R  ACCEPTABLE
          ALBUQUERQUE, NM
A01  SII                                         L  RECORD
A02  SIIF I20200104                              I  NO PERTINENT
A03  SIIC CVS                                    I  ACCEPTABLE ATTACHED
B01  FBIF                                        L  NO RECORD
C01  FBIN                                        L  Per the FBI (j)(2)(b)(7)(E)
D01  DCII                                        L  NO RECORD
E01  CRED ARAXID                                 L  ACCEPTABLE ATTACHED
          FAYETTEVILLE, NC
F01  SESE SELECTIVE SER                          L  ACCEPTABLE
          GREAT LAKES, IL
G01  MILD MIL DISCHARGE                          L  NO RECORD
M01  SSN  SOC SECURITY                           L  ACCEPTABLE
          BALTIMORE, MD
V01  FNCN FINCEN                                 L  (b)(3)


****************************** AGENCY USE BLOCK ******************************
FIPC CODES: I  Z



A - TYPE/SERVICE: 70A    B - EXTRA COVERAGE: 3


C - SENSITIVITY: 4
D - ACCESS: SENSITIVE COMPARTMENTED INFORMATION
E - NATURE OF ACTION:     F - DATE OF ACTION: //      G - GEO LOC:
H - POSITION CODE:        I - POSITION TITLE: DOD CYBER

J - SON: A895                      L - SOI: AF00

K - OPF LOCATION:                  M - SECF LOCATION:
NONE                               NPI

N - INTRA-GOVERNMENTAL PAYMENT AND COLLECTION (IPAC): 00003801
O - TREASURY ACCOUNTING SYMBOL (TAS):                        C
P - OBLIGATING DOCUMENT NUMBER (ODN):
```

DATE: 04/14/2020                                    PAGE:     4

CASE #: 2020345401 TYPE/SERVICE: T5       - PRT  E-QIP#: 0029726126
EXTRA COVERAGE: 3
NAME: BIERLY, GRANT JEFFERSON
█████████████████████████SITION: DOD CYBER

Q - BUSINESS EVENT TYPE CODE (BETC): DISB
R - ACCOUNTING DATA/AGENCY CASE#: DOD-PRT                    S - INV REQ: I

T - REQUESTING OFFICIAL: PSI-COE CUSTOMER SERVICE
        TITLE:                      PHONE: 410-278-4194
        E-MAIL: USARMY.APG.INSCOM.MBX.PSIP-CORRECTIONS@M

U - SECONDARY REQUESTING OFFICIAL:
        TITLE:                    PHONE:    -    -
        E-MAIL:
V - APPLICANT AFFILIATION: FED CIVILIAN

W - DEPLOYMENT/PCS (IF IMMINENT):

*********************  END CASE CLOSING TRANSMITTAL  *********************

```
REQUESTOR ID: E41 SR23
------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401 |PAGE   1
------------------------------------------------------------------------
```

OFFICE OF PERSONNEL MANAGEMENT
FEDERAL INVESTIGATIVE SERVICES

CONTENT SUMMARY SHEET

CLOSED: 04/14/2020

```
ITEM  TYPE  ITEM IDENTIFICATION/LOCATION        CM  RESULTS
------------------------------------------------------------------------
NATIONAL AGENCY CHECK

National Agency Check- Subject
A01   SII   SII SEARCH                          L   RECORD
A02   SIIF  SII FILE REQUEST                    I   NO PERTINENT
            CSN 2030351417
A03   SIIC  CVS NAC SEARCH                      I   ACCEPTABLE ATTACHED
B01   FBIF  FBI FINGERPRINT SEARCH              L   NO RECORD
C01   FBIN  FBI NAME SEARCH                     L   Per the FBI (j)(2) (b)(7)(E)
D01   DCII  DCII SEARCH                         L   NO RECORD
F01   SESE  SELECTIVE SERVICE                   L   ACCEPTABLE
            GREAT LAKES, IL
G01   MILD  MILITARY DISCHARGE                  L   NO RECORD
M01   SSN   SOCIAL SECURITY NUMBER              L   ACCEPTABLE
            BALTIMORE, MD


SUBJECT INTERVIEW/CONTACTS

Enhanced Subject Interview
001   ESI   ENHANCED SUBJECT INTERVIEW          P   ISSUE(S)
            CHANTILLY, VA


RESIDENCE
002   RESI  8020 ELENA DR. NE                   P   ACCEPTABLE
            ALBUQUERQUE, NM
012   RESI  4225 EAST RIVER RD                  P   ACCEPTABLE
            HENRIETTA, NY
014   RESI  14036 THUNDERBOLT PL                P   ACCEPTABLE
            CHANTILLY, VA


EDUCATION
003   EDUC  SANDIA PREPARATORY SCHOOL           P   ACCEPTABLE
            ALBUQUERQUE, NM
004   EDUC  ROCHESTER INSTITUTE OF TECHNOLOGY   R   ACCEPTABLE
            ROCHESTER, NY
005   EDUC  ROCHESTER INSTITUTE OF TECHNOLOGY   P   REFERRED
            ROCHESTER, NY
023   EDUC  CENTRAL NEW MEXICO COMMUNITY COLLEGE R  UNABLE TO CONTACT
            ALBUQUERQUE, NM
024   EDUC  CENTRAL NEW MEXICO COMMUNITY COLLEGE R  UNABLE TO CONTACT
            ALBUQUERQUE, NM
```

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

```
REQUESTOR ID: E41 SR23
---------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE   2
---------------------------------------------------------------

025   EDUC   CENTRAL NEW MEXICO COMMUNITY COLLEGE    R   ACCEPTABLE
             ALBUQUERQUE, NM

EMPLOYMENT
006   EMPL   EMPLOYER- RIT INFORMATION AND TECHNOLOGY R   ACCEPTABLE
             ROCHESTER, NY
007   EMPL   EMPLOYER- ROCHESTER INSITUTUE OF TECHNOL P   ACCEPTABLE
             ROCHESTER, NY
008   EMPL   EMPLOYER- FIESTA KIA                     P   ISSUE(S)
             ALBUQERQUE, NM
015   EMPL   EMPLOYER- UNEMPLOYMENT                   P   ACCEPTABLE
             ALBUQUERQUE, NM
020   EMPL   EMPLOYER- PARSONS                        R   ISSUE(S)
             PASADENA, CA
022   GENL   RAYMOND J BIERLY                         P   ACCEPTABLE
             ALBUQUERQUE, NM


REFERENCES
013   REFE   NICHOLAS CARRIGAN                        P   ACCEPTABLE
             HERNDON, VA

LAW ENFORCEMENT
010   LAWE   ALBUQUERQUE, NM                          R   NO RECORD
011   LAWE   STATEWIDE NLETS, NY                      R   NO RECORD
019   LAWE   STATEWIDE NLETS, VA                      R   NO RECORD

FINANCIAL

Credit Report
E01   CRED   ARAXID                                   L   ACCEPTABLE ATTACHED
             FAYETTEVILLE, NC


Financial Crimes Enforcement Network
V01   FNCN   FINCEN                                   L   (b)(3)
```

OPM COMMENTS

THE ITEM INFORMATION SUMMARIZED BELOW, AND ANY REPORTS OF
INVESTIGATION, INQUIRY FORMS AND/OR OTHER ATTACHMENTS WITH THIS
TRANSMITTAL, COMPLETE THE INVESTIGATION REQUESTED ON THE PERSON
IDENTIFIED ABOVE.



Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON            |CASE # 2020345401  |PAGE   3
------------------------------------------------------------------------



THIS CASE HAS BEEN ELECTRONICALLY TRANSMITTED BY OPIS

IF YOU HAVE A CONCERN WITH THE QUALITY OF YOUR INVESTIGATION, PLEASE
SUBMIT YOUR CONCERN THROUGH THE QUALITY ASSESSMENT RATING TOOL(QART).
IF YOUR AGENCY IS NOT A REGISTERED USER OF THE QART, YOU MAY START THE
REGISTRATION PROCESS BY CONTACTING QART@DNI.GOV

_____

END OF CONTENT SUMMARY SHEET

_____

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
INVESTIGATIONS SERVICE
WASHINGTON, DC  20415

CERTIFICATION OF INVESTIGATION
------------------------------

DATE: 04/14/2020

SUBMITTING OFFICE: SON - A895              SECURITY OFFICE: SOI - AF00

DEPARTMENT OF DEFENSE
CONSOLIDATED ADJUDICATIONS FACILITY
BUILDING 600, 10TH STREET
FORT GEORGE G MEADE, MD 20755

NAME: BIERLY, GRANT JEFFERSON

███████████████████████████████     POSITION: DOD CYBER

CASE TYPE: T5              CLOSING DATE: 04/14/2020     OPM CASE #: 2020345401
EXTRA COVERAGE: 3 / ADVANCED REPORT OF NAC
POSITION CODE : /

SCHEDULED DATE: 01/30/2020

INVESTIGATION CONDUCTED FROM: SF86 (7/17)


THIS CERTIFIES THAT A BACKGROUND INVESTIGATION ON THE PERSON IDENTIFIED ABOVE
HAS BEEN COMPLETED. THE RESULTS OF THIS INVESTIGATION WERE SENT TO THE SECURITY
OFFICE FOR A SECURITY/SUITABILITY DETERMINATION.

*****************************************************************************

AGENCY CERTIFICATION: THE RESULTS OF THIS INVESTIGATION HAVE BEEN REVIEWED, AND
A FINAL DETERMINATION HAS BEEN MADE.

------------------------------------------------------------------------------
AGENCY CERTIFYING OFFICIAL                    | DATE
                                              |
                                              |
------------------------------------------------------------------------------

FILE THIS CERTIFICATE ON THE PERMANENT SIDE OF THE PERSON'S OFFICIAL PERSONNEL
FOLDER AFTER THE FINAL AGENCY DETERMINATION IS MADE.

```
        AGENCY USE BLOCK (REQUEST ID 29726126) e-QIP Version 3
--------------------------------------------------------------------
FEDERAL INVESTIGATIONS PROCESSING CENTER (FIPC) DATA
FIPC CODES: I
TYPE OF INVESTIGATION
     CODE:    70
     SERVICE: A
EXTRA COVERAGE
     EXTRA COVERAGE CODE(S): 3
SENSITIVITY LEVEL
     RISK:    4
     ADP REQUIREMENT:
ACCESS
     LEVEL:    4
     ADDITIONAL COMMENTS: W6HWAA
NATURE OF ACTION
     CODE:
DATE OF ACTION
     DATE:
GEOGRAPHIC LOCATION
     WORLDWIDE CODE:
POSITION CODE
     CODE:
POSITION TITLE
     TITLE: DOD Cyber
SUBMITTING OFFICE NUMBER
     SON #: A895
LOCATION OF OFFICE PERSONNEL FOLDER
     LOCATION CODE: None
     OTHER ADDRESS
         NAME:
         ADDRESS: None Provided
         WEB ADDRESS OF e-OPF:
SECURITY OFFICE IDENTIFIER
     SOI #: AF00
LOCATION OF SECURITY FOLDER
     LOCATION CODE: NPI
     OTHER ADDRESS
         NAME:
         ADDRESS: None Provided
IPAC NUMBER
     CODE: 00003801
TREASURY ACCOUNT SYMBOL
     TAS: _____C
OBLIGATING DOCUMENT
     NUMBER: None Provided
BUSINESS EVENT TYPE
     CODE: None Provided
ACCOUNTING DATA AND/OR AGENCY CASE NUMBER
     CODE: DOD-PRT
INVESTIGATIVE REQUIREMENT TYPE
     CODE: I
REQUESTING OFFICIAL
     NAME: PSI-CoE Customer Service
     TITLE:
     E-MAIL ADDRESS: usarmy.apg.inscom.mbx.psip-corrections@mail.mil
     PHONE: 410-278-4194 Ext:
DATE
     None Available
APPLICANT AFFILIATION
     CODE: FED CIV
DEPLOYMENT/PCS
COMMERCIAL AND GOVERNMENT ENTITY (CAGE) CODE
     CAGE CODE:
     CONTRACT NUMBER:
SPECIAL HANDLING
     HANDLING INFORMATION:
```

# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request #29726126

## ARCHIVAL COPY - RETAIN FOR YOUR RECORDS

The information contained in this document represents data submitted by **Grant Jefferson Bierly** (Applicant) for **the e-QIP Investigation Request #29726126**. Applicant certified the accuracy of this information at **2020-01-29 22:36:54**.

This Investigation Request contains the following documents:

**Page 1: Investigation Request Cover Sheet**
**Page 2-48: Questionnaire For National Security Positions**

Note: To conserve paper only the first entry in multiple-entry lists displays completion instructions. The completion instructions for the first entry also applies to each additional entry unless otherwise noted.

Certified at 2020-01-29 22:36:54                **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

10 of 95

Case 1:23-cv-02386-RCL  Document 3-1  Filed 08/22/23  Page 86 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 2 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

## Form Completion Instructions

### Questionnaire for National Security Positions

Follow instructions completely or your form will be unable to be processed. If you have any questions, contact the office that provided you the form.

All questions on this form must be answered **completely and truthfully** in order that the Government may make the determinations described below on a complete record. Penalties for inaccurate or false statements are discussed below. **If you are a current civilian employee of the federal government:** failure to answer any questions completely and truthfully could result in an adverse personnel action against you, including loss of employment; with respect to Sections 23, 27, and 29, however, neither your truthful responses nor information derived from those responses will be used as evidence against you in a subsequent criminal proceeding.

### Purpose of this Form

This form will be used by the United States (U.S.) Government in conducting background investigations, reinvestigations, and continuous evaluations of persons under consideration for, or retention of, national security positions as defined in 5 CFR 732, and for individuals requiring eligibility for access to classified information under Executive Order 12968. This form may also be used by agencies in determining whether a subject performing work for, or on behalf of, the Government under a contract should be deemed eligible for logical or physical access when the nature of the work to be performed is sensitive and could bring about an adverse effect on the national security.

Providing this information is voluntary. If you do not provide each item of requested information, however, we will not be able to complete your investigation, which will adversely affect your eligibility for a national security position, eligibility for access to classified information, or logical or physical access. It is imperative that the information provided be true and accurate, to the best of your knowledge. Any information that you provide is evaluated on the basis of its currency, seriousness, relevance to the position and duties, and consistency with all other information about you. Withholding, misrepresenting, or falsifying information may affect your eligibility for access to classified information, eligibility for a sensitive position, or your ability to obtain or retain Federal or contract employment. In addition, withholding, misrepresenting, or falsifying information may affect your eligibility for physical and logical access to federally controlled facilities or information systems. Withholding, misrepresenting, or falsifying information may also negatively affect your employment prospects and job status, and the potential consequences include, but are not limited to, removal, debarment from Federal service, loss of eligibility for access to classified information, or prosecution.

This form may become a permanent document that may be used as the basis for future investigations, eligibility determinations for access to classified information, or to hold a sensitive position, suitability or fitness for Federal employment, fitness for contract employment, or eligibility for physical and logical access to federally controlled facilities or information systems. Your responses to this form may be compared with your responses to previous SF-86 questionnaires.

The investigation conducted on the basis of information provided on this form may be selected for studies and analyses in support of evaluating and improving the effectiveness and efficiency of the investigative and adjudicative methodologies. All study results released to the general public will delete personal identifiers such as name, Social Security Number, and date and place of birth.

### Authority to Request this Information

Depending upon the purpose of your investigation, the U.S. Government is authorized to ask for this information under Executive Orders 10450, 10865, 12333, and 12968; sections 3301, 3302, and 9101 of title 5, United States Code (U.S.C.); sections 2165 and 2201 of title 42, U.S.C.; chapter 23 of title 50, U.S.C.; and parts 2, 5, 731, 732, and 736 of title 5, Code of Federal Regulations (CFR).

Your Social Security Number (SSN) is needed to identify records unique to you. Although disclosure of your SSN is not mandatory, failure to disclose your SSN may prevent or delay the processing of your background investigation. The authority for soliciting and verifying your SSN is Executive Order 9397, as amended by EO 13478.

Certified at 2020-01-29 22:36:54                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

11 of 95

Case 1:23-cv-02386-RCL   Document 3-1   Filed 08/22/23   Page 87 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 3 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

## The Investigative Process

Background investigations for national security positions are conducted to gather information to determine whether you are reliable, trustworthy, of good conduct and character, and loyal to the U.S. The information that you provide on this form may be confirmed during the investigation. The investigation may extend beyond the time covered by this form, when necessary to resolve issues. Your current employer may be contacted as part of the investigation, although you may have previously indicated on applications or other forms that you do not want your current employer to be contacted. If you have a security freeze on your consumer or credit report file, then we may not be able to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should request that the consumer reporting agencies lift the freeze in these instances.

In addition to the questions on this form, inquiry also is made about your adherence to security requirements, your honesty and integrity, vulnerability to exploitation or coercion, falsification, misrepresentation, and any other behavior, activities, or associations that tend to demonstrate a person is not reliable, trustworthy, or loyal. Federal agency records checks may be conducted on your spouse or legally recognized civil union/domestic partner, cohabitant(s), and immediate family members. After an eligibility determination has been completed, you also may be subject to continuous evaluation, which may include periodic reinvestigations, to determine whether retention in your position is clearly consistent with the interests of national security.

## The information you provide on this form may be confirmed during the investigation, and may be used for identification purposes throughout the investigation process.

### Your Personal Interview

Some investigations will include an interview with you as a routine part of the investigative process. The investigator may ask you to explain your answers to any question on this form. This provides you the opportunity to update, clarify, and explain information on your form more completely, which often assists in completing your investigation. It is imperative that the interview be conducted as soon as possible after you are contacted. Postponements will delay the processing of your investigation, and declining to be interviewed may result in your investigation being delayed or canceled.

For the interview, you will be required to provide photo identification, such as a valid state driver's license. You may be required to provide other documents to verify your identity, as instructed by your investigator. These documents may include certification of any legal name change, Social Security card, passport, and/or your birth certificate. You may also be asked to provide documents regarding information that you provide on this form, or about other matters requiring specific attention. These matters include (a) alien registration or naturalization documentation; (b) delinquent loans or taxes, bankruptcies, judgments, liens, or other financial obligations; (c) agreements involving child custody or support, alimony, or property settlements; (d) arrests, convictions, probation, and/or parole; or (e) other matters described in court records.

### Instructions for Completing this Form

1.  Follow the instructions provided to you by the office that gave you this form and any other clarifying instructions, provided by that office, to assist you with completion of this form. You must sign and date, in ink, the original and each copy you submit. **You should retain a copy of the completed form for your records.**
2.  All questions on this form must be answered. If no response is necessary or applicable, indicate this on the form by checking the associated "Not Applicable" box, unless otherwise noted.
3.  Do not abbreviate the names of cities or foreign countries. Whenever you are asked to supply a country name, you may select the country name by using the country dropdown feature.
4.  When entering a U.S. address or location, select the state or territory from the "States" dropdown list that will be provided. For locations outside of the U.S. and its territories, select the country in the "Country" dropdown list and leave the "State" field blank.
5.  The 5-digit postal Zip Codes are required to process your investigation more rapidly. Refer to an automated system approved by the U.S. Postal Service to assist you with Zip Codes.
6.  For telephone numbers in the U.S., ensure that the area code is included.

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

12 of 95

Case 1:23-cv-02386-RCL  Document 3-1  Filed 08/22/23  Page 88 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)                    Page 4 of 48
Investigation Request #29726126 for Applicant                                      Archival Copy

7. All dates provided in this form must be in Month/Day/Year or Month/Year format. The month and day should be entered as two character numbers (i.e., 01 for January and 29 for the 29th day of the month). The year should be entered as a four character number ( i.e., 1978 or 2001.). If you are unable to report an exact date, approximate or estimate the date to the best of your ability, and indicate this by checking the "Estimated" box.

## Final Determination on Your Eligibility

Final determination on your eligibility for a national security position is the responsibility of the Federal agency that requested your investigation and the agency that conducted your investigation. You will be provided the opportunity to explain, refute, or clarify any information before a final decision is made, if an unfavorable decision is considered. The United States Government does not discriminate on the basis of prohibited categories, including but not limited to race, color, religion, sex (including pregnancy and gender identity), national origin, disability, or sexual orientation when granting access to classified information.

## Penalties for Inaccurate or False Statements

The U.S. Criminal Code (title 18, section 1001) provides that knowingly falsifying or concealing a material fact is a felony which may result in fines and/or up to **five (5)** years imprisonment. In addition, Federal agencies generally fire, do not grant a security clearance, or disqualify individuals who have materially and deliberately falsified these forms, and this remains a part of the permanent record for future placements. Your prospects of placement or security clearance are better if you answer all questions truthfully and completely. You will have adequate opportunity to explain any information you provide on this form and to make your comments part of the record.

## Disclosure Information

The information you provide is for the purpose of investigating you for a national security position, and the information will be protected from unauthorized disclosure. The collection, maintenance, and disclosure of background investigative information are governed by the Privacy Act. The agency that requested the investigation and the agency that conducted the investigation have published notices in the Federal Register describing the systems of records in which your records will be maintained. The information you provide on this form, and information collected during an investigation, may be disclosed without your consent by an agency maintaining the information in a system of records as permitted by the Privacy Act [5 U.S.C. 552a(b)], and by routine uses, a list of which are published by the agency in the Federal Register. The office that gave you this form will provide you a copy of its routine uses.

You will not receive prior notice of such disclosures under a routine use.

In addition to those disclosures generally permitted under the Privacy Act, all or a portion of the records or information you provide on this form or during your investigation may be disclosed outside of OPM as a routine use as outlined below.

## Office of Personnel Management (OPM) Routine Uses

OPM has published the following Privacy Act routine uses for its system of records for background investigations:

a. To designated officers and employees of agencies, offices, and other establishments in the executive, legislative, and judicial branches of the Federal Government or the Government of the District of Columbia having a need to investigate, evaluate, or make a determination regarding loyalty to the United States; qualifications, suitability, or fitness for Government employment or military service; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

b. To an element of the U.S. Intelligence Community as identified in E.O. 12333, as amended, for use in intelligence activities for the purpose of protecting United States national security interests.

c. To any source from which information is requested in the course of an investigation, to the extent necessary to identify the individual, inform the source of the nature and purpose of the investigation, and to identify the type of information requested.

Certified at 2020-01-29 22:36:54                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

13 of 95

Case 1:23-cv-02386-RCL Document 3-1 Filed 08/22/23 Page 89 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 5 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

d. To the appropriate Federal, state, local, tribal, foreign, or other public authority responsible for investigating, prosecuting, enforcing, or implementing a statute, rule, regulation, or order where OPM becomes aware of an indication of a violation or potential violation of civil or criminal law or regulation.

e. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with its current employee's, contractor employee's, or military member's retention; loyalty; qualifications, suitability, or fitness for employment; eligibility for logical or physical access to federally-controlled facilities or information systems; eligibility for access to classified information or to hold a sensitive position; qualifications or fitness to perform work for or on behalf of the Government under contract, grant, or other agreement; or access to restricted areas.

f. To provide information to a congressional office from the record of an individual in response to an inquiry from the congressional office made at the request of that individual. However, the investigative file, or parts thereof, will only be released to a congressional office if OPM receives a notarized authorization or signed statement under 28 U.S.C. 1746 from the subject of the investigation.

g. To disclose information to contractors, grantees, or volunteers performing or working on a contract, service, grant, cooperative agreement, or job for the Federal Government.

h. For agencies that use adjudicative support services of another agency, at the request of the original agency, the results will be furnished to the agency providing the adjudicative support.

i. To provide criminal history record information to the FBI, to help ensure the accuracy and completeness of FBI and OPM records.

j. To appropriate agencies, entities, and persons when (1) OPM suspects or has confirmed that there has been a breach of the system of records; (2) OPM has determined that as a result of the suspected or confirmed breach there is a risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security; and (3) the disclosure made to such agencies, entities, and persons is reasonably necessary to assist in connection with OPM's efforts to respond to the suspected or confirmed breach or to prevent, minimize, or remedy such harm.

k. To another Federal agency or Federal entity, when OPM determines that information from this system of records is reasonably necessary to assist the recipient agency or entity in (1) responding to a suspected or confirmed breach or (2) preventing, minimizing, or remedying the risk of harm to individuals, the agency (including its information systems, programs and operations), the Federal Government, or national security, resulting from a suspected or confirmed breach.

l. To disclose information to another Federal agency, to a court, or a party in litigation before a court or in an administrative proceeding being conducted by a Federal agency, when the Government is a party to the judicial or administrative proceeding. In those cases where the Government is not a party to the proceeding, records may be disclosed if a subpoena has been signed by a judge.

m. To disclose information to the National Archives and Records Administration for use in records management inspections.

n. To disclose information to the Department of Justice, or in a proceeding before a court, adjudicative body, or other administrative body before which OPM is authorized to appear, when:

(1) OPM, or any component thereof; or

(2) Any employee of OPM in his or her official capacity; or

(3) Any employee of OPM in his or her individual capacity where the Department of Justice or OPM has agreed to represent the employee; or

(4) The United States, when OPM determines that litigation is likely to affect OPM or any of its components; is a party to litigation or has an interest in such litigation, and the use of such records by the Department of Justice or OPM is deemed by OPM to be relevant and necessary to the litigation, provided, however, that the disclosure is compatible with the purpose for which records were collected.

o. For the Merit Systems Protection Board--To disclose information to officials of the Merit Systems Protection Board or the Office of the Special Counsel, when requested in connection with appeals, special studies of the

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

14 of 95

civil service and other merit systems, review of OPM rules and regulations, investigations of alleged or possible prohibited personnel practices, and such other functions, e.g., as promulgated in 5 U.S.C. 1205 and 1206, or as may be authorized by law.

p. To disclose information to an agency Equal Employment Opportunity (EEO) office or to the Equal Employment Opportunity Commission when requested in connection with investigations into alleged or possible discrimination practices in the Federal sector, or in the processing of a Federal-sector EEO complaint.

q. To disclose information to the Federal Labor Relations Authority or its General Counsel when requested in connection with investigations of allegations of unfair labor practices or matters before the Federal Service Impasses Panel.

r. To another Federal agency's Office of Inspector General when OPM becomes aware of an indication of misconduct or fraud during the applicant's submission of the standard forms.

s. To another Federal agency's Office of Inspector General in connection with its inspection or audit activity of the investigative or adjudicative processes and procedures of its agency as authorized by the Inspector General Act of 1978, as amended, exclusive of requests for civil or criminal law enforcement activities.

t. To a Federal agency or state unemployment compensation office upon its request in order to adjudicate a claim for unemployment compensation benefits when the claim for benefits is made as the result of a qualifications, suitability, fitness, security, identity credential, or access determination.

u. To appropriately cleared individuals in Federal agencies, to determine whether information obtained in the course of processing the background investigation is or should be classified.

v. To the Office of the Director of National Intelligence for inclusion in its Scattered Castles system in order to facilitate reciprocity of background investigations and security clearances within the intelligence community or assist agencies in obtaining information required by the Federal Investigative Standards.

w. To the Director of National Intelligence, or assignee, such information as may be requested and relevant to implement the responsibilities of the Security Executive Agent for personnel security, and pertinent personnel security research and oversight, consistent with law or executive order.

x. To Executive Branch Agency insider threat, counterintelligence, and counterterrorism officials to fulfill their responsibilities under applicable Federal law and policy, including but not limited to E.O. 12333, 13587 and the National Insider Threat Policy and Minimum Standards.

y. To the appropriate Federal, State, local, tribal, foreign, or other public authority in the event of a natural or manmade disaster. The record will be used to provide leads to assist in locating missing subjects or assist in determining the health and safety of the subject. The record will also be used to assist in identifying victims and locating any surviving next of kin.

z. To Federal, State, and local government agencies, if necessary, to obtain information from them which will assist OPM in its responsibilities as the authorized Investigation Service Provider in conducting studies and analyses in support of evaluating and improving the effectiveness and efficiency of the background investigation methodologies.

aa. To an agency, office, or other establishment in the executive, legislative, or judicial branches of the Federal Government in response to its request, in connection with the classifying of jobs, the letting of a contract, or the issuance of a license, grant, or other benefit by the requesting agency, to the extent that the information is relevant and necessary to the requesting agency's decision on the matter.

## Public Burden Information

Public burden reporting for this collection of information is estimated to average 150 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to U.S. Office of Personnel Management, Federal Investigative Services, Attn: OMB Number 3206-0005, 1900 E

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

                                                                        15 of 95

Street, N.W., Washington, DC 20415. The OMB clearance number, 3206-0005, is currently valid. OPM may not collect this information, and you are not required to respond, unless this number is displayed.

## Statement of Understanding

PERSONS COMPLETING THIS FORM SHOULD BEGIN AFTER CAREFULLY READING THE PRECEDING INSTRUCTIONS.

I have read the instructions and I understand that if I withhold, misrepresent, or falsify information on this form, I am subject to the penalties for inaccurate or false statement (per U.S. Criminal Code, Title 18, section 1001), denial or revocation of a security clearance, and/or removal and debarment from Federal Service.

Yes: { x } No: { }

## Sections 1-4 - Identifying Information

Provide your full name. If you have only initials in your name, provide them and indicate "Initial only". If you do not have a middle name, indicate "No Middle Name". If you are a "Jr.," "Sr.," etc. enter this under Suffix.

Last: **Bierly** First: **Grant** Middle: **Jefferson** Suffix:

Provide your date of birth

Month/Day/Year: [REDACTED]

## Section 5 - Other Names Used

Provide your other names used and the period of time you used them (for example: your maiden name, name(s) by a former marriage(s), former name(s), alias(es), or nickname(s)).

Have you used any other names?

Yes: { } No: { x }

## Section 6 - Your Identifying Information

Provide your identifying information.
Height
    (feet): **6**
    (inches): **0**
Weight: **240**
Hair color: **Brown**
Eye color: **Brown**
Sex
    Female: { }
    Male: { x }

## Section 7 - Your Contact Information

Provide your contact information. Email addresses may be used as a contact method, and identify subject in records.

Home e-mail address: **grant@ionsolutions.com**
Work e-mail address: **grant@ionsolutions.com**

Provide three contact numbers. At least one telephone number is required. Additional numbers provided may assist in the completion of your background investigation.

---

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

Home telephone number
    International or DSN: { } Number ▮▮▮▮   tension:  Time: **Both**
Work telephone number
    International or DSN: { } Number:  Extension:  Time:
Mobile/Cell telephone number
    International or DSN: { } Number: ▮▮▮▮   Extension:  Time: **Both**

## Section 8 - U.S. Passport Information

Do you possess a U.S. passport (current or expired)?
        Yes: { **x** } No: { }

Click HERE for U.S. State Department passport help.
### Detail

Provide the following information for the most recent U.S. passport you currently possess.
Provide your U.S. passport number: ▮▮▮▮▮

Click HERE for U.S. State Department passport help.
Provide the issue date of passport
        Month/Day/Yea ▮▮▮▮▮
Provide the expiration ▮
        Month/Day/Yea ▮▮▮▮▮
Provide the name in which passport was first issued
        Last: **Bierly** First: **Grant** Middle: **Jefferson** Suffix:

## Section 9 - Citizenship

Select the box that reflects your current citizenship status and click Save.
Provide your current citizenship status
        I am a U.S. citizen or national by birth in the U.S. or U.S. territory/commonwealth.: { **x** }
        I am a U.S. citizen or national by birth, born to U.S. parent(s), in a foreign country.: { }
        I am a naturalized U.S. citizen.: { }
        I am a derived U.S. citizen.: { }
        I am not a U.S. citizen.: { }

## Section 10 - Dual/Multiple Citizenship Information

Do you now or have you **EVER** held dual/multiple citizenships?
        Yes: { } No: { **x** }

### Foreign Passport

Have you **EVER** been issued a passport (or identity card for travel) by a country other than the U.S.?
        Yes: { } No: { **x** }

## Section 11 - Where You Have Lived

List the places where you have lived beginning with your present residence and working back **10 years.**
Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of
your residence, not a Post Office box or a permanent residence when you were not physically located there. If
you split your time between one or more residences during a time period, you must list all residences. Do not list
residence before your 18th birthday unless to provide a minimum of 2 years residence history.

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

                                                                        17 of 95

You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address.

For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list your spouse, cohabitant or other relatives as the verifier for periods of residence.

1.  Enter residence information.
    Provide dates of residence
        From (Month/Year): **12/2012** To (Month/Year): **Present**
    Is/was this residence
        Owned by you: **{ }**
        Rented or leased by you: **{ }**
        Military housing: **{ }**
        Other (Provide explanation): **{ x }**
    Explanation
        **Parents own residence**
    Provide the street address
        Street [ ]
        City: [ ]                               Zip Code: **87122**
    **Person Who Knew You**

    Provide the name of a neighbor, landlord (if rental) or other person who knows you at this address.
    Provide the full name
        Last: [ ]
    Provide dat[ ]
        Mont[ ]
    Provide you[ ]
        Neig[ ]
        Frien[ ]
        Land[ ]
        Busi[ ]
        Othe[ ]
    Explanation

    Provide the following contact information for this person
    Provide evening telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: **5059997439** Extension:
    Provide daytime telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: **5059997439** Extension:
    Provide cell/mobile telephone number for this person ( I don't know: **{ }** )
        International or DSN: **{ }** Number: **5059997439** Extension:
    Provide e-mail address for this person ( I don't know: **{ }** ) : **jakobnewcomer@gmail.com**
    Provide street address for this person (including apartment number)
        Street: **7823 Quintana Dr NE**
        City: **Albuquerque** State: **NM** Country:   Zip Code: **87109**

*(End of List)*

## Summary

List the places where you have lived beginning with your present residence and working back **10 years** . Residences for the entire period must be accounted for without breaks. Indicate the actual physical location of your residence, not a Post Office box or a permanent residence when you were not physically located there. If

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

18 of 95

you split your time between one or more residences during a time period, you must list all residences. Do not list residence before your 18th birthday unless to provide a minimum of 2 years residence history.
You are not required to list temporary locations of less than 90 days that did not serve as your permanent or mailing address.
For any address in the last 3 years, provide a person who knew you at that address, and who preferably still lives in that area. Do not list people who knew you for residences completely outside this 3-year period, and do not list your spouse, cohabitant or other relatives as the verifier for periods of residence.

Do you have an additional residence to report?
    Yes: { }  No: { x }

## Section 12 - Where You Went To School

Do not list education before your 18th birthday, unless to provide a minimum of two years education history.

Have you attended any schools in the last 10 years?
    Yes: { x }  No: { }

1.  Provide the dates of attendance
    From (Month/Year): **11/2012** To (Month/Year): **05/2017**
    Select the most appropriate code to describe your school
        High School: { x }
        College, university, or military college: { }
        Vocational, technical, or trade school: { }
        Correspondence, distance, extension, or online school: { }
    Provide the name of the school: ▓▓▓▓▓
    Provide the street address of the school. For correspondence, distance, extension, or online schools, provide the address where the records are maintained.
        Street: ▓▓▓▓▓
        City: ▓▓▓▓▓
    For assistance ▓▓▓▓▓ ed.gov/accreditation/Search.aspx
    **Person Who Knew You**

    For schools you attended in the last 3 years, list a person who knew you at the school (instructor, student, etc.). Do not list people for education periods completed more than 3 years ago. For correspondence/distance/extension/online schools, list someone who knew you while you received this education.
    Provide the name of person who knows/knew you at school ( I don't know: { } )
        Last: ▓▓▓▓▓
    Provide cur ▓▓▓▓▓
        Stree ▓▓▓▓▓
        City: ▓▓▓▓▓
    Provide tele ▓▓▓▓▓
        Inter ▓▓▓▓▓
    Provide em ▓▓▓▓▓
    **Degree or Diploma Received**

Did you receive a degree/diploma?
    Yes: { x }  No: { }

**Degree/Diploma Detail**

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

19 of 95

Provide type of degrees(s)/diploma(s) received and date(s) awarded

1. Degree/diploma: **High School Diploma**
   Other degree/diploma:
   Date awarded
   　　　Month/Year: **05/2017**

*(End of Provide type of degrees(s)/diploma(s) received and date(s) awarded List)*

2. Provide the dates of attendance
   　　From (Month/Year): **08/2017** To (Month/Year): **Present**
   Select the most appropriate code to describe your school
   　　High School: **{ }**
   　　College, university, or military college: **{ x }**
   　　Vocational, technical, or trade school: **{ }**
   　　Correspondence, distance, extension, or online school: **{ }**
   Provide the name of the school: **Rochester Institute of Technology**
   Provide the street address of the school. For correspondence, distance, extension, or online schools,
   provide the address where the records are maintained.
   　　Street: **48 Lomb Memorial Dr**
   　　City: **Rochester** State: **NY** Country:   Zip Code: **14623**
   **Person Who Knew You**
   Provide the name of person who knows/knew you at school ( I don't know: **{ }** )
   　　Last: [redacted]
   Provide curr[redacted]ing apartment number)
   　　Stree[redacted]
   　　City: [redacted]ip Code: **14619**
   Provide telephone number for this person
   　　International or DSN: **{ }** Number: **5854755322** Extension:   Time: **Day**
   Provide email address for this person ( I don't know: **{ }** ) : **mmwics@rit.edu**
   **Degree or Diploma Received**

   Did you receive a degree/diploma?
   　　Yes: **{ }** No: **{ x }**

*(End of List)*

## Summary

Do you have additional education to enter (include education within the last 10 years, as well as degrees or
diplomas more than 10 years ago)?
　　Yes: **{ }** No: **{ x }**

## Section 13A - Employment Activities

List all of your employment activities, including unemployment and self-employment, beginning with the present
and working back 10 years. The entire period must be accounted for without breaks. If the employment activity
was military duty, list separate employment activity periods to show each change of military duty station. Provide
separate entries for employment activities with the same employer but having different physical addresses.
Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

Certified at 2020-01-29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

20 of 95

1.  Select your employment activity: **Non-government employment (excluding self-employment)**
    Explanation

    Provide dates of employment
        From (Month/Year): **10/2019** To (Month/Year): **Present**
    **Non-Military Employment**
    Provide most recent position title: **Trainee**
    Select the employment status for this position
        Full-time: { }
        Part-time: { x }
    Provide the name of your employer: **RIT Information and Technology Services**
    Provide the address of employer
        Stree ▮
        City: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    Provide telephone number
        International or DSN: { } Number: **5854752600** Extension:   Time: **Day**

    **Additional Periods of Activity with this Employer**
    Provide additional periods of activity if you worked for this employer on more than one occasion at the same
    physical location. For example, if you worked at XY Plumbing in Denver, CO, during 3 separate periods of
    time, you would enter information concerning the most recent period of employment above, and provide
    dates, position titles, and supervisors for the two previous periods of employment as entries below.
    Additional Periods of Activity with this Employer ( Not Applicable: { x } )
        *(No Entry Provided)*
    **Non-Military Employment - Physical Location Question**

    Is/was your physical work address different than your employer's address?
        Yes: { } No: { x }

    **Non-Military Employment - Supervisor**
    Provide the name of your supervisor: **Logan Thompson**
    Provide the position title of your supervisor: **PC Systems Administrator**
    Provide the email address of your supervisor ( I don't know: { } ): **icthelp@rit.edu**
    Provide the physical work location of your supervisor
        Street: ▮
        City ▮▮▮▮▮▮▮▮▮▮▮▮       Zip Code: **14623**
    Provide the ▮▮▮▮▮▮▮▮▮▮▮▮▮isor
        International or DSN: { } Number: **5854756308** Extension:   Time: **Day**
    **Received Discipline or Warning**

    For this employment, **in the last seven (7) years** have you received a written warning, been officially
    reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security
    policy?
        Yes: { } No: { x }

2.  Select your employment activity: **Non-government employment (excluding self-employment)**
    Explanation

    Provide dates of employment
        From (Month/Year): **03/2019** To (Month/Year): **10/2019**

Certified at 2020-01-29 22:36:54                 **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

21 of 95

**Non-Military Employment**

Provide most recent position title: **Telefund Caller**

Select the employment status for this position
    Full-time: { }
    Part-time: **{ x }**

Provide the name of your employe█

Provide the address of employer
    Street
    City: █

Provide telephone number
    International or DSN: { } Number: **5854755990** Extension:   Time: **Day**

Additional Periods of Activity with this Employer ( Not Applicable: **{ x }** )
    *(No Entry Provided)*

**Non-Military Employment - Physical Location Question**

Is/was your physical work address different than your employer's address?
    Yes: { } No: **{ x }**

**Non-Military Employment - Supervisor**

Provide the name of your supervisor: **Hillary Brintle**

Provide the position title of your supervisor: **Assistant Director**

Provide the email address of your supervisor ( I don't know: **{ }** ) : **hmbdar1@rit.edu**

Provide the physical work location of your supervisor

Provide the telephone number for this supervisor
    International or DSN: **{ }** Number: **5854755990** Extension:   Time: **Day**

**Reason for Leaving**

Provide the reason for leaving the employment activity
    **I wanted a job that was tailored to computers and technical experience as that would be more**
    **in line with my Computing Security major.**

**Reason for Leaving Question**

For this employment have any of the following happened to you **in the last seven (7) years?**

- Fired
- Quit after being told you would be fired
- Left by mutual agreement following charges or allegations of misconduct
- Left by mutual agreement following notice of unsatisfactory performance
    Yes: { } No: **{ x }**

**Received Discipline or Warning**

For this employment, **in the last seven (7) years** have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?
    Yes: { } No: **{ x }**

3.  Select your employment activity: **Unemployment**
    Explanation

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

22 of 95

Provide dates of employment
From (Month/Year): **08/2017** To (Month/Year): **03/2019**
**Unemployment**
Provide the name of someone who can verify your unemployment activities and means of support
        Las▮
Provide th▮
        Str▮
        City
Provide the telephone number for this person
        International or DSN: **{ }** Number: **7322594001** Extension:    Time: **Both**

4. Select your employment activity: **Non-government employment (excluding self-employment)**
        Explanation

Provide dates of employment
From (Month/Year): **08/2016** To (Month/Year): **08/2017**
**Non-Military Employment**
Provide most recent position title: **Porter**
Select the employment status for this position
        Full-time: **{ }**
        Part-time: **{ x }**

Provide telephone number
        International or DSN: **{ }** Number: **5059992710** Extension:   Time:
Additional Periods of Activity with this Employer ( Not Applicable: **{ x }** )
        *(No Entry Provided)*
Optional Comment
        **I also worked from 05 2018 to 08 2018 there. Position Title: Porter Supervisor: Jessica Rodarte**
        **If I filled it in as instructed, it wouldn't count it correctly and throw an error. Hence why I am**
        **adding this comment.**
**Non-Military Employment - Physical Location Question**

Is/was your physical work address different than your employer's address?
        Yes: **{ }** No: **{ x }**

**Non-Military Employment - Supervisor**

                                                            darte@fiestakia.com

Provide the telephone number for this supervisor
        International or DSN: **{ }** Number: **5052697389** Extension:   Time: **Day**
**Reason for Leaving**
Provide the reason for leaving the employment activity

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

23 of 95

**My school was in New York so I had to leave New Mexico. I did work a summer between Freshman and Softmore year as well.**

### Reason for Leaving Question

For this employment have any of the following happened to you **in the last seven (7) years?**

- Fired
- Quit after being told you would be fired
- Left by mutual agreement following charges or allegations of misconduct
- Left by mutual agreement following notice of unsatisfactory performance
    Yes: { } No: { x }

### Received Discipline or Warning

For this employment, **in the last seven (7) years** have you received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as a violation of security policy?
    Yes: { } No: { x }

*(End of List)*

### Summary

List all of your employment activities, including unemployment and self-employment, beginning with the present and working back 10 years. The entire period must be accounted for without breaks. If the employment activity was military duty, list separate employment activity periods to show each change of military duty station. Provide separate entries for employment activities with the same employer but having different physical addresses. Do not list employment before your 18th birthday unless to provide a minimum of 2 years employment history.

Do you have an additional employment activity to enter?
    Yes: { } No: { x }

## Section 13B - Former Federal Service

Do you have former federal civilian employment, excluding military service, NOT indicated previously, to report?
    Yes: { } No: { x }

## Section 13C - Employment Record

Have any of the following happened to you **in the last seven (7) years** at employment activities that you have not previously listed? (If 'Yes', you will be required to add an additional employment in Section 13A.)

- Fired from a job?
- Quit a job after being told you would be fired?
- Have you left a job by mutual agreement following charges or allegations of misconduct?
- Left a job by mutual agreement following notice of unsatisfactory performance?
- Received a written warning, been officially reprimanded, suspended, or disciplined for misconduct in the workplace, such as violation of a security policy?
    Yes: { } No: { x }

## Section 14 - Selective Service Record

Were you born a male after December 31, 1959?

**PRIVACY ACT INFORMATION**

Yes: { **x** } No: { }

## Detail

Have you registered with the Selective Service System (SSS)?
Yes: { **x** } No: { } I don't know: { }

### Selective Service Registration Number

The Selective Service website, www.sss.gov , can help provide the registration number for persons who have registered.
Note: Selective Service Number is not your Social Security Number
Provide registration number: ▮▮▮▮▮▮▮▮

## Section 15 - Military History

Have you **EVER** served in the U.S. Military?
Yes: { } No: { **x** }

### Foreign Military Service

Have you **EVER** served, as a civilian or military member in a foreign country's military, intelligence, diplomatic, security forces, militia, other defense force, or government agency?
Yes: { } No: { **x** }

## Section 16 - People Who Know You Well

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers, colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your workplace, school, or neighborhood, and whose combined association with you covers **at least the last seven (7) years.** Do not list your spouse, former spouse(s), other relatives, or **anyone listed elsewhere on this form.**

1.   Provide dates known
        From (Month/Year): **08/2017** To (Month/Year): **Present**
     Provide full name
        Last: **Belle-Isle** First: **Andrew** Middle: **Timothy** Suffix:
     Provide rank/title ( Not Applicable: { **x** } ) :
     Provide relationship to you (Check all that apply)
        Neighbor: { }
        Friend: { **x** }
        Work associate: { }
        Schoolmate: { **x** }
        Other (Provide explanation): { }
     Explanation

     Provide telephone number for this person ( I don't know: { } )
        International or DSN: { } Number: **6036624177** Extension:   Time: **Night**
     Provide mobile/cell telephone number for this person ( I don't know: { } )
        International or DSN: { } Number: **6036624166** Extension:   Time: **Night**
     Provide e-mail address for this person ( I don't know: { } ) : **abelleisle@protonmail.com**
     Provide home or work address for this person

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

25 of 95

Street: **58 Hiram Philbrook Rd**
City: **Center Conway** State: **NH** Country: Zip Code: **03813**

2.
Provide dates known
From (Month/Year): **12/2012 (Estimated)** To (Month/Year): **Present**
Provide full name
Last: **Butcher** First: **John** Middle: **Van** Suffix: **Jr**
Provide rank/title ( Not Applicable: **{ x }** ) :
Provide relationship to you (Check all that apply)
Neighbor: **{ }**
Friend: **{ x }**
Work associate: **{ }**
Schoolmate: **{ x }**
Other (Provide explanation): **{ }**
Explanation

Provide telephone number for this person ( I don't know: **{ }** )
International or DSN: **{ }** Number: **5054635894** Extension: Time: **Night**
Provide mobile/cell telephone number for this person ( I don't know: **{ }** )
International or DSN: **{ }** Number: **5054635894** Extension: Time: **Night**
Provide e-mail address for this person ( I don't know: **{ }** ) : **vanthemanabq@gmail.com**
Provide home or work address for this person
Street: **1101 E. Mabel St. Apartment 4075**
City: **Tucson** State: **AZ** Country: Zip Code: **85719**

3.
Provide dates known
From (Month/Year): **08/2017** To (Month/Year): **Present**
Provide full name
Last: **Carrigan** First: **Nicholas** Middle: **Chee-Ming** Suffix:
Provide rank/title ( Not Applicable: **{ x }** ) :
Provide relationship to you (Check all that apply)
Neighbor: **{ }**
Friend: **{ x }**
Work associate: **{ }**
Schoolmate: **{ x }**
Other (Provide explanation): **{ }**
Explanation

Provide telephone number for this person ( I don't know: **{ }** )
International or DSN: **{ }** Number: **7037983347** Extension: Time: **Night**
Provide mobile/cell telephone number for this person ( I don't know: **{ }** )
International or DSN: **{ }** Number: **7037983347** Extension: Time: **Both**
Provide e-mail address for this person ( I don't know: **{ }** ) : **nicholas.carrigan7@gmail.com**
Provide home or work address for this person
Street: **12100 Richland Lane**
City: **Herndon** State: **VA** Country: Zip Code: **20171**

*(End of List)*

## Summary

Provide three people who know you well and who preferably live in the U.S. They should be friends, peers,
colleagues, college roommates, associates, etc., who are collectively aware of your activities outside of your

workplace, school, or neighborhood and whose combined association with you covers **at least the last seven (7) years.** Do not list your spouse, former spouse (s), other relatives, or **anyone listed elsewhere on this form.**

Do you have an additional person who knows you well to list?
> Yes: { } No: { x }

## Section 17 - Marital/Relationship Status

Provide your current marital/relationship status with regard to civil marriage, legally recognized civil union, or legally recognized domestic partnership: **Never entered into a civil marriage, legally recognized civil union, or legally recognized domestic partnership**

### Cohabitant

Do you presently reside with a person, other than a spouse or legally recognized civil union/domestic partner, with whom you share bonds of affection, obligation or other commitment, as opposed to a person with whom you live for reasons of convenience (e.g. a roommate)? If so, complete the following. If the person was born outside the U.S., provide citizenship information.

> Yes: { } No: { x }

## Section 18 - Relatives

Select each type of relative applicable to you, regardless if they are living or deceased. (An opportunity will be provided to list multiple relatives for each type.)

Check all that apply
> Mother: { x }
> Father: { x }
> Stepmother: { }
> Stepfather: { }
> Foster Parent: { }
> Child (including adopted/foster): { }
> Stepchild: { }
> Brother: { }
> Sister: { x }
> Stepbrother: { }
> Stepsister: { }
> Half-brother: { }
> Half-sister: { }
> Father-in-law: { }
> Mother-in-law: { }
> Guardian: { }

1. Provide relative type: **Mother**
   Provide your relative's full name
   > Last: **Bierly** First: **Suzan** Middle: **Yentema** Suffix:
   Provide your relative's date of birth

   Provi

   Provi

Certified at 2020-01-29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

27 of 95

1.   Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

### Mother's Maiden Name

Provide your mother's maiden name ( Same as listed:  { }  )
    Last: **Yentema** First: **Suzan** Middle: **Marie** Suffix:

### Other Names Used

Has this relative used any other names?
    Yes: { } No: **{ x }**

### Relative Deceased Question

Is your relative deceased?
    Yes: { } No: **{ x }**

### Address

Provide your relative's current address
    Street: **8020 Elena Dr. NE**
    City: **Albuquerque** State: **NM** Country:   Zip Code: **87122**

2.   Provide relative type: **Father**
     Provide your relative's full name

     Provid ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

     Provid ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

     Provid ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1.   Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

### Other Names Used

Has this relative used any other names?
    Yes: { } No: **{ x }**

### Relative Deceased Question

Is your relative deceased?
    Yes: { } No: **{ x }**

### Address

Provide your relative's current address
    Street: **8020 Elena Dr. NE**
    City: **Albuquerque** State: **NM** Country:   Zip Code: **87122**

Certified at 2020-01-29 22:36:54                     **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

28 of 95

3. Provide relative type: **Sister**
Provide your relative's full name

Pro ███████████████████████████████

Pro ███████████████████████████████

Pro ███████████████████████████████

1. Country: **United States**

*(End of Provide your relative's country(ies) of citizenship List)*

**Other Names Used**

Has this relative used any other names?
　　Yes: { } No: { x }

**Relative Deceased Question**

Is your relative deceased?
　　Yes: { } No: { x }

**Address**

Provide your relative's current address
　　Street: **1402 Attwater Drive SE**
　　City: **Atlanta** State: **GA** Country: 　Zip Code: **30316**

*(End of List)*

**Summary**

Do you have an additional relative to enter?
　　Yes: { } No: { x }

## Section 19 - Foreign Contacts

A foreign national is defined as any person who is not a citizen or national of the U.S.

Do you have, or have you had, close and/or continuing contact with a foreign national **within the last seven (7) years** with whom you, or your spouse, or legally recognized civil union/domestic partner, or cohabitant are bound by affection, influence, common interests, and/or obligation? Include associates as well as relatives, not previously listed in Section 18.
　　Yes: { } No: { x }

## Section 20A - Foreign Activities

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** had any foreign financial interests (such as stocks, property, investments, bank accounts, ownership of corporate entities, corporate interests or exchange traded funds (ETFs) held in specific geographical or economic

sectors) in which you or they have direct control or direct ownership? (Exclude financial interests in companies or diversified mutual funds or diversified ETFs that are publicly traded on a U.S. exchange.)

Yes: { } No: { x }

## Foreign Financial Interests Controlled on Your Behalf

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** had any foreign financial interests that someone controlled on your behalf?

Yes: { } No: { x }

## Foreign Financial Interests Real Estate

Have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children **EVER** owned, or do you anticipate owning, or plan to purchase real estate in a foreign country?

Yes: { } No: { x }

## Foreign Financial Interests - Foreign Benefit

As a U.S. citizen, have you, your spouse or legally recognized civil union/domestic partner, cohabitant, or dependent children received **in the last seven (7) years, or** are eligible to receive in the future, any educational, medical, retirement, social welfare, or other such benefit from a foreign country?

Yes: { } No: { x }

## Foreign Financial Interests - Foreign National Support

Have you **EVER** provided financial support for any foreign national?

Yes: { } No: { x }

## Section 20B - Foreign Business, Professional Activities, and Foreign Government Contacts

Have you **in the last seven (7) years** provided advice or support to any individual associated with a foreign business or other foreign organization that you have not previously listed as a former employer? (Answer 'No' if **all** your advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign Consulting

For this question, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant. Have you, your spouse, cohabitant, or any member of your immediate family **in the last seven (7) years** been asked to provide advice or serve as a consultant, even informally, by any foreign government official or agency? (Answer 'No' if **all** the advice or support was authorized pursuant to official U.S. Government business.)

Yes: { } No: { x }

## Foreign National Job Offer

Has any foreign national **in the last seven (7) years** offered you a job, asked you to work as a consultant, or consider employment with them?

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

30 of 95

Yes: { } No: { x }

## Other Foreign Business Ventures

Have you **in the last seven (7) years** been involved in any other type of business venture with a foreign national not described above (own, co-own, serve as business consultant, provide financial support, etc.)?

Yes: { } No: { x }

## Foreign Conferences, Trade Shows, Seminars, and Meetings

Have you **in the last seven (7) years** attended or participated in any conferences, trade shows, seminars, or meetings outside the U.S.? (Do not include those you attended or participated in on official business for the U.S. government.)

Yes: { } No: { x }

## Foreign Government Contact

For Section 20B, 'Immediate Family' means your spouse or legally recognized civil union/domestic partner, parents, step-parents, siblings, half and step-siblings, children, step-children, and cohabitant.

Have you or any member of your immediate family **in the last seven (7) years** had any contact with a foreign government, its establishment (such as embassy, consulate, agency, military service, intelligence or security service, etc.) or its representatives, whether inside or outside the U.S.? (Answer 'No' if the contact was for routine visa applications and border crossings related to either official U.S. Government travel, foreign travel on a U.S. passport, or as a U.S. military service member in conjunction with a U.S. Government military duty.)

Yes: { } No: { x }

## Sponsorship of a Foreign National

Have you **in the last seven (7) years** sponsored any foreign national to come to the U.S. as a student, for work, or for permanent residence?

Yes: { } No: { x }

## Holding Foreign Political Office

Have you **EVER** held political office in a foreign country?

Yes: { } No: { x }

## Voting in a Foreign Election

Have you **EVER** voted in the election of a foreign country?

Yes: { } No: { x }

## Section 20C - Foreign Travel

Have you traveled outside the U.S. **in the last seven (7) years?**

Yes: { x } No: { }

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

31 of 95

## U.S. Government Business Travel

Has your travel **in the last seven (7) years** been **solely** for U.S. Government business/military overseas assignment on official government orders (i.e., no personal trips in conjunction with the official U.S. Government business)?

      Yes: { }  No: { x }

1.  You response indicates you have traveled outside of the U.S. **in the last seven (7) years** for other than solely U.S. Government business. Provide information about all such trips made outside the United States including personal trips made in conjunction with official U.S. Government business on official government orders.

Provide the country visited: **Cuba**

Provide the dates of your travel to this country
    From (Month/Year): **03/2016** To (Month/Year): **03/2016**

Provide the total number of days involved in the visit
    1-5: { }
    6-10: { x }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { x }
    Tourism: { }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { }  No: { x }

If 'Yes' provide explanation

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

32 of 95

Electronic Questionnaires for Investigations Processing (e-QIP)        Page 24 of 48
Investigation Request #29726126 for Applicant ▮▮▮▮▮▮        Archival Copy

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?

> Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

> Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

> Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

> Yes: { } No: { x }

If 'Yes' provide explanation

2. Provide the country visited: **Belgium**

Provide the dates of your travel to this country

> From (Month/Year): **06/2019** To (Month/Year): **06/2019**

Provide the total number of days involved in the visit

> 1-5: { }
> 6-10: { x }
> 11-20: { }
> 21-30: { }
> More than 30: { }
> Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)

> Business/Professional conference: { }
> Volunteer activities: { }
> Education: { }
> Tourism: { x }
> Trade shows, conferences, and seminars: { }
> Visit family or friends: { x }
> Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?

> Yes: { } No: { x }

Certified at 2020-01-29 22:36:54        **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

33 of 95

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

3. Provide the country visited: **Kosovo**
Provide the dates of your travel to this country
From (Month/Year): **06/2019** To (Month/Year): **07/2019**
Provide the total number of days involved in the visit
1-5: { }
6-10: { }
11-20: { }
21-30: { }
More than 30: { x }

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

34 of 95

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant
Page 26 of 48
Archival Copy

Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { x }
    Tourism: { }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

4. Provide the country visited: **Albania**
Provide the dates of your travel to this country
From (Month/Year): **07/2019** To (Month/Year): **07/2019**
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

36 of 95

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { }  No: { x }

If 'Yes' provide explanation

5. Provide the country visited: **Montenegro**
Provide the dates of your travel to this country
From (Month/Year): **07/2019** To (Month/Year): **07/2019**
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { }  No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { }  No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with any person known
or suspected of being involved or associated with foreign intelligence, terrorist, security, or military
organizations?
   Yes: { }  No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you involved in any counterintelligence or security issues not
reported?
   Yes: { }  No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive
knowledge of or undue interest in you or your job?
   Yes: { }  No: { x }

If 'Yes' provide explanation

---

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain
classified information or unclassified, sensitive information?
   Yes: { }  No: { x }

If 'Yes' provide explanation

---

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate
with a foreign government official or foreign intelligence or security service?
   Yes: { }  No: { x }

If 'Yes' provide explanation

---

6.  Provide the country visited: **Croatia**
    Provide the dates of your travel to this country
         From (Month/Year): **07/2019** To (Month/Year): **07/2019**
    Provide the total number of days involved in the visit
         1-5: { x }
         6-10: { }
         11-20: { }
         21-30: { }
         More than 30: { }
         Many short trips: { }
    Provide the purpose of the travel to this country (check all that apply)
         Business/Professional conference: { }
         Volunteer activities: { }
         Education: { x }

---

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

                                                                    38 of 95

Tourism: **{ x }**
Trade shows, conferences, and seminars: **{ }**
Visit family or friends: **{ }**
Other: **{ }**

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: **{ }** No: **{ x }**

If 'Yes' provide explanation

7.  Provide the country visited: **Bosnia and Herzegovina**
    Provide the dates of your travel to this country
        From (Month/Year): **07/2019** To (Month/Year): **07/2019**
    Provide the total number of days involved in the visit
        1-5: { **x** }
        6-10: { }
        11-20: { }
        21-30: { }
        More than 30: { }
        Many short trips: { }
    Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { **x** }
        Tourism: { **x** }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
        Yes: { } No: { **x** }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
        Yes: { } No: { **x** }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
        Yes: { } No: { **x** }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
        Yes: { } No: { **x** }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
        Yes: { } No: { **x** }

**PRIVACY ACT INFORMATION**

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

8. Provide the country visited: **Serbia**
Provide the dates of your travel to this country
From (Month/Year): **07/2019** To (Month/Year): **07/2019**
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?

**PRIVACY ACT INFORMATION**

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

9.
Provide the country visited: **Macedonia**
Provide the dates of your travel to this country
From (Month/Year): **07/2019** To (Month/Year): **07/2019**
Provide the total number of days involved in the visit
1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { x }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
Yes: { } No: { x }

If 'Yes' provide explanation

10. Provide the country visited: **Germany**
Provide the dates of your travel to this country
From (Month/Year): **07/2019** To (Month/Year): **08/2019**
Provide the total number of days involved in the visit

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant ▮▮▮▮▮▮▮▮▮▮

Page 35 of 48
Archival Copy

1-5: { x }
6-10: { }
11-20: { }
21-30: { }
More than 30: { }
Many short trips: { }

Provide the purpose of the travel to this country (check all that apply)
Business/Professional conference: { }
Volunteer activities: { }
Education: { }
Tourism: { x }
Trade shows, conferences, and seminars: { }
Visit family or friends: { }
Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
    Yes: { } No: { x }

If 'Yes' provide explanation

11. Provide the country visited: **Czech Republic**
Provide the dates of your travel to this country
    From (Month/Year): **07/2019** To (Month/Year): **08/2019**
Provide the total number of days involved in the visit
    1-5: { x }
    6-10: { }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020-01-29 22:36:54        **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

45 of 95

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant ███████████

Page 37 of 48
Archival Copy

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
    Yes: { } No: { x }

If 'Yes' provide explanation

12. Provide the country visited: **Austria**
Provide the dates of your travel to this country
    From (Month/Year): **08/2019** To (Month/Year): **08/2019**
Provide the total number of days involved in the visit
    1-5: { x }
    6-10: { }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant [redacted]

While traveling to or in this country, were you involved in any encounter with the police?
      Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
      Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
      Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
      Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
      Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?
      Yes: { } No: { x }

If 'Yes' provide explanation

13. Provide the country visited: **Slovakia**
Provide the dates of your travel to this country
      From (Month/Year): **08/2019** To (Month/Year): **08/2019**
Provide the total number of days involved in the visit
      1-5: { x }
      6-10: { }
      11-20: { }
      21-30: { }
      More than 30: { }
      Many short trips: { }

Case 1:23-cv-02386-RCL   Document 3-1   Filed 08/22/23   Page 123 of 147

Electronic Questionnaires for Investigations Processing (e-QIP)          Page 39 of 48
Investigation Request #29726126 for Applicant                            Archival Copy

Provide the purpose of the travel to this country (check all that apply)
        Business/Professional conference: { }
        Volunteer activities: { }
        Education: { }
        Tourism: { x }
        Trade shows, conferences, and seminars: { }
        Visit family or friends: { }
        Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?
        Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Certified at 2020-01-29 22:36:54                          **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

48 of 95

Yes: { } No: { x }

If 'Yes' provide explanation

14. Provide the country visited: **Hungary**
Provide the dates of your travel to this country
    From (Month/Year): **08/2019** To (Month/Year): **08/2019**
Provide the total number of days involved in the visit
    1-5: { x }
    6-10: { }
    11-20: { }
    21-30: { }
    More than 30: { }
    Many short trips: { }
Provide the purpose of the travel to this country (check all that apply)
    Business/Professional conference: { }
    Volunteer activities: { }
    Education: { }
    Tourism: { x }
    Trade shows, conferences, and seminars: { }
    Visit family or friends: { }
    Other: { }

While traveling to, or in this country, were you questioned, searched, or otherwise detained (other than for normal customs requirements) by the local customs or security service officials when entering or leaving this country?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you involved in any encounter with the police?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with any person known or suspected of being involved or associated with foreign intelligence, terrorist, security, or military organizations?
    Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you involved in any counterintelligence or security issues not reported?
    Yes: { } No: { x }

If 'Yes' provide explanation

Certified at 2020-01-29 22:36:54    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

49 of 95

While traveling to or in this country, were you contacted by, or in contact with anyone exhibiting excessive knowledge of or undue interest in you or your job?

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to or in this country, were you contacted by, or in contact with anyone attempting to obtain classified information or unclassified, sensitive information?

Yes: { } No: { x }

If 'Yes' provide explanation

While traveling to, or in this country, were you threatened, coerced, or pressured in any way to cooperate with a foreign government official or foreign intelligence or security service?

Yes: { } No: { x }

If 'Yes' provide explanation

*(End of List)*

## Foreign Countries You Have Visited - Summary

Respond for the time frame **of the last seven (7) years,** beginning with the most recent and working backwards (Do not list trips that ONLY involved travel on official U.S. Government business on official government orders, but you must include any personal trips made in conjunction with the official U.S. Government travel).

Do you have additional travel outside the U.S. **in the last seven (7) years** for other than solely U.S. Government business on official government orders?

Yes: { } No: { x }

## Section 21 - Psychological and Emotional Health

The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. Every day individuals with mental health conditions carry out their duties without presenting a security risk. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance.

Individuals experience a range of reactions to traumatic events. For example, the death of a loved one, divorce, major injury, service in a military combat environment, sexual assault, domestic violence, or other difficult work-related, family, personal, or medical issues may lead to grief, depression, or other responses. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced such events, as well as for those with other mental health conditions. Nothing in this questionnaire is intended to discourage those who might benefit from such treatment from seeking it.

Mental health treatment and counseling, in and of itself, **is not a reason** to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility.

### Mental Competency

Has a court or administrative agency **EVER** issued an order declaring you mentally incompetent?

Certified at 2020-01-29 22:36:54                                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

50 of 95

Yes: { } No: { x }

## Ordered to Consult with a Mental Health Professional

Has a court or administrative agency EVER ordered you to consult with a mental health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, etc.)? (An order to a military member by a superior officer is not within the scope of this question, and therefore would not require an affirmative response. An order by a military court would be within the scope of the question and would require an affirmative response.)

Yes: { } No: { x }

## Hospitalized

Have you EVER been hospitalized for a mental health condition?

Yes: { } No: { x }

## Diagnosed

The following question asks whether you have been diagnosed with a specified mental health condition that may, particularly if untreated, impact your judgment, reliability, or trustworthiness. If you answer in the affirmative, we will seek additional information about the seriousness and symptoms of the condition, as well as any applicable course of treatment. It is important to note that any such diagnosis, in and of itself, **is not a reason** to revoke or deny eligibility for access to classified information or for holding a sensitive position, suitability or fitness to obtain or retain Federal or contract employment, or eligibility for physical or logical access to federally controlled facilities or information systems.

Have you EVER been diagnosed by a physician or other health professional (for example, a psychiatrist, psychologist, licensed clinical social worker, or nurse practitioner) with psychotic disorder, schizophrenia, schizoaffective disorder, delusional disorder, bipolar mood disorder, borderline personality disorder, or antisocial personality disorder?

Yes: { } No: { x }

## Adversely Affected

Do you have a mental health or other health condition that **substantially adversely** affects your judgment, reliability, or trustworthiness even if you are not experiencing such symptoms today?

Yes: { } No: { x }

Note: If your judgment, reliability, or trustworthiness is not substantially adversely affected by a mental health or other condition, then you should answer "no" even if you have a mental health or other condition requiring treatment.

For example, if you are in need of emotional or mental health counseling as a result of service as a first responder, service in a military combat environment, having been sexually assaulted or a victim of domestic violence, or marital issues, but your judgment, reliability or trustworthiness is not substantially adversely affected, then answer "no."

## Section 22 - Police Record

For this section report information regardless of whether the record in your case has been sealed, expunged, or otherwise stricken from the court record, or the charge was dismissed. You need not report convictions under the Federal Controlled Substances Act for which the court issued an expungement order under the authority of 21 U.S.C. 844 or 18 U.S.C. 3607. Be sure to include all incidents whether occurring in the U.S. or abroad.

## Police Record

Have any of the following happened? (If 'Yes' you will be asked to provide details for each offense that pertains to the actions that are identified below.)

- **In the last seven (7) years** have you been issued a summons, citation, or ticket to appear in court in a criminal proceeding against you? (Do not check if all the citations involved traffic infractions where the fine was less than $300 and did not include alcohol or drugs)
- **In the last seven (7) years** have you been arrested by any police officer, sheriff, marshal or any other type of law enforcement official?
- **In the last seven (7) years** have you been charged, convicted, or sentenced of a crime in any court? (Include all qualifying charges, convictions or sentences in any Federal, state, local, military, or non-U.S. court, even if previously listed on this form).
- **In the last seven (7) years** have you been or are you currently on probation or parole?
- Are you currently on trial or awaiting a trial on criminal charges?
    Yes: { } No: { x }

## Police Record (EVER)

Other than those offenses already listed, have you **EVER** had the following happen to you?

- Have you **EVER** been convicted in any court of the United States of a crime, sentenced to imprisonment for a term exceeding 1 year for that crime, and incarcerated as a result of that sentence for not less than 1 year? (Include all qualifying convictions in Federal, state, local, or military court, even if previously listed on this form)
- Have you **EVER** been charged with any felony offense? (Include those under the Uniform Code of Military Justice and non-military/civilian felony offenses)
- Have you **EVER** been convicted of an offense involving domestic violence or a crime of violence (such as battery or assault) against your child, dependent, cohabitant, spouse or legally recognized civil union/ domestic partner, former spouse or legally recognized civil union/domestic partner, or someone with whom you share a child in common?
- Have you **EVER** been charged with an offense involving firearms or explosives?
- Have you **EVER** been charged with an offense involving alcohol or drugs?
    Yes: { } No: { x }

## Domestic Violence Protective Order

Is there currently a domestic violence protective order or restraining order issued against you?
    Yes: { } No: { x }

## Section 23 - Illegal Use of Drugs or Drug Activity

We note, with reference to this section, that neither your truthful responses nor information derived from your responses to this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government. The following questions pertain to the illegal use of drugs or controlled substances or drug or controlled substance activity in accordance with Federal laws, even though permissible under state laws.

### Illegal Use of Drugs or Controlled Substances

**In the last seven (7) years,** have you illegally used any drugs or controlled substances? Use of a drug or controlled substance includes injecting, snorting, inhaling, swallowing, experimenting with or otherwise consuming any drug or controlled substance.

Electronic Questionnaires for Investigations Processing (e-QIP)
Investigation Request #29726126 for Applicant [REDACTED]

Page 44 of 48
Archival Copy

Yes: { } No: { x }

## Illegal Drug Activity

**In the last seven (7) years,** have you been involved in the illegal purchase, manufacture, cultivation, trafficking, production, transfer, shipping, receiving, handling or sale of any drug or controlled substance?

Yes: { } No: { x }

## While Possessing a Security Clearance

Have you **EVER** illegally used or otherwise been **illegally** involved with a drug or controlled substance while possessing a security clearance other than previously listed?

Yes: { } No: { x }

## Employed as Law Enforcement

Have you **EVER** illegally used or otherwise been involved with a drug or controlled substance while employed as a law enforcement officer, prosecutor, or courtroom official; or while in a position directly and immediately affecting the public safety other than previously listed?

Yes: { } No: { x }

## Misuse of Prescription Drugs

**In the last seven (7) years** have you intentionally engaged in the misuse of prescription drugs, regardless of whether or not the drugs were prescribed for you or someone else?

Yes: { } No: { x }

## Treatment for the Use of Drugs

Have you **EVER** been ordered, advised, or asked to seek counseling or treatment as a result of your illegal use of drugs or controlled substances?

Yes: { } No: { x }

## Voluntary Treatment

Have you **EVER** voluntarily sought counseling or treatment as a result of your use of a drug or controlled substance?

Yes: { } No: { x }

## Section 24 - Use of Alcohol

**In the last seven (7) years** has your use of alcohol had a negative impact on your work performance, your professional or personal relationships, your finances, or resulted in intervention by law enforcement/public safety personnel?

Yes: { } No: { x }

## Ordered to Seek Counseling

Have you **EVER** been ordered, advised, or asked to seek counseling or treatment as a result of your use of alcohol?

Yes: { } No: { x }

## Sought Counseling or Treatment

Have you **EVER** voluntarily sought counseling or treatment as a result of your use of alcohol?

Yes: { } No: { x }

## EVER Received Counseling/Treatment

Have you **EVER** received counseling or treatment as a result of your use of alcohol in addition to what you have already listed on this form?

Yes: { } No: { x }

## Section 25 - Investigations and Clearance Record

Has the U.S. Government (or a foreign government) **EVER** investigated your background and/or granted you a security clearance eligibility/access?

Yes: { } No: { x }

## Denied Clearance

Have you **EVER** had a security clearance eligibility/access authorization denied, suspended, or revoked? (Note: An administrative downgrade or administrative termination of a security clearance is not a revocation.)

Yes: { } No: { x }

## Government Debarment

Have you **EVER** been debarred from government employment?

Yes: { } No: { x }

## Section 26 - Financial Record

**In the last seven (7) years** have you filed a petition under any chapter of the bankruptcy code?

Yes: { } No: { x }

## Gambling

Have you **EVER** experienced financial problems due to gambling?

Yes: { } No: { x }

## Taxes

**In the last seven (7) years** have you failed to file or pay Federal, state, or other taxes when required by law or ordinance?

Yes: { } No: { x }

Certified at 2020-01-29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

54 of 95

## Employer Travel or Credit Card

**In the last seven (7) years** have you been counseled, warned, or disciplined for violating the terms of agreement for a travel or credit card provided by your employer?

Yes: { } No: { x }

## Assistance for Financial Difficulties

Are you currently utilizing, or seeking assistance from, a credit counseling service or other similar resource to resolve your financial difficulties?

Yes: { } No: { x }

## Delinquency Involving Enforcement

Other than previously listed, have any of the following happened to you? (You will be asked to provide details about each financial obligation that pertains to the items identified below)

- **In the last seven (7) years,** you have been delinquent on alimony or child support payments.
- **In the last seven (7) years,** you had a judgment entered against you. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- **In the last seven (7) years,** you had a lien placed against your property for failing to pay taxes or other debts. (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor).
- You are currently delinquent on any Federal debt. (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor).

Yes: { } No: { x }

## Delinquency Involving Routine Accounts

Other than previously listed, have any of the following happened?

- **In the last seven (7) years,** you had any possessions or property voluntarily or involuntarily repossessed or foreclosed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you defaulted on any type of loan? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you had bills or debts turned over to a collection agency? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you had any account or credit card suspended, charged off, or cancelled for failing to pay as agreed? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- **In the last seven (7) years,** you were evicted for non-payment?
- **In the last seven (7) years,** you had your wages, benefits, or assets garnished or attached for any reason?
- **In the last seven (7) years,** you have been over 120 days delinquent on any debt not previously entered? (Include financial obligations for which you were the sole debtor, as well as those for which you were a cosigner or guarantor)
- You are currently over 120 days delinquent on any debt? (Include financial obligations for which you are the sole debtor, as well as those for which you are a cosigner or guarantor)

Yes: { } No: { x }

**PRIVACY ACT INFORMATION**

## Section 27 - Use of Information Technology Systems

We note, with reference to this section, that neither your truthful responses nor information derived from your responses in this section will be used as evidence against you in a subsequent criminal proceeding. As to this particular section, this applies whether or not you are currently employed by the Federal government.
The following questions ask about your use of information technology systems. Information technology systems include all related computer hardware, software, firmware, and data used for the communication, transmission, processing, manipulation, storage or protection of information.

### Unauthorized Access

**In the last seven (7) years** have you illegally or without proper authorization accessed or attempted to access any information technology system?

Yes: { } No: { x }

### Modified, Destroyed, Manipulated or Denied Access

**In the last seven (7) years** have you illegally or without authorization, modified, destroyed, manipulated, or denied others access to information residing on an information technology system or attempted any of the above?

Yes: { } No: { x }

### Unauthorized / Unlawful Use

**In the last seven (7) years** have you introduced, removed, or used hardware, software, or media in connection with any information technology system without authorization, when specifically prohibited by rules, procedures, guidelines, or regulations or attempted any of the above?

Yes: { } No: { x }

## Section 28 - Non-Criminal Court Actions

**In the last ten (10) years,** have you been a party to any public record civil court action not listed elsewhere on this form?

Yes: { } No: { x }

## Section 29 - Association Record

The following pertain to your associations. You are required to answer the questions fully and truthfully, and your failure to do so could be grounds for an adverse employment, security, or credentialing decision. For the purpose of this question, terrorism is defined as any criminal acts that involve violence or are dangerous to human life and appear to be intended to intimidate or coerce a civilian population to influence the policy of a government by intimidation or coercion, or to affect the conduct of a government by mass destruction, assassination or kidnapping.

### Terrorist Organization

Are you now or have you **EVER** been a member of an organization dedicated to terrorism, either with an awareness of the organization's dedication to that end, or with the specific intent to further such activities?

Yes: { } No: { x }

### Knowingly Engaged in Terrorism

Have you **EVER** knowingly engaged in any acts of terrorism?

Certified at 2020-01-29 22:36:54                              **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

Yes: { } No: { x }

## Advocating Acts

Have you **EVER** advocated any acts of terrorism or activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Member of Organization

Have you **EVER** been a member of an organization dedicated to the use of violence or force to overthrow the United States Government, and which engaged in activities to that end with an awareness of the organization's dedication to that end or with the specific intent to further such activities?

Yes: { } No: { x }

## Member of Organization Advocating Violence

Have you **EVER** been a member of an organization that advocates or practices commission of acts of force or violence to discourage others from exercising their rights under the U.S. Constitution or any state of the United States with the specific intent to further such action?

Yes: { } No: { x }

## Activities Designed to Overthrow the U.S. Government

Have you **EVER** knowingly engaged in activities designed to overthrow the U.S. Government by force?

Yes: { } No: { x }

## Associations

Have you **EVER** associated with anyone involved in activities to further terrorism?

Yes: { } No: { x }

## Additional Comments

Use the space below to continue answers to all other items and to provide any information you would like to add. Before each answer, identify the number of the item.

Note: If you do not have any additional comments to provide, click "Save" to continue.
Additional Comments

Certified at 2020-01-29 22:36:54                    **PRIVACY ACT INFORMATION**
Data Hash Code:
c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924

57 of 95

# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request # 29726126

## SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 29726126 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 29726126 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 29726126 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
**c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924**
Official Archival Copy PDF Hash Code (SHA-256):
**da9089051d1073b2093214177c36be677b2a90266623c438e53aa35e93189e78**
Date/Time Certified in the e-QIP System: **2020-01-29 22:36:54**
Applicant's Social Security Number: **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**

# Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |
| --- | --- |
| | |

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**AUTHORIZATION FOR RELEASE OF INFORMATION**

Carefully read this authorization to release information about you, then sign and date it in ink.

**I Authorize** any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information or, when applicable, eligibility to hold a national security sensitive position to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to current and historic academic, residential, achievement, performance, attendance, disciplinary, employment, criminal, financial, and credit information, and publicly available social media information. I authorize the Federal agency conducting my investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility to disclose the record of investigation or ongoing evaluation to the requesting agency for the purpose of making a determination of suitability, or initial or continued eligibility for a national security position or eligibility for access to classified information.

**I Understand** that, for these purposes, publicly available social media information includes any electronic social media information that has been published or broadcast for public consumption, is available on request to the public, is accessible on-line to the public, is available to the public by subscription or purchase, or is otherwise lawfully accessible to the public. I further understand that this authorization does not require me to provide passwords; log into a private account; or take any action that would disclose non-publicly available social media information.

**I Authorize** the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

**I Understand** that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

**I Authorize** any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of Homeland Security, the Office of the Director of National Intelligence, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

**I Authorize** custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

**I Understand** that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

**I Authorize** the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Signature *(Sign in ink)* | | | Full name *(Type or print legibly)*<br>Grant Jefferson Bierly | | Date signed *(mm/dd/yyyy)* |
|---|---|---|---|---|---|
| Other names used | | | Date of birth | | Social Security Number |
| Current street address | Apt.# | City *(Country)* | State | ZIP Code | Telephone number |

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**

**e-QIP Document Type REL**

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**AUTHORIZATION FOR RELEASE
OF MEDICAL INFORMATION
PURSUANT TO THE HEALTH INSURANCE PORTABILITY
AND ACCOUNTABILITY ACT (HIPAA)**

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**

I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization is for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)*<br>Grant Jefferson Bierly | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| Other names used | | Social Security Number |
| | | |

**For Use By Practitioner(s) Only**

| Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness? |
|---|
| ☐ **YES**   ☐ **NO** |
| If so, describe the nature of the condition and the extent and duration of the impairment or treatment. |
| What is the prognosis? |
| Dates of treatment? |

| Signature  *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**

**e-QIP Document Type MEL**

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**FAIR CREDIT REPORTING
DISCLOSURE AND AUTHORIZATION**

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Print name | |
|---|---|
| Grant Jefferson Bierly | ███████████ |
| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |

# Electronic Questionnaires for Investigations Processing (e-QIP) Investigation Request # 29726126

# SIGNATURE FORMS

The signature(s) in this document refer to information on forms submitted in the e-QIP Investigation Request # 29726126 . The signature on the statement below is as valid as directly signing the same statement on a printed e-QIP Investigation Request # 29726126 Official Archival Copy. This signed statement and an image of each page from the e-QIP Investigation Request # 29726126 Official Archival Copy will be considered official record.

Sign and submit all forms in this document to the office that initiated your Investigation Request.

Data Hash Code (SHA-256):
**c1156b602a7983a7fd0194169383df7a15367aa165cb13e899100fdda6962924**
Official Archival Copy PDF Hash Code (SHA-256):
**da9089051d1073b2093214177c36be677b2a90266623c438e53aa35e93189e78**
Date/Time Certified in the e-QIP System: **2020-01-29 22:36:54**
Applicant's Social Security Number: **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**

# Questionnaire for National Security Positions (SF86 Format)
OMB No. 3206-0005

### Certification

My statements on this form, and on any attachments to it, are true, complete, and correct to the best of my knowledge and belief and are made in good faith. I further affirm that, to the best of my knowledge, I have not included any classified information herein. I have carefully read the foregoing instructions to complete this form. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both (18 U.S.C. 1001). I understand that intentionally withholding, misrepresenting, falsifying, or including classified information may have a negative effect on my security clearance, employment prospects, or job status, up to and including denial or revocation of my security clearance, or my removal and debarment from Federal service.

| Signature *(Sign in ink)* | Date *(mm/dd/yyyy)* |
|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | **01/29/2020** |

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

## UNITED STATES OF AMERICA

### AUTHORIZATION FOR RELEASE OF INFORMATION

Carefully read this authorization to release information about you, then sign and date it in ink.

**I Authorize** any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information or, when applicable, eligibility to hold a national security sensitive position to obtain any information relating to my activities from individuals, schools, residential management agents, employers, criminal justice agencies, credit bureaus, consumer reporting agencies, collection agencies, retail business establishments, or other sources of information. This information may include, but is not limited to current and historic academic, residential, achievement, performance, attendance, disciplinary, employment, criminal, financial, and credit information, and publicly available social media information. I authorize the Federal agency conducting my investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility to disclose the record of investigation or ongoing evaluation to the requesting agency for the purpose of making a determination of suitability, or initial or continued eligibility for a national security position or eligibility for access to classified information.

**I Understand** that, for these purposes, publicly available social media information includes any electronic social media information that has been published or broadcast for public consumption, is available on request to the public, is accessible on-line to the public, is available to the public by subscription or purchase, or is otherwise lawfully accessible to the public. I further understand that this authorization does not require me to provide passwords; log into a private account; or take any action that would disclose non-publicly available social media information.

**I Authorize** the Social Security Administration (SSA) to verify my Social Security Number (to match my name, Social Security Number, and date of birth with information in SSA records and provide the results of the match) to the United States Office of Personnel Management (OPM) or other Federal agency requesting or conducting my investigation for the purposes outlined above. I authorize SSA to provide explanatory information to OPM, or to the other Federal agency requesting or conducting my investigation, in the event of a discrepancy.

**I Understand** that, for financial or lending institutions, medical institutions, hospitals, health care professionals, and other sources of information, separate specific releases may be needed, and I may be contacted for such releases at a later date.

**I Authorize** any investigator, special agent, or other duly accredited representative of the OPM, the Federal Bureau of Investigation, the Department of Defense, the Department of Homeland Security, the Office of the Director of National Intelligence, the Department of State, and any other authorized Federal agency, to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for assignment to, or retention in, a national security position, in accordance with 5 U.S.C. 9101. I understand that I may request a copy of such records as may be available to me under the law.

**I Authorize** custodians of records and other sources of information pertaining to me to release such information upon request of the investigator, special agent, or other duly accredited representative of any Federal agency authorized above regardless of any previous agreement to the contrary.

**I Understand** that the information released by records custodians and sources of information is for official use by the Federal Government only for the purposes provided in this Standard Form 86, and that it may be disclosed by the Government only as authorized by law.

**I Authorize** the information to be used to conduct officially sanctioned and approved personnel security-related studies and analyses, which will be maintained in accordance with the Privacy Act.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | Grant Jefferson Bierly | 01/29/2020 |
| Other names used | Date of birth | Social Security Number |
| | | |

**e-QIP Version 3.29.01**
**e-QIP Investigation Request # 29726126**

**e-QIP Document Type REL**

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR**
**NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**AUTHORIZATION FOR RELEASE**
**OF MEDICAL INFORMATION**
**PURSUANT TO THE HEALTH INSURANCE PORTABILITY**
**AND ACCOUNTABILITY ACT (HIPAA)**

If you answered "Yes" to Section 21 of the Standard Form 86 (SF-86), carefully read this authorization to release information about you, then sign and date it in ink.

This is an authorization for the investigator to ask your health practitioner(s) the questions below concerning your mental health consultations. The U.S. government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support the wellness and recovery of Federal employees and others. The government recognizes that mental health counseling and treatment may provide important support for those who have experienced traumatic events, as well as for those with other mental health conditions. While most individuals with mental health conditions do not present security risks, there may be times when such a condition can affect a person's eligibility for a security clearance. Seeking or receiving mental health care for personal wellness and recovery may contribute favorably to decisions about your eligibility. Your signature will allow the practitioner(s) to answer only those questions identified below.

**Authorization**
I am seeking assignment to or retention in a national security sensitive position. As part of the investigative process, I hereby authorize the investigator, special agent, or duly accredited representative of the authorized Federal agency conducting my background investigation, reinvestigation, or ongoing evaluation (i.e., continuous evaluation) of eligibility for access to classified information or eligibility to hold a national security sensitive position to request, and my health practitioner(s) to provide, the information requested below, relating to my mental health consultations.

In accordance with HIPAA, I understand that I have the right to revoke this authorization at any time by writing to my health care provider/entity. Revocation of this authorization is not effective until received by my health care provider/entity. I understand that I may revoke this authorization, except to the extent that action has already been taken based on this authorization. Further, I understand that this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

I understand the information disclosed pursuant to this authorization for use by the Federal Government only for purposes provided in the Standard Form 86 will no longer be covered by the HIPAA Privacy Rule, and that the Federal Government may redisclose the information as authorized by law, subject to Privacy Act safeguards.

Photocopies of this authorization with my signature are valid. This authorization is valid for one (1) year from the date signed or upon termination of my affiliation with the Federal Government, whichever is sooner.

| Signature *(Sign in ink)* | Full name *(Type or print legibly)* | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277 the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR 2004 title24 volt | Grant Jefferson Bierly | **01/29/2020** |

Does the person under investigation have a condition that could impair his or her judgment, reliability, or trustworthiness?

☐ YES   ☐ NO

If so, describe the nature of the condition and the extent and duration of the impairment or treatment.

What is the prognosis?

Dates of treatment?

| Signature *(Sign in ink)* | Practitioner name | Date signed *(mm/dd/yyyy)* |
|---|---|---|
| | | |

Standard Form 86
Revised July 2017
U.S. Office of Personnel Management
5 CFR Parts 731, 732, and 736
OMB No. 3206-0005

**QUESTIONNAIRE FOR
NATIONAL SECURITY POSITIONS**

# UNITED STATES OF AMERICA

**FAIR CREDIT REPORTING
DISCLOSURE AND AUTHORIZATION**

**Disclosure**

One or more reports from consumer reporting agencies may be obtained for employment purposes pursuant to the Fair Credit Reporting Act, codified at 15 U.S.C. § 1681 et seq.

**Purpose**

The Federal government requires information from one or more consumer reporting agencies in order to obtain information in connection with a background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position. The information obtained may be disclosed to other Federal agencies for the above purposes in fulfillment of official responsibilities to the extent that such disclosure is permitted by law. Information from the consumer report will not be used in violation of any applicable Federal or state equal employment opportunity law or regulation.

**Authorization**

I hereby authorize any investigator, special agent, or other duly accredited representative of the authorized Federal agency conducting my initial background investigation, reinvestigation, or ongoing evaluation (i.e. continuous evaluation) of my eligibility for access to classified information, or when applicable, eligibility to hold a national security sensitive position to request, and any consumer reporting agency to provide, such reports for purposes described above.

Note: If you have a security freeze on your consumer or credit report file, we will not be able to access the information necessary to complete your investigation, which can adversely affect your eligibility for a national security position. To avoid such delays, you should expeditiously respond to any requests made to release the credit freeze for the purposes as described above.

Photocopies of this authorization with my signature are valid. This authorization shall remain in effect so long as I occupy a national security sensitive position or require eligibility for access to classified information.

| Print name |  |
| --- | --- |
| Grant Jefferson Bierly |  |
| Signature *(Sign in ink)*<br>This form was digitally signed by: **Grant Jefferson Bierly** in accordance with the Electronic Signature Act 15 U.S.C. 7001, Public Law 105-277, the Uniform Electronic Transaction Act, and other regulations governing electronic signatures and access controlled U.S. Government systems to include CFR-2004-title34-vol1. | **01/29/2020** |

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401  |PAGE   1
--------------------------------------------------------------------------------

                        OFFICE OF PERSONNEL MANAGEMENT
                        FEDERAL INVESTIGATIVE SERVICES

                         INVESTIGATIVE RESULTS REPORT


If case contains a Report of Investigation (ROI), please note the following:
All individuals providing information for this ROI were interviewed
personally unless otherwise indicated. The records and/or sources in this
investigation provided only favorable information regarding Subject's
character, conduct, reputation, integrity, and other areas related to the
adjudicative criteria unless otherwise indicated. Any identified
discrepancies have been included within the ROI.  All dates provided were to
the best recollection of the source or Subject and may constitute estimates.


                        _____

                             NATIONAL AGENCY CHECK

                         National Agency Check- Subject



Item: A01
SII SEARCH



RECORD



Item: A02
SII FILE REQUEST, CSN 2030351417



NO PERTINENT



Item: A03
CVS NAC SEARCH



ACCEPTABLE ATTACHED

See Attached


       _____

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE   2
--------------------------------------------------------------------------------


Item: B01
FBI FINGERPRINT SEARCH


NO RECORD


Item: C01
FBI NAME SEARCH


Per the FBI (j)(2) (b)(7)(E)


Item: D01
DCII SEARCH


NO RECORD


Item: F01
SELECTIVE SERVICE, GREAT LAKES, IL


ACCEPTABLE


Item: G01
MILITARY DISCHARGE


NO RECORD


Item: M01
SOCIAL SECURITY NUMBER, BALTIMORE, MD


_____


Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401 |PAGE  3
--------------------------------------------------------------------------------
ACCEPTABLE


SUBJECT INTERVIEW/CONTACTS

Enhanced Subject Interview

Item: 001    Enhanced Subject Interview
Completed by Investigator TI01
Dates of Investigation 02/05/20 - 03/19/20

  Interview Conducted UNDER UNSWORN DECLARATION ON 02/11/20 AT 5875 TRINITY
                PARKWAY, CENTREVILLE, VA 20120

  Issue code(s) 05A


  RESIDENTIAL

  DEVELOPED RESIDENCE: Subject confirmed that he was staying at a hotel
  at 14036 Thunderbolt Place in Chantilly, VA. Subject's permanent
  address is still his parent's residence at ███████████████████
  ████████████nd Subject does not receive mail at current
  residence. Subject has been residing at current residence as of
  01/2020 (unable to recall). Subject did not properly list because he
  began residing at location after filling out security questionnaire.
  Subject was unable to provide a verifier for current residence as he
  is living there temporarily and does not know anyone.

  MULTIPLE DISCREPANT RESIDENCES: Subject is a current student at
  Rochester Institute of Technology (RIT) based in Rochester, NY and
  has lived at several locations on or near campus. Prior to 08/2017,
  Subject was residing full time at parent's home at █████████████████
  in █████████████████████████████(discrepant) when Subject
  started school at RIT, subject lived at rented dormitory at Kate
  Gleason Hall 4016 at 5000 Nathaniel Rochester in Rochester, NY 14623
  (discrepant). Subject failed to accurately list residence due to
  misunderstanding of what constituted a temporary residence. Subject's
  listed social verifier █████████████is aware of Subject living
  at residence. From 05/2018 to 08/2018, Subject returned temporarily
  to parent's residence. From 08/2018 to 05/2019 (discrepant), Subject
  lived at rented residence at 4255 E River Rd Apartment 24C West
  Henrietta, NY 14586 (discrepant) during school. Subject failed to
  list residence due to misunderstanding of temporary residence.
  Subject's listed verifier ██████████████████ware of residence and
  was living with Subject as a roommate. From 05/2019 to 06/2019,
  Subject returned home to parent's residence (discrepant), before
  leaving to study abroad internationally from 06/2019 to 08/2019
  (discrepant). Subject failed to properly list residences due to
  oversight. Subject was unable to provide residence addresses or dates

--------------------------------------------------------------------------------
Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
-------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401 |PAGE    4
-------------------------------------------------------------------
as he was in varying hotels in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
the United States and lived at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ from 08/2019 to 12/2019
(discrepant). Subject failed to properly list residence due to
misunderstanding of temporary residence. Subject's former roommate
and listed verifier ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ knowledgeable of residence.
Subject then lived with sister Brittany Bierly at ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for three weeks from the end of 12/2019/beginning of
01/2020 (unrecalled exact date) prior to moving to ▮▮▮▮▮▮▮▮
Place in ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (recalled exact date) to begin
temporary co-op/internship with employment. At all residences,
Subject has used parent's residence as permanent residence for
mailing purposes.

EDUCATION

CURRENT EDUCATION: Subject confirmed accuracy of being a present
student with Rochester Institute of Technology (RIT). Subject attends
courses full time. Subject attends from August of each year to May of
each year, except for the beginning of 2020 when he began a
co-op/internship with employment as part of receiving school credit,
although Subject is still enrolled in school during his internship,
but physical classes are on hold while he is on co-op with
employment. Subject was not in attendance of school during scheduled
break periods (undefined) and when Subject was living with sister in
Atlanta, GA from 12/2019 to 01/2020 when Subject was preparing for
co-op/internship in Virginia. Though Subject was not enrolled in
courses, and is not currently taking any courses on campus, Subject
is still considered enrolled at RIT for educational purposes because
employment/internship in Virginia is earning course credit.

DISCREPANT EDUCATION: Subject provided that he took courses part time
in-person at Central New Mexico Community College at 900 University
Blvd SE in Albuquerque, NM during summer of 2017 (unrecalled time
frame) and summer break of 2018 (defined by Subject from mid-May of
year beginning of August year) (discrepant). Subject did not receive
any diplomas or degrees. Subject has satisfied all financial
obligations to institution. No student or instructor would have any
reason to question Subject's conduct or behavior, and Subject had no
difficulties while in attendance. Subject did not properly list due
to oversight. Subject's verifier for courses is Jakob Newcomer phone
number 505-999-7439 address 7823 Quintana Dr NE in Albuquerque, NM.
Subject did not attend other education concurrently with Community
College as he only took courses in 2018 during summer break from RIT
and after completion of Sandia Preparatory School in 2017.

PRIOR EDUCATION: Subject confirmed attending school full time at
Sandia Preparatory School from 11/2012 to 05/2017. Subject was unable
to provide any additional leads for education.

INTERNATIONAL EDUCATION: Subject confirmed that he studied abroad
internationally in varying countries from 06/2019 to 08/2019 as part

REQUESTOR ID: E41 SR23

------------------------------------------------------------------------

NAME: BIERLY, GRANT JEFFERSON           |CASE # 2020345401  |PAGE   5

------------------------------------------------------------------------

of a curriculum for RIT and has no close or continuing contact with
any foreign nationals met while abroad.

EMPLOYMENT

DEVELOPED EMPLOYMENT: Subject is currently employed full-time as a
Cyber Security Intern as of 01/2020 (date unrecalled) for Parsons
working at 5875 Trinity Parkway in Centreville, VA 20120. Subject was
unable to provide an employment phone number as he uses listed cell
phone of 732-804-5411 to communicate with employment individuals.
Subject's direct supervisor is ███ ███ █irector of Cyber Security,
also same job location, phone number 703-679-9158 email
david.fox@parsons.com. Subject is employed in lieu of taking classes
full-time at RIT for course credit, and Subject confirmed being
enrolled with RIT (although having no courses assigned to him) and
being employed full-time. Subject reported that employment internship
will end 05/2020 in which Subject will receive an offer of employment
for when Subject eventually graduates. Subject began employment after
he signed his security questionnaire and was unable to provide
specific date of starting. Subject was unable to provide any
additional co-worker employment leads during time of interview.

CONCURRENT EMPLOYMENT: Subject confirmed that he is still listed as an
active part-time Trainee employed for RIT, although he is no longer
being paid as of 12/2019 until he begins work again next year.
Subject is not currently working concurrently for both RIT and
Parsons. Subject provided additional lead of Michael Shek phone
number 845-519-9415 for employment with RIT. When Subject returns to
education, he will begin employment again as a Trainee with RIT.

EMPLOYMENT CLARIFICATION: Subject confirmed working for RIT as a
Telefund Caller as well as RIT Information Technology Services as a
Trainee. There is no difference in employers, as they are different
departments of the same employer.

DISCREPANT EMPLOYMENT1: Subject provided on questionnaire that he was
unemployed from 08/2017 to 03/2019, but worked at Fiesta Kia during a
period of 05/2018 to 08/2018 (discrepant) and confirmed that he
placed information in the Additional Information to reflect that he
was having difficulty being able to add another employment to
security questionnaire. No change of title, supervisor, or job
location occurred for additional period of employment from 05/2018 to
08/2018, and Subject was not unemployed during this time
(discrepant). Subject was unable to provide any additional leads for
this period of employment.

UNEMPLOYMENT: Subject confirmed that he was unemployed while attending
RIT as a full-time student from 08/2017 to 03/2019. Subject was
actually unemployed from 08/2017 to 05/2018 and again from 08/2018 to
03/2019 (discrepant). Subject's activities were video games, and
studying. For period of 05/2019 to 08/2019, Subject was on break from
being a full-time student and preparing to study abroad. For all

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23
--------------------------------------------------------------------------
NAME: BIERLY, GRANT JEFFERSON          |CASE # 2020345401 |PAGE   6
--------------------------------------------------------------------------
periods, Subject was financially supported by parents and his own
savings. Subject provided his mother Suzan Bierly phone number
732-259-4001 is aware of periods of unemployment, activities of
spending time with family or studying, and means of support both
while Subject was living at home at her residence, and while he was a
full-time student in New York.

MULTIPLE PERIODS OF EMPLOYMENT: Subject volunteered during employment
review that he was employed at a Telefund Caller at RIT from 03/2019
to 05/2019 (discrepant) when summer break started, and Subject began
preparations to study abroad, and then resumed work as a Telefund
Caller in 08/2019 to 10/2019 (discrepant). Subject did not formally
leave, and had an open letter to return to RIT as a Telefund Caller
upon return from international studying in 08/2019. Subject did not
accurately list break in employment due to oversight.

REFERENCES

Subject provided that his best social reference is either listed
references ███████████████████████████████████ that Subject's
current social activities are video games, cooking, and reading.

FOREIGN TRAVEL

Subject provided accuracy of countries traveled for study abroad
except travel to Cuba, which was for high school course, and provided
that he maintains no contact with individuals met while abroad.
Subject had no issues at any country while abroad.

ADDITIONAL INFORMATION

Subject was unable to provide any additional references for any
activity except those in investigative report or listed in security
questionnaire.

All other information discussed with Subject was consistent with the
security questionnaire. Further questioning disclosed no additional
information.

There is nothing in the Subject's background that can place Subject in
a position to be blackmailed, coerced, or placed under duress.

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018

REQUESTOR ID: E41 SR23

--------------------------------------------------------------------------------

NAME: BIERLY, GRANT JEFFERSON              |CASE # 2020345401  |PAGE   7

--------------------------------------------------------------------------------

RESIDENCE

Item: 002      COLLATERAL ITEM(S) 003
8020 ELENA DR. NE, ALBUQUERQUE, NM
Completed by Investigator RW92
Dates of Investigation 02/03/20 - 03/06/20

Name ███████████████████████████████████████████

TELEPHONE TESTIMONY

Interview Date 02/06/2020

ACCEPTABLE
Primary Association FRIEND
Average Extent of Contact REGULAR
Span of Contact 2012 TO PRESENT

RECOMMENDS

Sources and Subject met 8 years ago in 2012 when both were in middle
school. They became good friends and had daily in person contact
until graduation of high school at Sandia Preparatory School. After
graduation of high school both Source and Subject went to college.
Source stayed in New Mexico and Subject left to NY to attend
school/college. Source provided that they maintain contact weekly by
phone and text. There has not been any gaps in association between
Source and Subject. The last in person contact was April 2019. The
last contact was yesterday by phone. Source and Subject also
communicate by phone, text and online video games (2 to 3 times a
week)

EXTERNAL ACTIVITIES / ADDITIONAL INFORMATION

Source provided that he is aware of where Subject lives and has been
to Subject's home 40 to 50 times and they studied together and played
video games, Source provided they would go to Source house for
homework/gaming many days after school. Source provided he is not
aware of any issues at Subject home and the home is Subject's
parent's residence off of Elena DR northeast, Source and Subject live
in the same neighborhood close by each other.

Subject provided ██████████  ████████ an additional social lead,
██████████ ████████████

Source provided that Subject reads and plays video games during

Property of U.S. OPM- Return to: OPM-FIS, 1137 Branchton Road, Boyers, PA 16018