THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AFFIDAVIT OF MAILING**

| | |
|---|---|
| **GRANT BIERLY,** | ) |
| Plaintiff | ) ) ) ) |
| Vs. | ) Civil Action No: 1:23-2386 |
| **DEPARTMENT OF DEFENSE and DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY** | ) ) ) ) ) |
| Defendants. | ) |

I, Yolande M. Liddy, hereby state that:

On the 22nd day August, 2023, I caused to be deposited in the United States Mail a copy of the summons, complaint, civil case sheet and waiver of summons in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

National Security Agency
9800 Savage Road, Suite 6272
Fort George G. Meade, MD  20755-6000

I have received the receipt for the certified mail, No: 9589 0710 5270 8355 8352 29 indicating that delivery of the summons and complaint was made upon said defendant on the 31st day of August, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 09/14/2023                    /s/ Yolande M. Liddy
                                     Yolande M. Liddy, Senior Paralegal
                                     NATIONAL SECURITY LAW FIRM
                                     1250 Connecticut Avenue NW, Suite 700
                                     Washington, DC 20036
                                     (202) 600-4996
                                     (202) 545-6318 (Fax)

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| GRANT BIERLY<br><br>*Plaintiff(s)*<br>v.<br>DEPARTMENT OF DEFENSE and DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 23-2386<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Security Agency
9800 Savage Road, Suite 6272
Fort George G. Meade, MD
20755-6000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brett J. O'Brien, Esq.
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW, Suite 700
Washington, DC  20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date:  8/17/2023                                      /s/ Ro'Shaila Williams
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Security Agency

was received on 8/31/23.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

Other: Certified Mail #:9589 0710 5270 0855 8352 29 ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 09/14/23

/s/ Yolande M. Liddy
*Server's signature*

Yolande M. Liddy, Senior Paralegal
*Printed name and title*

NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW
Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:

# National Security Law Firm

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

---

202-600-4996
Fax 202-545-6318
Info@NationalSecurityLawFirm.com
*Admitted in New Jersey, New York, Hawaii, California, Ohio, Minnesota, and Washington D.C*

August 23, 2023

**Department of Defense**
1000 Defense Pentagon
Washington, DC  20301
**Certified Mail: #9589 0710 5270 0855 8351 82**

**Attorney General of the United States**
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530
**Certified Mail: #9589 0710 5270 0855 8351 99**

**Defense Counterintelligence and Security Agency**
Building 600, 10th Street
Fort George G. Meade, MD  20755-6515
**Certified Mail: #9589 0710 5270 0855 8352 05**

**Department of the Air Force**
1690 Air Force Pentagon
Washington, DC  20330-1670
**Certified Mail: #9589 0710 5270 0855 8352 12**

**National Security Agency**
9800 Savage Road, Suite 6272
Fort George G. Meade, MD  20755-6000
**Certified Mail: #9589 0710 5270 0855 8352 29**

> Re:  **Grant Bierly v. Department of Defense, et al**
> Civil Action No:  **1:23-cv-02386-RCL**

Sir/Madam:

In connection with the above matter, please find enclosed the following which are being served upon you:

1)  Complaint
2)  Exhibits
3)  Civil Case Sheet
4)  Summons
5)  Two Copies of the Waiver of Summons Form
6)  Self-addressed stamped envelope

Please review the Waiver of Summons form and if agreeable, please execute one copy and return in the envelope provided.

I thank you for your anticipated cooperation in this matter.

Very truly yours,

/s/ Brett J. O'Brien
Brett J. O'Brien

BO/yml

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)    $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required    $
☐ Adult Signature Restricted Delivery $

Postage
$

Total
$

Sent To  National Security Agency
Street   9800 Savage Road, Suite 6272
City, State, ZIP+4  Fort George G. Meade, MD 20755-6000

Grant Bierly

9589 0710 5270 0855 8352 29

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

National Security Agency
9800 Savage Road, Suite 6272
Fort George G. Meade, MD 20755-6000

9590 9402 8287 3094 5928 58

2. Article Number (Transfer from service label)
9589 0710 5270 0855 8352 29

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                              ☐ Agent
                               ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

DELIVERED AUG 3 1 2023

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Bierly

PS Form 3811, July 2020 PSN 7530-02-000-9053                Domestic Return Receipt

