THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**AFFIDAVIT OF MAILING**

| | |
|---|---|
| GRANT BIERLY, )<br>)<br>   Plaintiff   )<br>)<br>Vs.   )<br>)<br>DEPARTMENT OF )<br>DEFENSE and DEFENSE )<br>COUNTERINTELLIGENCE )<br>AND SECURITY AGENCY )<br>)<br>   Defendants.   ) | Civil Action No:  1:23-2386 |

I, Yolande M. Liddy, hereby state that:

On the 22nd day August, 2023, I caused to be deposited in the United States Mail a copy of the summons, complaint, civil case sheet and waiver of summons in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Defense Counterintelligence and Security Agency
Building 600, 10th Street
Fort George G. Meade, MD  20755-6515

I have received the receipt for the certified mail, No: 9589 0710 5270 0855 8352 05 indicating that delivery of the summons and complaint was made upon said defendant on the 28th day of August, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  <u>09/27/2023</u>    <u>*/s/ Yolande M. Liddy*</u>
Yolande M. Liddy, Senior Paralegal
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW, Suite 700
Washington, DC  20036
(202) 600-4996
(202) 545-6318 (Fax)

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700855835205

Copy Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item has been delivered to an agent for final delivery in FORT GEORGE G MEADE, MD 20755 on August 28, 2023 at 10:47 am.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered to Agent**
**Delivered to Agent for Final Delivery**
FORT GEORGE G MEADE, MD 20755
August 28, 2023, 10:47 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

Feedback

**Track Another Package**

Enter tracking or barcode numbers

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

GRANT BIERLY

*Plaintiff(s)*

v.

DEPARTMENT OF DEFENSE and DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY

*Defendant(s)*

Civil Action No. 23-2386

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEFENSE COUNTERINTELLIGENCE AND SECURITY AGENCY
Building 600, 10th Street
Fort George G. Meade, MD 20755-5615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Brett J. O'Brien, Esq.
NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue NW, Suite 700
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 8/17/2023

/s/ Ro'Shaila Williams

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Defense Counterinteligence and Security Agency
was received on 08/28/2023.

❒ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other
Certified Mail: 9589 0710 5270 0855 8352 05

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/27/2023

/s/ Yolande M. Liddy

*Server's signature*

Yolande M. Liddy, Senior Paralegal

*Printed name and title*

NATIONAL SECURITY LAW FIRM
1250 Connecticut Avenue
Washington, DC 20036

*Server's address*

Additional information regarding attempted service, etc: